# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Joseph Stephens & Company, Inc,

         Plaintiff,

v.                 Case No.: 1:08−cv−00706
                 Honorable Amy J. St. Eve

David Cikanek

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

  MINUTE entry before Judge Amy J. St. Eve :The initial status hearing originally scheduled for 2/27/2008 at 8:30 a.m. is hereby stricken. The initial status hearing is reset to 3/10/2008 at 8:30 a.m. Joint status report due by 3/5/2008. Counsel may appear by phone as long as local counsel is present in the courtroom. If counsel choose to appear by phone, counsel must contact chambers to provide their phone numbers no later than 12 noon on 3/7/2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.