U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JOSEPH STEVENS & CO., INC.,<br><br>vs.<br><br>DAVID CIKANEK. | Case Number: 08 C 706 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RESPONDENT, DAVID CIKANEK

| | |
|---|---|
| NAME (Type or print)<br>RENAN I. SUGARMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| FIRM<br>RENAN I. SUGARMAN, P.C. | |
| STREET ADDRESS<br>30 N. LA SALLE, SUITE 1530 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6202264 | TELEPHONE NUMBER<br>(312) 578-9411 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |