## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Joseph Stephens & Company, Inc,
                              Plaintiff,

v.                                            Case No.: 1:08−cv−00706
                                              Honorable Amy J. St. Eve

David Cikanek
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 10, 2008:


    MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 3/10/2008.
Application to Vacate the Arbitration Award (previously before SDNY) to be filed by
3/31/2008. Answer or otherwise plead by 3/28/2008, as stated in open court. Status
hearing set for 4/2/2008 at 08:30 AM.Mailed notice(tmh, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.