IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

--------------------------------------------------------------- X

JOSEPH STEVENS & COMPANY, INC.,

        Petitioner,

    vs.                                                    Case No. 08 C 706

DAVID CIKANEK,                                       Hon. Amy St. Eve

        Respondent.

--------------------------------------------------------------- X

## INDEX OF EXHIBITS FOR RESPONDENT/CROSS-PETITIONER DAVID CIKANEK'S CROSS-APPLICATION TO CONFIRM ARBITRATION AWARD

**Exhibit A:** Order to Transfer Venue issued on January 24, 2008 by Judge Barabara S. Jones of the United States District Court for the Southern District of New York (Case #07 CV 3385).

**Exhibit B:** Cikanek's Statement of Claim Submitted to NASD by Attorney Renan Sugarman Dated April 7, 2006.

**Exhibit C:** Copy of Uniform Submission Agreement executed and submitted by Joseph Stevens and Co., Inc. in the matter of <u>David Cikanek v. Joseph Stevens & Co., Inc., Kevin Brody, Leonard Inserra and Ross Inserra</u>, NASD Arbitration Case No. 06-1868.

**Exhibit D:** Copy of Arbitration Award rendered by the NASD dated March 30, 2007.