UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Joseph Stephens & Company, Inc,
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−00706
                                                   Honorable Amy J. St. Eve

David Cikanek
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Defendant to respond to Plaintiff's Application to Vacate the Arbitration Award by or on 4/14/2008. Reply due by or on 4/21/2008. The Court is striking the 3/28/2008 deadline to answer or otherwise plead. ( Status hearing set for 4/2/2008 is stricken and reset to 5/19/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.