# EXHIBIT A
# TO
# DECLARATION OF
# MARTIN P. RUSSO IN SUPPORT OF
# APPLICATION TO VACATE

# FILED BY PETITIONER
# JOSEPH STEVENS & COMPANY, INC.

1    object during counsel's opening statement

2    because it's not permitted and it's rude and it

3    breaks the flow, but I do object to some of the

4    evidence he's claimed he's going to show you

5    based on the fact that they relate to the

6    Cikanek living trust which does not have a

7    claim in this action.  I move to strike those

8    portions of the opening that relate to the

9    Cikanek living trust.

10           This action was brought by Mr. Cikanek

11   individually and he does have an individual

12   account that he had at Joseph Stevens which was

13   an IRA and he did have individual accounts at

14   LCP, both an individual account and an IRA

15   account at LCP until approximately September of

16   2000, but the Cikanek living trust did not

17   bring a claim in this case nor did it sign a

18   submission agreement.  Illinois statute 760

19   ILCS 5 slash 4 basically says that only a

20   trustee has the power to commence litigation on

21   behalf of a trust.  The statement second of

22   trusts which has been cited in many cases here

23   in Illinois says it's the trustee who must

24   bring the claim on behalf of the trust and it's

25   only the trust that can recover just -- and

1    that includes grantors are not permitted to

2    bring a trust -- a claim on behalf of the trust

3    nor are the beneficiaries of the trust

4    permitted to bring a claim on the trust except

5    for certain special circumstances which are not

6    met here and I'll cite for you Godfrey versus

7    Cayman 2000 U.S. District Lexis 18, 213; Pierce

8    versus Chester Johnson Electric Corp., 117

9    Illinois Appeals 3rd, 867;

10    Levinfield (phonetic) versus Clinton, 1986 U.S.

11    District Lexis 27, 109 and U.S. versus

12    $2,767,202.27 which is 2006 U.S. District Lexis

13    47, 833, all of that law as well as the

14    restatement of trust section 177, 192 and 282,

15    that's the restatement of second of trusts.

16         In this case, the Cikanek living trust

17    has beneficiaries that are not Mr. Cikanek.

18    The beneficiaries are various brothers and

19    sisters and their progeny and so Mr. Cikanek is

20    not even the beneficiary of the trust but seeks

21    here apparently to recover individually for a

22    trust asset that being a claim a trust owns.

23    Importantly, this -- the exclusion -- and I'm

24    going to move to preclude any evidence with

25    respect to the Cikanek living trust.  The

1   preclusion of the Cikanek living trust would
2   not, in fact, materially affect this case
3   because the bulk of the losses that Mr. Cikanek
4   suffered were with respect to his individual
5   accounts which were at LCP and those losses
6   occurred primarily between I think it's April
7   of 2000 and September of 2000.
8          It was in September of 2000 that
9   Mr. Cikanek created his trust.  At the same
10  time at LCP, he had an IRA account which
11  suffered like something like several hundred
12  thousand dollars worth of losses.  That IRA
13  account went to Joseph Stevens and did, in
14  fact, suffer losses at Joseph Stevens and so
15  the preclusion of the Cikanek living trust
16  evidence will not in any way prevent this case
17  from going forward.  It would simply provide
18  Joseph Stevens the due process of law and the
19  reason why I say that is because the Cikanek
20  living trust did not submit to arbitration,
21  Joseph Stevens was unable to bring claims
22  against the Cikanek living trust as a trust
23  entity for a debit that they had incurred and
24  was forgiven by Joseph Stevens in the amount of
25  $40,000 and, in addition, Joseph Stevens was

```
1       unable to cross-claim against Mr. Cikanek for
2       his breach of fiduciary of care.  As a trustee,
3       he owed a duty of care to the trust and to
4       protect the assets the beneficiaries and so
5       I ask you at this point to strike any portion,
6       without specifics, of the opening that relate
7       to that evidence and to going forward issue a
8       ruling which precludes Mr. Sugarman and Mr.
9       Cikanek from introducing evidence regarding the
10      Cikanek living trust account which is not at
11      issue in this case.
12              ARBITRATOR PEPPARD:  Anything further,
13      sir?
14              MR. RUSSO:  No, sir.
15              MR. SUGARMAN:  First of all,
16      Mr. Chairman and members of the panel, I think
17      this is the inappropriate time for this matter
18      to have been raised.  If Mr. Russo actually
19      believed that he had a legal motion of this
20      sort where he was going to be citing cases
21      trying to preclude or claim that there is a
22      certain party not involved, he's been more than
23      well aware that Mr. Cikanek's individual
24      account which was a living trust account was
25      part of this case, he could have made this
```

1    motion, could have made a written motion, could
2    have responded to it.

3           To raise this at this point before
4    we've introduced any testimony or evidence I
5    think is premature and early.  If he wants to
6    raise it at the end of our case, I suppose
7    that's also possible, but, number 2, he's
8    raising a very technical issue because clearly
9    they don't have any other way of defending this
10   case and I don't think that this is an
11   arbitration that such a technical issue is a
12   legitimate basis to bar Mr. Cikanek who is a
13   living trust when he is the only trustee and we
14   have no problem to take care of this very
15   technical issue that's being raised.

16          Mr. Cikanek can submit or sign a
17   uniform submission agreement on behalf of the
18   trust.  We could also move to amend our
19   pleading at the end of our case to include the
20   trust and we could submit, as I said, a uniform
21   submission agreement, if possible -- you know,
22   if necessary; however, I don't believe that at
23   this point there is any grounds or basis to
24   have this excluded from introducing any
25   evidence to this including the fact that

1    Mr. Cikanek's account recently was an

2    individual account and at some point it changed

3    to a living trust, so I really think that the

4    motion is premature and also I think it's just

5    a technicality that Mr. Russo is raising which

6    has no basis and the argument I would finally

7    argue and point out that this argument that

8    they're precluded from bringing a counterclaim

9    against Mr. Cikanek for breach of fiduciary

10   duty is a specious argument because if you

11   don't represent the beneficiary of the trustee

12   and to the extent there was some basis for a

13   breach of fiduciary duty claim, that would be

14   something that wouldn't be brought by Joseph

15   Stevens who are the ones who facilitated and

16   who were the basis for the living trust losing

17   all the money being brought by the beneficiary,

18   that's something that would be up to them to do

19   and not Joseph Stevens, so their argument that

20   they've somehow been denied some due process

21   right or whatever I think is not a valid

22   argument.

23        So I would suggest that this motion be

24   denied and to the extent that counsel is

25   concerned about some technicality, we'll move

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017

1    to amend our pleadings and include the trust as
2    a claimant and we'll submit a submission
3    agreement on behalf the trust and Mr. Cikanek
4    as the trustee.
5        MR. RUSSO:  If I might be heard for one
6    moment -- I'm sorry, were you done, I didn't
7    mean to interrupt?  If I could be heard for the
8    moment, it's important to point out that there
9    was never a Cikanek individual account other
10   than the IRA at Joseph Stevens.  The account
11   didn't go to Joseph Stevens until November of
12   2000 so the Cikanek living trust account was
13   the only incarnation of this account at Joseph
14   Stevens.  Also, yes, Mr. Sugarman is right
15   Joseph Stevens wouldn't bring a claim for
16   breach of fiduciary duty, but they'll bring a
17   claim for contribution based on his breach
18   fiduciary duty.
19        It's still the same underpinnings and
20   we can't possibly at this point in time do
21   that.  It's too late.  We've started.  The
22   issued has been joined in this case.  The
23   claimant's opening has started.  To try to
24   amend now wouldn't be fair to Joseph Stevens
25   and I have to point out there is nothing

1    preventing Mr. Cikanek from bringing a case

2    against Joseph Stevens on behalf of the living

3    trust properly as he should have.

4        In this case, the uniform submission

5    agreement is very clear.  It's David Cikanek

6    individually and all of the pleadings are

7    clear, it's David Cikanek individually and so

8    we shouldn't have to come here and fight over

9    the Cikanek living trust.  We did not make --

10   do certain things including bringing

11   cross-claims and counterclaims based on the

12   fact that this was an individual case.

13       MR. SUGARMAN:  Could I say one brief

14   response?

15       ARBITRATOR PEPPARD:  Yes, sir.

16       MR. SUGARMAN:  Thank you.  Mr. Russo

17   what he just stated I think points out why the

18   motion should be denied against.  It suggests

19   we bring another claim against Joseph Stevens

20   on the -- for the Cikanek living trust.  The

21   evidence and the testimony would be all the

22   same, so he basically wants us to duplicate our

23   efforts twice just as a matter of some

24   technicality.  It doesn't make any sense.

25   That's what arbitrations are about.  They're

1    supposed to avoid all of the legal

2    technicalities that Mr. Russo is trying to

3    raise and allow a party to present his case and

4    present his evidence not to have to come here

5    and then file the same claim again because the

6    issue has supposedly been joined because I made

7    an opening statement and then have us to

8    introduce the same testimony over again.  It's

9    very simple.

10        If the panel is concerned about they're

11    not being technically, the living trust as

12    party can amend, we'll submit a submission

13    agreement.  The same evidence would be

14    presented if we would bring another claim which

15    would just be duplicative and a waste of

16    everybody's time and effort, so I, again,

17    suggest that the motion should be denied.

18        MR. RUSSO:  That is factually

19    incorrect.  The evidence with respect to the

20    Cikanek living trust involves different trades,

21    different trading, different time periods.

22    It's not the same evidence that would be

23    introduced with respect to the IRA and also I'd

24    like to point out that what Mr. Sugarman

25    basically just did was say to you this is

1    arbitration so ignore the law, it doesn't

2    matter that this claimant didn't bring a claim

3    against them, just bring it in now and let's

4    have some quick justice here and it's manifest

5    disregard to the law if you do it.

6          MR. SUGARMAN:  It is absolutely not

7    manifest disregard to the law.

8          ARBITRATOR PEPPARD:  Let's do a couple

9    of things factually here if we can.  First,

10   Mr. Sugarman, what I have in my pleading file

11   includes under date of April 7th, 2006, a

12   letter formatted signed by yourself on behalf

13   of Mr. Cikanek, you have that document?

14         MR. SUGARMAN:  Yes, sir.

15         ARBITRATOR PEPPARD:  So your statement

16   of claim is in that format under that date

17   signed by yourself on behalf of Mr. Cikanek.

18   When I turn to the second page of that

19   document, I see a reference to two accounts and

20   it isn't clear to me what those two accounts

21   are except that one of them is described as a

22   margin account and the other by number is

23   described as an IRA account.  Can you give us a

24   little more description of those?

25         MR. SUGARMAN:  Absolutely.  What's been

1    to do, sir.

2             ARBITRATOR PEPPARD:  Oh, I beg your

3    pardon.  I thought we had done that.

4             MR. RUSSO:  And I object to proceeding

5    because it's going to cost us days.

6             ARBITRATOR PEPPARD:  Your objection is

7    heard, sir.

8             MR. RUSSO:  I also have the problem

9    which is right now if you're going to make us

10   go forward, I need the opportunity to amend my

11   answer to assert a counterclaim and a

12   cross-claim, so I mean you can't go forward on

13   the evidence with respect to one side without

14   permitting me to go forward with the evidence

15   on the other side.

16            The issue has been joined with respect

17   to the individual account.  If now there is

18   even the chance that at some point later on the

19   panel might decide that with respect to the

20   Cikanek living trust that you're going to

21   accept the evidence, then I will have been

22   injured because I will not have been able to

23   assert my counterclaim nor my cross-claim and

24   so I urge you to consult with the full panel

25   and to make a ruling either at this time or if

1    you cannot do that to adjourn and seek having

2    the parties submit briefs or something like

3    that because it's just not fair to Joseph

4    Stevens from a due process standpoint for us to

5    have to go forward without asserting our claims

6    as they could have been asserted had the

7    Cikanek living trust submitted a uniform

8    submission agreement and agreed to be party to

9    this action.

10         ARBITRATOR PEPPARD:  Thank you very

11    much.  Do you have anything more by way of

12    opening statement?

13         MR. RUSSO:  Yes, I do.

14         ARBITRATOR PEPPARD:  Let's hear that.

15         MR. RUSSO:  The evidence in this case

16    is going to show you that Joseph Stevens is not

17    your run of the mill brokerage firm.  It's a

18    very implied brokerage firm.  It's a firm that

19    has put in very good procedures and that it's a

20    victim of circumstance by virtue of the fact

21    that Mr. Cikanek came to Joseph Stevens with

22    Ross Inserra, Leonard Inserra and Kevin Brody.

23         Whatever those gentleman did at LCP,

24    they did not do at Joseph Stevens and you'll

25    see when you look at the evidence of both

1    transferred your account from -- your accounts

2    from Silver Capital to Joseph Stevens?

3        A.    Yes.

4        Q.    Do you recall when that was?

5        A.    Not offhand, no.

6        Q.    Was it sometime in 2000?

7        A.    Yes.

8        Q.    And how did that come about, how did

9    you come to transfer your accounts there?

10       A.    Ross told me that he was moving to

11   Joseph Stevens because there was some internal

12   problems at Silver Capital.

13       Q.    Internal problems?

14       A.    Yes.

15       Q.    And did Ross ask you to go with him to

16   Joseph Stevens?

17       A.    Yes.

18       Q.    Follow him there?

19       A.    Yes.

20       Q.    And did you, in fact, transfer your

21   account to Joseph Stevens?

22       A.    Yes.

23       Q.    Now, when you got to Joseph Stevens,

24   did the manner in which you described your

25   account being handled did it change in any way?

1    entity?

2        A.    No.

3        Q.    No.    Why did you establish a trust?

4        A.    To avoid -- I can't think of the word,

5    it starts with a P, probate, and it would save

6    me in taxes.

7        Q.    You understood that this would be a

8    vehicle that you could use to avoid probate and

9    save taxes?

10        A.    Yes.

11        Q.    And you were seeking the protection of

12    the laws of the state of Illinois in order to

13    do that, correct?

14        A.    No, I didn't think of it in that way.

15        Q.    Did you have to go through a process

16    and sign a legal document to establish a trust?

17        A.    Yes.

18        Q.    I hand you what I marked as

19    Respondents' A, can you look at Respondents' A,

20    sir, and tell me what that is?

21        A.    It says trust agreement of David

22    Michael Cikanek, David Menachof Law Office,

23    6723 West Cermak Road, Berwyn, Illinois 60402.

24        Q.    I'd ask you to look at the third from

25    the last page or fourth from the last page, it

93

```
 1        says page 13 at the bottom?

 2            A.    Page 14?

 3            Q.    Page 13 it says at the bottom.

 4            A.    Yes.

 5            Q.    Can you tell me whether your signature

 6        appears anywhere on this document, sir?

 7            A.    Yes.

 8            Q.    Where does it appear?

 9            A.    Below where it says testimonium clause,

10        it says David M. Cikanek and that's my

11        signature and it says David M. Cikanek,

12        trustee.

13            Q.    Did you, in fact, execute this

14        document, sir?

15            A.    Yes.

16            Q.    Now, I ask you to turn to page 4 of

17        this document, four at the bottom?

18            A.    Page 4.

19            Q.    Could I ask you who Darlene Simmons is?

20            A.    She's my sister.

21            Q.    And who is Rosemary Gretasi (phonetic)?

22            A.    Gretasi, my sister.

23            Q.    I believe you testified earlier that

24        you were not married, sir; is that right?

25            A.    Correct.
```

1      Q.    And you've never been married?

2      A.    Correct.

3      Q.    Do you have any children?

4      A.    No.

5      Q.    Was the purpose of establishing this

6    trust so that your assets would pass to your

7    sister and -- your sisters and their children

8    without having to go into probate?

9      A.    No, it was to pass it along to them.

10   It didn't -- I didn't bring probate into it.

11     Q.    You just wanted to pass it along to

12   them?

13     A.    Yes.

14     Q.    They were the beneficiaries of this

15   trust?

16     A.    Yes.

17     Q.    And they still are the beneficiaries of

18   this trust?

19     A.    Yes.

20     Q.    Are they still alive, sir, both of your

21   sisters?

22     A.    Yes.

23     Q.    Now, we were asking you about income

24   sources and you said one other income source

25   was this real property, the income property

1          A.    Yes.

2          Q.    What did you do when you received a

3     confirmation for your trade?

4          A.    I looked at the value of the stock and

5     the amount of money.

6          Q.    Why were you looking at that?

7          A.    Because I was concerned I was earning

8     money or losing money.

9          Q.    Well, I'm not talking about account

10    statements, sir, I'm talking about individual

11    confirmations for every trade?

12         A.    Well, I was sent -- aware of what Ross

13    was doing with my money and I wanted to see,

14    you know, what -- where the money was going,

15    what stock.

16         Q.    So let's rewind a second, sir, did you

17    or did you not receive a confirmation for every

18    trade that was done in your account?

19         A.    Yes.

20         Q.    And when you got those confirmations,

21    what did you do with them?

22         A.    I looked at them and then I would call

23    Ross and ask him about the trade.

24         Q.    And you understood when you received

25    those confirmations, did you not, sir, that a

1    trade had been done in your account?

2        A.    Yeah, I understood that because it said

3    trade confirmation.

4        Q.    And how often did you call the firm LCP

5    or Joseph Stevens and say I did not authorize

6    this trade, please reverse it?

7        A.    Never.

8        Q.    Am I correct that after seeing the

9    trade confirmations and discussing it with

10   Ross, you accepted the trade?

11       A.    I didn't know I could reject it at that

12   point.

13       Q.    You had no idea that you could say I

14   didn't do this trade?

15       A.    No.

16       Q.    You never learned that throughout the

17   entire time you were investing?

18       A.    No, and Ross never told me I could.

19       Q.    But clearly after you got stuck with a

20   couple of trades you didn't want, you said to

21   Ross I'm not sending you any more money; is

22   that right?

23       MR. SUGARMAN:    Objection, he's

24       mischaracterizing his testimony.   He just

25       said --

1    BY MR. RUSSO:

2        Q.   Let me ask did you ever get stuck with

3    a trade you didn't want?

4        A.   Yes, all the trades that lost money and

5    as far as I'm concerned, they all lost money.

6        Q.   So you weren't --

7        A.   But I felt that I lost control of my

8    portfolio and it was in the hands of Ross who I

9    trusted and he assured me that there was no

10   concern for alarm.

11       Q.   At what point did you make the decision

12   that you didn't want the trade, was it at the

13   point that the trade was done that you received

14   the confirmation or was it after the trade was

15   closed and you lost money?

16       A.   It's not -- the way I felt it's not

17   that I didn't want the trade, I felt it was too

18   late and what was done was done.

19       Q.   Why didn't you instruct Mr. Inserra to

20   sell the stock that he had purchased without

21   your authorization?

22       A.   Because they already lost money.

23       Q.   But if you still had the stock, wasn't

24   there a chance that you were going to continue

25   to lose money?

1        A.    There's always that chance.

2        Q.    So you knowingly accepted that risk

3    when you didn't instruct Mr. Inserra to sell,

4    correct?

5        A.    I -- Ross told me there was -- I

6    shouldn't be alarmed, that it would come back.

7    He would take care of it and it could come

8    back.

9        Q.    But you understood that there was a

10   risk that you were going to lose money,

11   correct?

12       A.    Correct, because there is always a

13   risk.

14       Q.    And so in not instructing Mr. Inserra

15   to immediately sell, you knowingly undertook

16   that risk, didn't you?

17       A.    Yes.

18       Q.    Now, in addition to the confirmations,

19   you also received monthly statements, correct?

20       A.    Correct.

21       Q.    And you had received the statement for

22   the prior month about the middle of the

23   following month, correct?

24       A.    Correct.

25       Q.    And while you were at -- while you had

1          Q.    Let's assume for the moment --
2    withdrawn.
3                Would you say you lost at least 400,000
4    while you were at LCP?
5          A.    I don't know for sure.
6          Q.    Do you know whether it was hundreds of
7    thousands that you lost at LCP?
8          A.    Yes.
9          Q.    After having lost hundreds of thousands
10   at LCP, why is it that you followed Mr. Inserra
11   to Joseph Stevens & Company?
12         A.    I followed him because he asked me to.
13   He said he would get my money back for me.
14         Q.    At any point did you tell Joseph
15   Stevens that you were dissatisfied with the
16   stock that Mr. Inserra had been recommending to
17   you because at LCP you had lost several hundred
18   thousand dollars?
19         A.    No.
20         Q.    In fact, when you got to Joseph
21   Stevens, you filled out a new account form,
22   didn't you?
23         A.    Yes.
24         Q.    And on that new account form, you
25   represented that you had a million in net

1    worth?

2         A.   No, I didn't.  Ross put that in.  I

3    signed the form.

4         Q.   You signed the form and didn't you also

5    sign the form that said you had 100,000 in net

6    income?

7         A.   Ross also filled that in.

8         Q.   So Ross filled that out but you signed

9    that, sir?

10        A.   Yes, but --

11        Q.   Okay.  Let me just ask --

12             MR. SUGARMAN:  Can he finish answering?

13             MR. RUSSO:  I'm asking yes or no

14        questions.  I'd ask that counsel

15        rehabilitate him if he needs to but that we

16        move this along.

17             MR. SUGARMAN:  Chairman, he was in the

18        middle of answering when he was cut off and

19        I think he cut off his answer.

20             ARBITRATOR PEPPARD:  Did you have

21        anything else to add, sir?

22             THE WITNESS:  Yeah, he had a sticker

23        pointing to where I should sign.  Everything

24        wasn't filled in and I just signed it and he

25        would send a return overnight envelope.  He

JEFFREY E. SCHAFF

MR. RUSSO:  I'd just like to note for the record my continuing objection to evidence with respect to the Cikanek living trust, is not a party to this action.

ARBITRATOR PEPPARD:  We'll consider that you have a standing objection to all evidence with respect to the trust.

MR. RUSSO:  Thank you, sir.

BY MR. SUGARMAN:

Q.   Mr. Schaff, can you walk us through this profit and loss report starting with this account summary?

A.   Most certainly.

The profit and loss reports and, actually, there are a number of tabs where they'll all appear to be generally similar, they're in the same format. The very first page for each would be the accounts summary.  There are three boxes of information in each -- captioned by the exact account numbers but are time frames that are captioned profit and loss.

The two top boxes are two entirely different ways to generate a profit and loss.  The first being simply cash flow.  If you know how much monies, securities went into an account and out of

# EXHIBIT B
# TO
# DECLARATION OF
# MARTIN P. RUSSO IN SUPPORT OF
# APPLICATION TO VACATE

# FILED BY PETITIONER
# JOSEPH STEVENS & COMPANY, INC.

**JOSEPH STEVENS & COMPANY, INC.**
**INVESTMENT BANKING**

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-909-9000

Account Number: W66-8505746
Account Executive: VK5-JW

# November 2000
November 01 to November 30
Original Statement

**Your Account Executive:**
LEONARD INSERRA
JOSEPH STEVENS & COMPANY, INC.
33 MAIDEN LANE
NEW YORK, NY 10038
(212) 361-3000

#BWIGGNK
#W668505746B1#
l.l.l.ll....ll...ll..l.l.l...l.l.ll...ll..l.l.l....ll
2 0105011    AT 0.000    **AUTO   H8 0 1150 60645
W66-8505746-JW-VK5-BB

DAVID M. CIKANEK, IRA R/O
DELAWARE CHARTER, TTEE
2826 W FARGO AVE
CHICAGO IL 60645-1240

**IRS Reporting Status:**
Tax identification number is on file.
Account is exempt from backup withholding and IRS 1099 reporting.

## Account Value

Net Value of Your Account . . . . . . . . . . . . . . . . . . . . . .$16,968.62

| | LAST PERIOD NOVEMBER 01, 2000 | PERIOD ENDING NOVEMBER 30, 2000 | % |
|---|---|---|---|
| Equities | | | |
| Money Market Funds | | $16,623.60 | 97.98 |
| Money Balances | | $343.71 | 2.02 |
| | | $1.31 | .00 |
| **Net Value** | $.00 | $16,968.62 | 100.00 |
| **Estimated Annual Income** | | $19.96 | |

## Income Summary

| | THIS PERIOD | | THIS YEAR | |
|---|---|---|---|---|
| | | NON-TAXABLE | TAXABLE | |
| Interest | | | | |
| Total Interest | | | | |
| Dividends | | | | |
| Total Dividends | | | | |
| Other | | | | |
| Total Other Income | | | | |
| Total Income | | | | |

Schroder & Co. Inc. acting as clearing agent
2 0105011

PAGE    OF 4

0250649

Page 1a

# Schroder & Co. Inc. Monthly Statement

This statement should be reviewed carefully and preserved. It contains important information that may affect your rights. Retain this statement, since it does not agree with your records, please notify the Schroder & Co. Inc. ("Schroder") Internal Audit Department, located at 787 Seventh Avenue, New York, N.Y. 10019-6016, indicating the nature of the discrepancy. The information contained in this statement will be considered complete and accurate unless we receive written notice to the contrary within ten days of this statement being provided to you.

Complaints concerning your account should be directed to the attention of Schroder's Compliance Director at the address noted above, or if this is an introduced account, to the Compliance

Director of the Introducing Broker identified on the front page of this statement.

Parenthesis ( ) indicates a short position for securities or a debit balance for cash.

All statements are maintained on a "settlement date basis." Trades made during the period covered by this statement, but settling thereafter, will appear in the section detailing pending trades and when issued contracts.

A financial statement of Schroder's is available for your personal inspection at its offices or a copy of it will be mailed upon your written request.

## Description of Terms

**Account Value:** The Net Value of Your Account represents the estimated net market value of the securities and cash in your account, less any short positions or money due Schroder. Unpriced securities are not reflected (see discussion of pricing below).

**Accrued Interest:** Accrued interest represents the estimated amount of interest that would be paid upon a sale of a bond. This amount is calculated from the last payment date or dated date

up to, but not including, the closing date of this statement. These amounts are intended to be used only as an estimate and are subject to change.

**Estimated Annual Income:** This is an annualized figure composed of interest and dividend amounts. These amounts are supplied by outside sources and, while we believe them to be accurate, are intended to be used only as an estimate. We have not verified the accuracy of this information and these figures are subject to change.

## General Information

**Free Credit Balances & Interest Charges:** Free credit balances in your account are not segregated from other funds of the firm and may be used in the daily operation of our business. You may request these balances at any time. The rate of interest charged is based on the current brokers call money rate as determined by reference to the call money rates on brokers loans quoted by banks in New York City. In computing interest, all cash and margin accounts are combined so that the charge is computed on the net daily balance. This is detailed in our interest charges document, distributed when an account is opened, and an additional copy of which is available on request.

**Pricing:** Prices for securities are obtained from outside sources and are not guaranteed. Where prices are not readily available, estimated values are determined by using mathematical models or matrix pricing systems. These prices are identified in your portfolio details and indicate those securities in which we assign a price. If you require a market value for these securities, please contact your account executive.

**Direct Participation Programs (DPP) and Real Estate Investment Trusts (REITS):** DPP and REIT securities are generally illiquid securities, and the value of these securities may be different from their purchase price. Any estimated value of these securities disclosed in this statement may not be realizable if you seek to liquidate these securities.

**Margin Account Information:** If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general margin account and special memorandum account maintained for you under Section 5 of Regulation T, issued by the Board of Governors of the Federal Reserve System. The record of the special memorandum account as required by Regulation T is available for your inspection at your request.

**Option Account Information:** Details of commissions and other charges incurred in connection with options transactions was included in the confirmations of these transactions previously furnished to you. A summary is available upon request. Please notify us promptly of any changes in your investment objectives or financial situation.

**Account Protection:** Schroder is a member of the Securities Investor Protection Corporation, which provides protection of $500,000 per customer (of which a total of $100,000 in cash is covered). Schroder has also obtained a supplemental excess protection policy so that each customer is protected up to $100 million (of which a total of $100,000 is for cash).

**Dividend Reinvestment Program Customers:** Dividend Reinvestment transactions were effected by Schroder acting as principal for its own account. The date and time of execution, the name of the other party, if applicable, and details of remuneration received from other persons will be furnished on request.

## Important Information for Introduced Clients

If Schroder is carrying your account pursuant to a written agreement with an Introducing Firm, unless and until Schroder receives written notice from you to the contrary, Schroder may accept from the introducing broker, without inquiry or objection, orders for the purchase or sale of securities, on margin or otherwise, or any other instructions concerning your account.

Schroder is not responsible or liable for any acts or omissions of the Introducing Broker. Inquiries concerning your account should be directed to the Introducing Broker identified on this statement or to Schroders Clearing Services Department at (212) 492-6860.

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD) REGULATION PUBLIC DISCLOSURE PROGRAM: UNDER RULES ADOPTED BY THE NASD, WE ARE REQUIRED TO PROVIDE YOU WITH THE FOLLOWING INFORMATION:(1) NASD REGULATION HOTLINE NUMBER (1-800-289-9999); (2) NASD REGULATION WEB SITE ADDRESS (WWW.NASD.COM); AND (3) AN NASD INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE PUBLIC DISCLOSURE PROGRAM IS AVAILABLE UPON YOUR REQUEST.

SCHRODER (REV. 5/98)

0056649

2 0105511

PAG  OF  4

**November 2000**
November 01 to November 30
Original Statement

Account Number: W66-8505746
Account Executive: VKS-JW

**JOSEPH STEVENS & COMPANY, INC.**
INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

## Cash and Money Fund Balance

| | AMOUNTS CREDITED | AMOUNTS CHARGED |
|---|---|---|
| Opening Cash Balance | $.00 | |
| Money Fund Activity | $25.00 | $368.71 |
| Cash Disbursed, Received, Other | $395.02 | $50.00 |
| **Total** | **$420.02** | **$418.71** |
| | | |
| Closing Cash Balance | $1.31 | |
| Closing Money Fund Balance | $343.71 | |

# Transaction Details

## Money Fund Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | AMOUNT CREDITED | AMOUNT CHARGED |
|---|---|---|---|---|---|
| 11/07/2000 | BOUGHT | SHORT TERM INCOME FUND | 25 | | $25.00 |
| 11/09/2000 | SOLD | SHORT TERM INCOME FUND | 25 | $25.00 | |
| 11/17/2000 | BOUGHT | SHORT TERM INCOME FUND | 318.71 | | $318.71 |
| 11/21/2000 | BOUGHT | SHORT TERM INCOME FUND | 25 | | $25.00 |
| | | **Total Amount Credited** | | **$25.00** | |
| | | **Total Amount Charged** | | | **$368.71** |

## Cash Disbursed, Received, Other

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | AMOUNT CREDITED | AMOUNT CHARGED |
|---|---|---|---|---|---|
| 11/03/2000 | JOURNAL | TRANSFER FROM # W667000145 01 PER MEMO | | $25.00 | |
| 11/07/2000 | JOURNAL | SET UP FEE | | | $25.00 |
| 11/14/2000 | JOURNAL | SET UP FEE | | | $25.00 |
| 11/15/2000 | JOURNAL | TRANSFERRED FROM CIBC WORLD MARKETS CORP A/C# 67150142 | | $343.71 | |
| 11/15/2000 | RECEIVE | AVIATION HLDGS GROUP INC COM TRANSFERRED FROM CIBC WORLD MARKETS CORP A/C# 67150142 | 52,500 | | |

Schroder & Co. Inc. acting as clearing agent

2 0115011



**JOSEPH STEVENS & COMPANY, INC.**
**INVESTMENT BANKING**

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-381-3000
Fax: 212-381-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VK5-JW

**November 2000**
November 01 to November 30
Original Statement

# Transaction Details (continued)

## Cash Disbursed, Received, Other

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | AMOUNT CREDITED | AMOUNT CHARGED |
|---|---|---|---|---|---|
| 11/15/2000 | RECEIVE | GLOBALNET INC COM TRANSFERRED FROM CIBC WORLD MARKETS CORP A/C# 67150142 | 2,200 | | |
| 11/17/2000 | JOURNAL | DUP FEES ADJUSTMENT 11/14/00 | | $25.00 | |
| 11/30/2000 | JOURNAL | TRANSFERRED FROM CIBC WORLD MARKETS CORP A/C# 67150142 RESIDUAL CR. | | $1.31 | |
| | | Total Amount Credited | | $395.02 | |
| | | Total Amount Charged | | | $50.00 |

# Portfolio Details

## Equities:

## Stocks

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ANNUAL INCOME | DIVIDEND RATE | COMMENT |
|---|---|---|---|---|---|---|
| AVIATION HLDGS GROUP INC COM | 52,500 | .094 | $4,935.00 | | | |
| GLOBALNET INC COM | 2,200 | 5.313 | $11,688.60 | | | |
| | Total Value of Stocks | | $16,623.60 | | | |
| | Total Value of Equities | | $16,623.60 | | | |

Schroder & Co. .. acting as clearing agent

2.0/05011

0253648



**JOSEPH STEVENS & COMPANY, INC.**
INVESTMENT BANKING

**33 Maiden Lane**
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VK5-JW

# November 2000
November 01 to November 30
Original Statement

## Portfolio Details (continued)

### Money Market Funds

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ANNUAL INCOME | ANNUALIZED YIELD | COMMENT |
|---|---|---|---|---|---|---|
| SHORT TERM INCOME FUND | 343.71 | 1 | $343.71 | $19.96 | 5.810% | YLD 10/16-11/15 |
| Total Value of Money Market Funds | | | $343.71 | $19.96 | | |

### Money Balances

| DESCRIPTION | AMOUNT | COMMENT |
|---|---|---|
| CASH AMOUNT | $1.31 | |
| Total Value of Money Balances | $1.31 | |

**End of Statement**

Schroder & Co. Inc. acting as clearing agent

2 0 05011

0250647

0250647

2.0105011

# EXHIBIT C
# TO
# DECLARATION OF
# MARTIN P. RUSSO IN SUPPORT OF
# APPLICATION TO VACATE

# FILED BY PETITIONER
# JOSEPH STEVENS & COMPANY, INC.

**JOSEPH STEVENS & COMPANY, INC.**
INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VK5-JW

# December 20u0

November 30 to December 29
Original Statement

PAG' OF 3

**Your Account Executive:**
LEONARD INSERRA
JOSEPH STEVENS & COMPANY, INC.
33 MAIDEN LANE
NEW YORK, NY 10038
(212) 361-3000

#BWWGONK
#W668505746E1#
l.ll.ll....ll...l.l.ll..l..l.l.ll.ll..l.ll.l.ll.l.ll
1 0055364  AT 0.000  **AUTO  H7 0 1250 60645
W66-8505746-JW-VK5-BB

DAVID M. CIKANEK, IRA R/0
DELAWARE CHARTER TTEE
2826 W FARGO AVE
CHICAGO IL 60645-1240

**IRS Reporting Status:**
Tax identification number is on file.
Account is exempt from backup withholding and IRS 1099 reporting.

## Account Value

Net Value of Your Account ..................$4,510.22

| | LAST PERIOD NOVEMBER 30, 2000 | PERIOD ENDING DECEMBER 29, 2000 | % |
|---|---|---|---|
| Equities | $16,623.60 | $4,163.60 | 92.32 |
| Money Market Funds | $343.71 | $346.62 | 7.68 |
| Money Balances | $1.31 | | |
| **Net Value** | **$16,968.62** | **$4,510.22** | **100.00** |
| Estimated Annual Income | $19.96 | $20.27 | |

## Income Summary

| | THIS PERIOD | THIS YEAR NON-TAXABLE | TAXABLE |
|---|---|---|---|
| Interest | | | |
| Total Interest | | | |
| | | | |
| Dividends | | | |
| Total Dividends | | | |
| | | | |
| Other | | | |
| Money Fund Earnings | $1.60 | $1.60 | |
| Total Other Income | $1.60 | $1.60 | |
| | | | |
| Total Income | $1.60 | $1.60 | |

Schroder & Co. Inc. acting as clearing agent

1 0055364

0110899

Page 1a

# Schroder & Co. Inc. Monthly Statement

This statement should be reviewed carefully and preserved. It contains important information that may be necessary for income tax return preparation. If this statement does not agree with your records, please notify the Schroder & Co. Inc. ("Schroder") Internal Audit Department, located at 787 Seventh Avenue, New York, N.Y. 10019-6016, indicating the nature of the discrepancy. The information contained in this statement will be considered complete and accurate unless we receive written notice to the contrary within ten days of this statement being provided to you.

Complaints concerning your account should be directed to the attention of Schroder's Compliance Director at the address noted above, or if this is an introduced account, to the Compliance

## Description of Terms

**Account Value:** The Net Value of Your Account represents the estimated net market value of the securities and cash in your account, less any short positions or money due Schroder. Unpriced securities are not reflected (see discussion of pricing below).

**Accrued Interest:** Accrued Interest represents the estimated amount of interest that would be paid upon a sale of a bond. This amount is calculated from the last payment date or dated date

## General Information

**Free Credit Balances & Interest Charges:** Free credit balances in your account are not segregated from other funds of the firm and may be used in the daily operation of our business. You may request these balances at any time. The rate of interest charged is based on the current brokers call money rate as determined by reference to the call money rates on brokers loans quoted by banks in New York City. In computing interest, all cash and margin accounts are combined so that the charge is computed on the net daily balance. This is detailed in our interest charges document, distributed when an account is opened, and an additional copy of which is available on request.

**Pricing:** Prices for securities are obtained from outside sources and are not guaranteed. Where prices are not readily available, estimated values are determined by using mathematical models or matrix pricing systems. Unpriced securities are identified in your portfolio details and indicate those securities in which we are unable to obtain a price. If you require a market value for these securities, please contact your account executive.

**Direct Participation Programs (DPP) and Real Estate Investment Trusts (REITS):** DPP and REIT securities are generally illiquid securities, and the value of these securities may be different from their purchase price. Any estimated value of these securities disclosed in this statement may not be realizable if you seek to liquidate these securities.

## Important Information for Introduced Clients

If Schroder is carrying your account pursuant to a written agreement with an Introducing Firm, unless and until Schroder receives written notice from you to the contrary, Schroder may accept from the introducing broker, without inquiry or objection, orders for the purchase or sale of securities, on margin or otherwise, or any other instructions concerning your account.

Director of the Introducing Broker identified on the front page of this statement.

Parenthesis ( ) indicates a short position for securities or a debit balance for cash.

All statements are maintained on a "settlement date basis." Trades made during the period covered by this statement, but settling thereafter, will appear in the section detailing pending trades and when issued contracts.

A financial statement of Schroder's is available for your personal inspection at its offices or a copy of it will be mailed upon your written request.

up to, but not including, the closing date of this statement. These amounts are intended to be used only as an estimate and are subject to change.

**Estimated Annual Income:** This is an annualized figure composed of interest and dividend amounts. These amounts are supplied by outside sources and, while we believe them to be accurate, are intended to be used only as an estimate. We have not verified the accuracy of this information and these figures are subject to change.

**Margin Account Information:** If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general margin account and special memorandum account maintained for you under Section 5 of Regulation T, issued by the Board of Governors of the Federal Reserve System. The record of the special memorandum account as required by Regulation T is available for your inspection at your request.

**Option Account Information:** Details of commissions and other charges incurred in connection with options transactions was included in the confirmations of these transactions previously furnished to you. A summary is available upon request. Please notify us promptly of any changes in your investment objectives or financial situation.

**Account Protection:** Schroder is a member of the Securities Investor Protection Corporation, which provides protection of $500,000 per customer (of which a total of $100,000 in cash is covered). Schroder has also obtained a supplemental excess protection policy so that each customer is protected up to $100 million (of which a total of $100,000 is for cash).

**Dividend Reinvestment Program Customers:** Dividend Reinvestment transactions were effected by Schroder acting as principal for its own account. The date and time of execution, name of other party, if applicable, and details of remuneration received from other persons will be furnished on request.

Schroder is not responsible or liable for any acts or omissions of the Introducing Broker. Inquiries concerning your account should be directed to the Introducing Broker identified on this statement or to Schroders Clearing Services Department at (212) 492-6660.

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD) REGULATION PUBLIC DISCLOSURE PROGRAM: UNDER RULES ADOPTED BY THE NASD, WE ARE REQUIRED TO PROVIDE YOU WITH THE FOLLOWING INFORMATION:(1) NASD REGULATION HOTLINE NUMBER (1-800-289-9999); (2) NASD REGULATION WEB SITE ADDRESS (WWW.NASD.COM); AND (3) AN NASD INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE PUBLIC DISCLOSURE PROGRAM IS AVAILABLE UPON YOUR REQUEST.

SCHRODER (REV. 5/98)



**JOSEPH STEVENS & COMPANY, INC.**
INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VK5-JW

# December 20u0

November 30 to December 29
Original Statement

PAG⸗ OF 3

## Cash and Money Fund Balance

| Opening Cash Balance | | |
|---|---|---|
| | $1.31 | |
| | AMOUNTS CREDITED | AMOUNTS CHARGED |
| Money Fund Activity | | $2.91 |
| Money Fund Earnings | $1.60 | |
| Total | $1.60 | $2.91 |

| | |
|---|---|
| Closing Cash Balance | $.00 |
| Closing Money Fund Balance | $346.62 |

## Bulletin Board

Joseph Stevens & Co.,Inc is a member of the NASD. In those situations
where you have not directed or placed limits on your orders, we route
your market orders to market centers, including broker-dealers which,
based on our experience, provide you the best execution taking into
account the price, speed and size of your orders. We may receive
payment per share for certain orders that we route or direct to such
market centers.

## Income Details

**Other:**

**Money Fund Earnings**

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | NON-TAXABLE AMOUNT | TAXABLE AMOUNT | COMMENT |
|---|---|---|---|---|---|---|
| 12/18/2000 MONEY FUND DIV | | SHORT TERM INCOME FUND | | $1.60 | | |
| | | Total Earnings from Money Funds | | $1.60 | | |
| | | Total Other Income | | $1.60 | | |
| | | Total Income | | $1.60 | | |

Schroder & Co. Inc. acting as clearing agent

1.0055364

0110998

**JOSEPH STEVENS & COMPANY, INC.**
INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-609-9000

Account Number: W66-8505746
Account Executive: VK5-JW

**December 2000**

November 30 to December 29
Original Statement

PAGE 3 OF 3

# Transaction Details

## Money Fund Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | AMOUNT CREDITED | AMOUNT CHARGED | COMMENT |
|------|----------|-------------|----------|-----------------|----------------|---------|
| 12/04/2000 | BOUGHT | SHORT TERM INCOME FUND | 1.31 | | $1.31 | |
| 12/18/2000 | BOUGHT | SHORT TERM INCOME FUND DIVIDEND REINVESTMENT | 1.60 | | $1.60 | |
| | | **Total Amount Credited** | | | | |
| | | **Total Amount Charged** | | | **$2.91** | |

# Portfolio Details

## Equities:

### Stocks

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ANNUAL INCOME | DIVIDEND RATE | COMMENT |
|-------------|----------|---------------|---------------|-------------------------|---------------|---------|
| AVIATION HLDGS GROUP INC COM | 52,500 | .04 | $2,100.00 | | | |
| GLOBALNET INC COM | 2,200 | .938 | $2,063.60 | | | |
| **Total Value of Stocks** | | | **$4,163.60** | | | |
| **Total Value of Equities** | | | **$4,163.60** | | | |

## Money Market Funds

| DESCRIPTION | QUANTITY | CURRENT PRICE | CURRENT VALUE | ESTIMATED ANNUAL INCOME | ANNUALIZED YIELD | COMMENT |
|-------------|----------|---------------|---------------|-------------------------|------------------|---------|
| SHORT TERM INCOME FUND | 346.62 | 1 | $346.62 | $20.27 | 5.850% | YLD 11/16-12/17 |
| **Total Value of Money Market Funds** | | | **$346.62** | **$20.27** | | |

**End of Statement**

Schroder & Co. Inc. acting as clearing agent

# JOSEPH STEVENS & COMPANY, INC.
## INVESTMENT BANKING

33 Maiden Lane
New York, N.Y. 10038
Tel: 212-361-3000
Fax: 212-361-3333
800-809-9000

**Account Number: W66-8505746**
**Account Executive: VN9-JW**

## January 2001
December 29 to January 31
Original Statement

PW    OF 3

**Your Account Executive:**
ROSS INSERRA
JOSEPH STEVENS & COMPANY, INC.
33 MAIDEN LANE
NEW YORK, NY 10038
(212) 361-3000

#BWNGONK
#W66B505746B1#
I.II..II...II...II...II.II...II.IIII.......I.II...II.II
1 0085240    AT 0.000   **AUTO  H7 0 0150 60645
W66-8505746-JW-VN9-BB

DAVID M. CIKANEK, IRA R/O
DELAWARE CHARTER TTEE
2826 W FARGO AVE
CHICAGO IL 60645-1240

**IRS Reporting Status:**
Tax identification number is on file.
Account is exempt from backup withholding and IRS 1099 reporting.

## Account Value

Net Value of Your Account ..................................$7,948.11

| | LAST PERIOD DECEMBER 29, 2000 | PERIOD ENDING JANUARY 31, 2001 | % |
|---|---|---|---|
| Equities | $4,163.60 | $7,600.00 | 95.63 |
| Money Market Funds | $346.62 | $348.11 | 4.37 |
| Money Balances | | | |
| **Net Value** | **$4,510.22** | **$7,948.11** | **100.00** |
| Estimated Annual Income | $20.27 | $19.38 | |

## Income Summary

| | THIS PERIOD | THIS YEAR | |
|---|---|---|---|
| | | NON-TAXABLE | TAXABLE |
| Interest | | | |
| **Total Interest** | | | |
| Dividends | | | |
| **Total Dividends** | | | |
| Other | | | |
| Money Fund Earnings | $.76 | $.76 | |
| **Total Other Income** | **$.76** | **$.76** | |
| **Total Income** | **$.76** | **$.76** | |

BNY Clearing Services LLC acting as clearing agent

0191323

1 0085240

**Page 1a**

## BNY Clearing Services LLC Monthly Statement

This statement should be reviewed carefully and preserved. It contains important information that is part of the firm's and your customer's propriety records. This statement does not agree with your records, please notify the BNY Clearing Services (BNYCS) located at 1633 Broadway, New York, N.Y. 10019, indicating the nature of the discrepancy. The information contained in this statement will be considered complete and accurate unless we receive written notice to the contrary within ten days of this statement being provided to you.

Complaints concerning your account should be directed to the attention of The BNYCS Compliance Director at the address noted above, or if this is an introduced account, to the

### Description of Terms

**Account Value:** The Net Value of Your Account represents the estimated net market value of the securities and cash in your account, less any short positions or money due BNYCS. Un-priced securities are not reflected (see discussion of pricing below).

**Accrued Interest:** Accrued Interest represents the estimated amount of interest that would be paid upon a sale of a bond. This amount is calculated from the last payment date or dated date

### General Information

**Free Credit Balances & Interest Charges:** Free credit balances in your account are not segregated from other funds of the firm and may be used in the daily operation of our business. You may request that these balances at any time. The rate of interest charged is based on the current broker call money rate as determined by reference to the call money rates on brokers loans quoted by banks in New York City. In computing interest, all cash and margin accounts are combined so that the charge is computed on the net daily balance. This is detailed in our interest charges document, distributed when an account is opened, and an additional copy of which is available on request.

**Pricing:** Prices for securities are obtained from outside sources and are not guaranteed. Where prices are not readily available, estimated values are determined by using mathematical models or calculating systems. Unpriced securities are identified in your portfolio details and indicate "no market value". If we are unable to obtain a price. If you require a market value for these securities, please contact your account executive.

**Direct Participation Programs (DPP) and Real Estate Investment Trusts (REITS):** DPP and REIT securities are generally illiquid securities, and the value of these securities may be different from their purchase price. Any estimated value of these securities disclosed in this statement may not be realizable if you seek to liquidate these securities.

### Important Information for Introduced Clients

If BNYCS is carrying your account pursuant to a written agreement with an Introducing Firm, unless and until BNYCS receives written notice from you to the contrary, BNYCS may accept from the introducing broker, without inquiry or objection, orders for the purchase or sale of securities, on margin or otherwise, or any other instructions concerning your account.

Compliance Director of the Introducing Broker identified on the front page of this statement.

Parenthesis ( ) indicates a short position for securities or a debit balance for cash.

All statements are maintained on a "settlement date basis." Trades made during the period covered by this statement, but settling thereafter, will appear in the section detailing pending trades and when issued contracts.

A financial statement of BNYCS is available for your personal inspection at its offices or a copy of it will be mailed upon your written request.

up to, but not including, the closing date of this statement. These amounts are intended to be used only as an estimate and are subject to change.

**Estimated Annual Income:** This is an annualized figure composed of interest and dividend amounts. These amounts are supplied by outside sources and, while we believe them to be accurate, are intended to be used only as an estimate. We have not verified the accuracy of this information and these figures are subject to change.

**Margin Account Information:** If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general margin account and special memorandum account maintained for you under Section 5 of Regulation T, issued by the Board of Governors of the Federal Reserve System. The record of the special memorandum account as required by Regulation T is available for your inspection at your request.

**Option Account Information:** Details of commissions and other charges incurred in connection with options transactions was included in the confirmations of these transactions previously furnished to you. A summary is available upon request. Please notify us promptly of any changes in your investment objectives or financial situation.

**Account Protection:** BNYCS is a member of the Securities Investor Protection Corporation, which provides protection of $500,000 per customer (of which a total of $100,000 in cash is covered). BNYCS has also obtained a supplemental excess protection policy so that each customer is protected up to $100 million (of which a total of $1,000,000 is for cash).

**Dividend Reinvestment Program Customers:** Dividend Reinvestment transactions were effected by BNYCS acting as principal for its own account. The date and time of execution, name of other party, if applicable, and details of remuneration received from other persons will be furnished on request.

BNYCS is not responsible or liable for any acts or omissions of the Introducing Broker. Inquires concerning your account should be directed to the Introducing Broker identified on this statement or to BNY Clearing Services Department at (212) 237-0400.

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD) REGULATION PUBLIC DISCLOSURE PROGRAM: UNDER RULES ADOPTED BY THE NASD, WE ARE REQUIRED TO PROVIDE YOU WITH THE FOLLOWING INFORMATION:(1) NASD REGULATION HOTLINE NUMBER (1-800-289-9999); (2) NASD REGULATION WEB SITE ADDRESS (WWW.NASD.COM); AND (3) AN NASD INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE PUBLIC DISCLOSURE PROGRAM IS AVAILABLE UPON YOUR REQUEST.

BNY (REV. 12/00)

1 008240

0191123

# EXHIBIT D
# TO
# DECLARATION OF
# MARTIN P. RUSSO IN SUPPORT OF
# APPLICATION TO VACATE

# FILED BY PETITIONER
# JOSEPH STEVENS & COMPANY, INC.

for explanation.

# CLOSE/PRICE

P198 Equity HP

Page 1/1

| | | HI 7.3438 | ON 11/ 1/00 |
| | | HVE 3.9141 | VL 13713 |
| | | LOW .625 | ON 12/27/00 |

Period D Daily
Market Trade

| DATE | PRICE | VOLUME | DATE | PRICE | VOLUME | DATE | PRICE | VOLUME |
|------|-------|--------|------|-------|--------|------|-------|--------|
| | .9375 | 157800 | | 4.125 | 21600 | 11/17 | 4.6875 | 137200 |
| | .75 | 274400 | | 4.375 | 8900 | 11/16 | 4.875 | 221800 |
| | .625 | 96400 | | 4.9375 | 36900 | 11/15 | 4.6875 | 77400 |
| | .9375 | 82000 | | 5.00 | 58700 | 11/14 | 4.875 | 27300 |
| | | | | 5.125 | 65000 | 11/13 | 4.75 | 32500 |
| | .875 | 771000 | | 5.125 | 647000 | 11/10 | 5.0625 | 49300 |
| | 1.00 | 875000 | | 5.3125 | 75300 | | 5.3125 | 65500 |
| | 1.0625 | 245100 | | 5.5 | 97000 | | 6.00 | 124200 |
| | 1.2813 | 256000 | | 5.0625 | 486000 | | 6.125 | 15200 |
| | 1.4375 | 356800 | | 4.9375 | 404000 | 11/ 6 | 6.50 | 48200 |
| | 1.1563 | 338900 | | 4.00 | 296000 | | 6.6875 | 114100 |
| | 1.4375 | 256000 | | | | | 7.25 | 53000 |
| | 2.1563 | 481000 | | 4.166 | 302000 | | H7.3438 | 1144700 |
| | 3.0625 | 55300 | | 4.125 | 41500 | | | |
| | 3.8125 | 561000 | | 4.5 | | | | |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2002 Bloomberg L.P.
G552-104-2  23-Feb-07 14:20:00

# EXHIBIT E
# TO
# DECLARATION OF
# MARTIN P. RUSSO IN SUPPORT OF
# APPLICATION TO VACATE

# FILED BY PETITIONER
# JOSEPH STEVENS & COMPANY, INC.

3/5/2007

## ACCOUNT SUMMARY

\VID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY- ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

|  | EQUITY OUTFLOW | EQUITY INFLOW |
|---|---|---|
| BEGINNING CASH BALANCE |  | $0.00 |
| CASH DEPOSIT |  | 345.02 |
| SECURITIES RECEIVED IN THE ACCOUNT |  | 16,623.60 |
| TOTAL INFLOW |  | $16,968.62 |
| CASH WITHDRAWAL | 0.00 |  |
| SECURITIES LONG AT THE END OF THE ANALYSIS | 1,159.40 |  |
| ENDING CASH BALANCE | 6.02 |  |
| TOTAL OUTFLOW | $1,165.42 |  |

| NET EQUITY FLOW FROM ACCOUNT | ($15,803.20) |
|---|---|

|  | LOSS / EXPENSE | PROFIT / INCOME |
|---|---|---|
| TRADING REALIZED PROFIT / (LOSS) | (11,871.13) |  |
| TRADING UNREALIZED PROFIT / (LOSS) | (3,775.60) |  |
| CASH IN LIEU |  | 0.00 |
| STOCK DIVIDENDS/BOND INTEREST |  | 13.53 |
| TOTAL PROFIT & LOSS FROM TRADING / INCOME |  | ($15,633.20) |
| MARGIN INTEREST | 0.00 |  |
| TAXES | 0.00 |  |
| FEES | (170.00) |  |
| TOTAL FEE AND OTHER ADJUSTMENT | (170.00) |  |

| NET PROFIT / (LOSS) | ($15,803.20) |
|---|---|

TURNOVER RATE = 0.19 Times Per Year
PORTFOLIO EXPENSE RATIO (COST EQUITY) = 5.16% Annualized
AVERAGE INCOME YIELD = 0.14% Annualized
AVERAGE HOLDING DAYS = 1026.00 Days

Page 1

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

# DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY- ACCT #66-8705746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

### November 2000

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/15/00 | RECEIVED AVIATION HLDGS | 52,500.00 | | 4,935.00 | | | |
| 2 | 11/15/00 | RECEIVED GLOBALNET | 2,200.00 | | 11,688.50 | | | |
| 3 | 11/15/00 | DEPOSIT | | | | 343.71 | | |
| 4 | 11/15/00 | DEPOSIT | | | | 1.31 | | |
| 5 | 11/30/00 | ENDING BALANCE | | | | | 345.02 | 0.00 |

### December 2000

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 6 | 12/15/00 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.60 | | |
| 7 | 12/29/00 | ENDING BALANCE | | | | | 346.62 | 0.00 |

### January 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 8 | 01/02/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.73 | | |
| 9 | 01/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.76 | | |
| 10 | 01/31/01 | ENDING BALANCE | | | | | 348.11 | 0.00 |

### February 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 11 | 02/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.46 | | |
| 12 | 02/28/01 | ENDING BALANCE | | | | | 349.57 | 0.00 |

### March 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 13 | 03/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.17 | | |
| 14 | 03/30/01 | ENDING BALANCE | | | | | 350.74 | 0.00 |

### April 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 15 | 04/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.25 | | |
| 16 | 04/30/01 | ENDING BALANCE | | | | | 351.99 | 0.00 |

### May 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 17 | 05/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.11 | | |
| 18 | 05/31/01 | ENDING BALANCE | | | | | 353.10 | 0.00 |

### June 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 19 | 06/13/01 | FEES | | | 90.00 | | | |
| 20 | 06/18/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.04 | | |
| 21 | 06/29/01 | ENDING BALANCE | | | | | 264.14 | 0.00 |

### July 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 22 | 07/02/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.39 | | |
| 23 | 07/13/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.28 | | |
| 24 | 07/31/01 | ENDING BALANCE | | | | | 264.81 | 0.00 |

### August 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 25 | 08/15/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.62 | | |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4AO-750046 - 11/00 TO 1/06

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 26 | 09/31/01 | ENDING BALANCE | | | | | 265.43 | 0.00 |
| | | **September 2001** | | | | | | |
| 27 | 09/14/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.64 | | |
| 28 | 09/30/01 | ENDING BALANCE | | | | | 266.07 | 0.00 |
| | | **October 2001** | | | | | | |
| 29 | 10/15/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.52 | | |
| 30 | 10/31/01 | ENDING BALANCE | | | | | 266.59 | 0.00 |
| | | **November 2001** | | | | | | |
| 31 | 11/15/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.32 | | |
| 32 | 11/30/01 | ENDING BALANCE | | | | | 266.91 | 0.00 |
| | | **December 2001** | | | | | | |
| 33 | 12/10/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.24 | | |
| 34 | 12/14/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.06 | | |
| 35 | 12/21/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.16 | | |
| 36 | 12/31/01 | ENDING BALANCE | | | | | 267.37 | 0.00 |
| | | **January 2002** | | | | | | |
| 37 | 01/07/02 | SELL GLOBALNET | (2,200.00) | 0.83 | | 1,825.97 | | |
| 38 | 01/09/02 | BUY PORTAL SOFTWARE | 650.00 | 2.59 | 1,808.50 | | | |
| 39 | 01/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.33 | | |
| 40 | 01/31/02 | ENDING BALANCE | | 235.00 | | | 85.17 | 0.00 |
| | | **February 2002** | | | | | | |
| 41 | 02/28/02 | ENDING BALANCE | | 280.00 | | | 85.17 | 0.00 |
| | | **March 2002** | | | | | | |
| 42 | 03/31/02 | ENDING BALANCE | | 179.00 | | | 85.17 | 0.00 |
| | | **April 2002** | | | | | | |
| 43 | 04/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 158.00 | | 0.07 | | |
| 44 | 04/30/02 | ENDING BALANCE | | | | | 85.24 | 0.00 |
| | | **May 2002** | | | | | | |
| 45 | 05/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 50.00 | | 0.07 | | |
| 46 | 05/31/02 | ENDING BALANCE | | | | | 85.31 | 0.00 |
| | | **June 2002** | | | | | | |
| 47 | 06/14/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | 344.68 | | 0.07 | | |
| 48 | 06/30/02 | ENDING BALANCE | | | | | 85.38 | 0.00 |

Page 2

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

# DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY- ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

## July 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 49 | 07/14/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.07 | 85.45 | |
| 50 | 07/31/02 | ENDING BALANCE | | 552.68 | | | | 0.00 |

## August 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 51 | 08/14/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.07 | 45.52 | |
| 52 | 08/21/02 | FEES | | | 40.00 | | | |
| 53 | 08/31/02 | ENDING BALANCE | | | | | | 0.00 |

## September 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 54 | 09/13/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.04 | 45.56 | |
| 55 | 09/30/02 | ENDING BALANCE | | | | | | 0.00 |

## October 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 56 | 10/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.04 | 45.60 | |
| 57 | 10/31/02 | ENDING BALANCE | | | | | | 0.00 |

## November 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 58 | 11/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.04 | 45.62 | |
| 59 | 11/30/02 | ENDING BALANCE | | | | | | 0.00 |

## December 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 60 | 12/13/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | 45.67 | |
| 61 | 12/31/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 62 | 12/31/02 | ENDING BALANCE | | | | | | 0.00 |

## January 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 63 | 01/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 45.68 | |
| 64 | 01/31/03 | ENDING BALANCE | | | | | | 0.00 |

## February 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 65 | 02/14/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | 45.70 | |
| 66 | 02/28/03 | ENDING BALANCE | | | | | | 0.00 |

## March 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 67 | 03/14/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 45.71 | |
| 68 | 03/31/03 | ENDING BALANCE | | | | | | 0.00 |

## April 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 69 | 04/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | 45.73 | |
| 70 | 04/30/03 | ENDING BALANCE | | | | | | 0.00 |

## May 2003

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/I4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 71 | 05/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | 45.75 | 0.00 |
| 72 | 05/31/03 | ENDING BALANCE | | | | | | |
| | | **June 2003** | | | | | | |
| 73 | 06/13/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 45.76 | 0.00 |
| 74 | 06/30/03 | ENDING BALANCE | | | | | | |
| | | **July 2003** | | | | | | |
| 75 | 07/15/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | 45.77 | 0.00 |
| 76 | 07/31/03 | ENDING BALANCE | | | | | | |
| | | **August 2003** | | | | | | |
| 77 | 08/01/03 | FEES | | | 40.00 | | 5.77 | 0.00 |
| 78 | 08/31/03 | ENDING BALANCE | | | | | | |
| | | **September 2003** | | | | | | |
| 79 | 09/30/03 | REV/SPLIT PORTAL SOFTWARE | (650.00) | | | | | |
| 80 | 09/30/03 | REV/SPLIT PORTAL SOFTWARE | 130.00 | | | | | |
| 81 | 09/30/03 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **October 2003** | | | | | | |
| 82 | 10/31/03 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **November 2003** | | | | | | |
| 83 | 11/28/05 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **December 2003** | | | | | | |
| 84 | 12/31/03 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **January 2004** | | | | | | |
| 85 | 01/30/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **February 2004** | | | | | | |
| 86 | 02/27/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **March 2004** | | | | | | |
| 87 | 03/31/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **April 2004** | | | | | | |
| 88 | 04/30/04 | ENDING BALANCE | | | | | 5.77 | 0.00 |
| | | **May 2004** | | | | | | |
| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

# DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/74N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | | | | CASH | MONEY MARKET |
|---|---|---|---|---|---|
| 89 | 05/31/04 ENDING BALANCE | | | 5.77 | 0.00 |

**June 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 90 | 06/30/04 ENDING BALANCE | | | | | 5.77 | 0.00 |

**July 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 91 | 07/31/04 ENDING BALANCE | | | | | 5.77 | 0.00 |

**August 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 92 | 08/31/04 ENDING BALANCE | | | | | 5.77 | 0.00 |

**September 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 93 | 09/30/04 ENDING BALANCE | | | | | 5.77 | 0.00 |

**October 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 94 | 10/31/04 ENDING BALANCE | | | | | 5.77 | 0.00 |

**November 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 95 | 11/30/04 ENDING BALANCE | | | | | 5.77 | 0.00 |

**December 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 96 | 12/15/04 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 97 | 12/31/04 ENDING BALANCE | | | | | 5.78 | 0.00 |

**January 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 98 | 01/31/05 ENDING BALANCE | | | | | 5.78 | 0.00 |

**February 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 99 | 02/15/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 100 | 02/28/05 ENDING BALANCE | | | | | 5.79 | 0.00 |

**March 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 101 | 03/15/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 102 | 03/31/05 ENDING BALANCE | | | | | 5.80 | 0.00 |

**April 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 103 | 04/15/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 104 | 04/30/05 ENDING BALANCE | | | | | 5.81 | 0.00 |

**May 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 105 | 05/15/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 106 | 05/31/05 ENDING BALANCE | | | | | 5.82 | 0.00 |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

Page 5

# DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

**June 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 107 | 06/15/05 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 108 | 06/30/05 ENDING BALANCE | | | | | 5.83 | 0.00 |

**July 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 109 | 07/15/05 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 110 | 07/31/05 ENDING BALANCE | | | | | 5.84 | 0.00 |

**August 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 111 | 08/15/05 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 112 | 08/31/05 ENDING BALANCE | | | | | 5.85 | 0.00 |

**September 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 113 | 09/15/05 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 114 | 09/30/05 ENDING BALANCE | | | | | 5.86 | 0.00 |

**October 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 115 | 10/15/05 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 116 | 10/31/05 ENDING BALANCE | | | | | 5.87 | 0.00 |

**November 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 117 | 11/15/05 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 118 | 11/30/05 ENDING BALANCE | | | | | 5.88 | 0.00 |

**December 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 119 | 12/20/05 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.03 | | |
| 120 | 12/31/05 ENDING BALANCE | | | | | 5.91 | 0.00 |

**January 2006**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 121 | 01/13/06 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.01 | | |
| 122 | 01/31/06 ENDING BALANCE | | | | | 5.92 | 0.00 |

**February 2006**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 123 | 02/15/06 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 124 | 02/28/06 ENDING BALANCE | | | | | -5.94 | 0.00 |

**March 2006**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 125 | 03/15/06 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 126 | 03/31/06 ENDING BALANCE | | | | | 5.96 | 0.00 |

**April 2006**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 127 | 04/13/06 INTEREST/DIVIDEND/DVCAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

# DETAIL MONTHLY ACTIVITY

## DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-850574646/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | | | | | | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 128 | 04/30/06 ENDING BALANCE | | | | | 5.98 | 0.00 |

### May 2006

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 129 | 05/15/06 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 130 | 05/31/06 ENDING BALANCE | | | | | 6.00 | 0.00 |

### June 2006

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 131 | 06/15/06 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.02 | | |
| 132 | 06/30/06 LONG AVIATION HLDGS | (52,500.00) | | | 525.00 | | |
| 133 | 06/30/06 LONG PORTAL SOFTWARE | (130.00) | | | 634.40 | | |
| 134 | 06/30/06 ENDING BALANCE | | | | | | 6.02 |

## SUMMARY ACCOUNT ACTIVITY

| | |
|---|---|
| Beginning Cash Balance | $0.00 |
| Deposit | 345.02 |
| Security Purchases | (1,808.50) |
| Cash Withdrawal | 0.00 |
| Security Sales | 1,625.97 |
| Dividend/Interest | 13.53 |
| Margin Interest | 0.00 |
| Fees | (170.00) |
| Taxes | 0.00 |
| Cash In Lieu | 0.00 |
| Ending Cash Balance | $6.02 |

Page 7

## SUMMARIZED TRANSACTION ANALYSIS

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

### PORTFOLIO TURNOVER ANALYSIS

$$\text{ANNUALIZED TURNOVER} = \frac{\text{Total Actual Purchase}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$1,809}{\$1,719} \times \frac{1}{5.58}$$

$$= 0.19 \text{ Times Per Year}$$

### TRANSACTION COST ANALYSIS

$$\text{PORTFOLIO EXPENSE RATIO} = \frac{\text{Commissions} + \text{Margin Interest} + \text{Fees}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$495}{\$1,719} \times \frac{1}{5.58}$$

$$= 5.16\%$$

### INCOME YIELD ANALYSIS

$$\text{AVERAGE DIVIDEND/INTEREST/INCOME YIELD} = \frac{\text{Dividends} + \text{Interests} + \text{Capital Gain Distributions}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$14}{\$1,719} \times \frac{1}{5.58}$$

$$= 0.14\%$$

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

Page 1

3/5/2007

## MONTHEND ACCOUNT RECONCILIATION
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY · ACC# W66-8505746/J4N9-1850-5746/4A0-750046 · 11/00 TO 1/06

### CASHFLOW ACTIVITIES

| MONTH END | STATEMENT EQUITY | MONTHLY CHANGE | PLUS | | | LESS | | | ACTUAL CHANGE IN EQUITY | CUMULATIVE CHANGE IN EQUITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CASH WITHDRAWAL | SECURITIES DELIVERED | DR JOURNAL ENTRIES | CASH DEPOSIT | SECURITIES RECEIVED | CR JOURNAL ENTRIES | | |
| 11/30/00 | 16,968.62 | 0.00 | 0.00 | 0.00 | 0.00 | 345.02 | 16,623.60 | 0.00 | 0.00 | 0.00 |
| 12/29/00 | 4,510.22 | (12,458.40) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (12,458.40) | (12,458.40) |
| 01/31/01 | 7,948.11 | 3,437.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,437.89 | (9,020.51) |
| 02/28/01 | 5,613.17 | (2,334.94) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,334.94) | (11,355.45) |
| 03/30/01 | 2,926.84 | (2,686.33) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,686.33) | (14,041.78) |
| 04/30/01 | 4,610.99 | 1,684.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,684.15 | (12,357.63) |
| 05/31/01 | 3,078.10 | (1,532.89) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,532.89) | (13,890.52) |
| 06/29/01 | 2,134.14 | (943.96) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (943.96) | (14,834.48) |
| 07/31/01 | 2,219.81 | 85.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.67 | (14,748.81) |
| 08/31/01 | 2,219.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,748.81) |
| 09/30/01 | 1,628.57 | (591.24) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (591.24) | (15,340.05) |
| 10/31/01 | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,340.05) |
| 11/30/01 | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,340.05) |
| 12/31/01 | 1,738.37 | 109.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 109.80 | (15,230.25) |
| 01/31/02 | 1,777.67 | 39.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.30 | (15,190.95) |
| 02/28/02 | 1,379.17 | (398.50) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (398.50) | (15,589.45) |
| 03/31/02 | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,589.45) |
| 04/30/02 | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,589.45) |
| 05/31/02 | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,589.45) |
| 06/30/02 | 677.88 | (701.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (701.29) | (16,290.74) |
| 07/31/02 | 677.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,290.74) |
| 08/31/02 | 318.52 | (359.36) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (359.36) | (16,650.10) |
| 09/30/02 | 306.56 | (11.96) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11.96) | (16,662.06) |
| 10/31/02 | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,662.06) |
| 11/30/02 | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,662.06) |
| 12/31/02 | 833.37 | 526.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 526.81 | (16,135.25) |
| 01/31/03 | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,135.25) |
| 02/28/03 | 782.71 | (50.66) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (50.66) | (16,185.91) |
| 03/31/03 | 782.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,185.91) |
| 04/30/03 | 781.71 | (1.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1.00) | (16,186.91) |
| 05/31/03 | 1,536.76 | 755.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 755.05 | (15,431.86) |
| 06/30/03 | 1,536.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,431.86) |
| 07/31/03 | 2,094.77 | 558.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 558.01 | (14,873.85) |
| 08/31/03 | 2,150.67 | 55.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.90 | (14,817.95) |
| 09/30/03 | 2,610.77 | 460.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 460.10 | (14,357.85) |
| 10/31/03 | 1,512.27 | (1,098.50) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,098.50) | (15,456.35) |
| 11/28/03 | 1,405.67 | (106.60) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (106.60) | (15,562.95) |
| 12/31/03 | 1,503.17 | 97.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97.50 | (15,465.45) |
| 01/30/04 | 1,859.27 | 356.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.10 | (15,109.35) |
| 02/27/04 | | | | | | | | | | |

Page 1

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

# MONTHEND ACCOUNT RECONCILIATION

DAVID M. CIKANEK IRA @ JOSEPH, STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| MONTH END | STATEMENT EQUITY | MONTHLY CHANGE | CASHFLOW ACTIVITIES | | | | | | ACTUAL CHANGE IN EQUITY | CUMULATIVE CHANGE IN EQUITY |
| | | | PLUS | | | LESS | | | | |
| | | | CASH WITHDRAWAL | SECURITIES DELIVERED | DR JOURNAL ENTRIES | CASH DEPOSIT | SECURITIES RECEIVED | CR JOURNAL ENTRIES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/04 | 1,669.47 | (189.80) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (189.80) | (15,299.15) |
| 04/30/04 | 1,499.17 | (170.30) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (170.30) | (15,469.45) |
| 05/31/04 | 1,391.27 | (107.90) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (107.90) | (15,577.35) |
| 06/30/04 | 1,265.17 | (126.10) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (126.10) | (15,703.45) |
| 07/31/04 | 762.47 | (502.70) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (502.70) | (16,206.15) |
| 08/31/04 | 705.07 | (57.40) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (57.40) | (16,263.55) |
| 09/30/04 | 623.17 | (81.90) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (81.90) | (16,345.45) |
| 10/31/04 | 582.22 | (40.95) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (40.95) | (16,386.40) |
| 11/30/04 | 769.27 | 187.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 187.05 | (16,199.35) |
| 12/31/04 | 665.28 | (103.99) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (103.99) | (16,303.34) |
| 01/31/05 | 949.88 | 284.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 284.60 | (16,018.74) |
| 02/28/05 | 889.59 | (60.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (60.29) | (16,079.03) |
| 03/31/05 | 845.40 | (44.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (44.19) | (16,123.22) |
| 04/30/05 | 836.31 | (9.09) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (9.09) | (16,132.31) |
| 05/31/05 | 786.92 | (49.39) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (49.39) | (16,181.70) |
| 06/30/05 | 790.83 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 | (16,177.79) |
| 07/31/05 | 812.94 | 22.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.11 | (16,155.68) |
| 08/31/05 | 816.85 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 | (16,151.77) |
| 09/30/05 | 910.46 | 93.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93.61 | (16,058.16) |
| 10/31/05 | 874.07 | (36.39) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36.39) | (16,094.55) |
| 11/30/05 | 836.38 | (37.69) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (37.69) | (16,132.24) |
| 12/31/05 | 829.91 | (6.47) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6.47) | (16,138.71) |
| 01/31/06 | 881.92 | 52.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.01 | (16,086.70) |
| 02/28/06 | 950.84 | 68.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.92 | (16,017.78) |
| 03/31/06 | 1,043.16 | 92.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.32 | (15,925.46) |
| 04/30/06 | 1,192.68 | 149.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149.52 | (15,775.94) |
| 05/31/06 | 1,168.00 | (24.68) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (24.68) | (15,800.62) |
| | | | $0.00 | $0.00 | $0.00 | $345.02 | $16,623.60 | $0.00 | ($15,800.62) | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS          Page 2

## MONTHLY DIAGNOSTIC ANALYSIS
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/JAN9-1850-5746/4A0-750046 - 11/00 TO 1/06

| MONTH END | NET CASH/MARGIN | % CASH/MARGIN | NET EQUITY | RECEIVED PURCHASE | DELIVERED SALE | TOTAL FEES/COMMISSIONS | TOTAL REALIZED P/(L) | CUMULATIVE REALIZED P/(L) | CUMULATIVE UNREALIZED P/(L) ON PRINCIPAL |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/00 | 345.02 | 2.03% | 16,968.62 | 16,623.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/29/00 | 346.62 | 7.69% | 4,510.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (12,460.00) |
| 01/31/01 | 348.11 | 4.38% | 7,948.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (9,023.00) |
| 02/28/01 | 349.57 | 6.23% | 5,613.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,360.00) |
| 03/30/01 | 350.74 | 11.98% | 2,926.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,047.50) |
| 04/30/01 | 351.99 | 7.63% | 4,610.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (12,364.60) |
| 05/31/01 | 353.10 | 11.47% | 3,078.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,898.60) |
| 06/29/01 | 264.14 | 12.38% | 2,134.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,753.60) |
| 07/31/01 | 264.81 | 11.93% | 2,219.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,668.60) |
| 08/31/01 | 265.43 | 11.96% | 2,219.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,669.22) |
| 09/30/01 | 266.07 | 16.34% | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,261.10) |
| 10/31/01 | 266.59 | 16.37% | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,261.62) |
| 11/30/01 | 266.91 | 16.39% | 1,628.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,261.94) |
| 12/31/01 | 266.37 | 15.38% | 1,738.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,152.60) |
| 01/21/02 | 85.17 | 4.79% | 1,777.67 | 1,808.50 | 1,625.97 | 325.03 | (10,062.63) | (10,062.63) | (5,051.00) |
| 02/28/02 | 85.17 | 6.18% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,449.50) |
| 03/31/02 | 85.17 | 6.18% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,449.50) |
| 04/30/02 | 85.24 | 6.18% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,449.57) |
| 05/31/02 | 85.31 | 6.19% | 1,379.17 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,449.64) |
| 06/30/02 | 85.38 | 12.60% | 677.88 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,151.00) |
| 07/31/02 | 85.45 | 12.61% | 677.88 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,151.07) |
| 08/31/02 | 45.32 | 14.29% | 318.52 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,470.50) |
| 09/30/02 | 45.56 | 14.86% | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,482.50) |
| 10/31/02 | 45.60 | 14.87% | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,482.54) |
| 1/30/02 | 45.62 | 14.88% | 306.56 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,482.53) |
| 12/31/02 | 45.67 | 5.48% | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,955.80) |
| 01/31/03 | 45.68 | 5.48% | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,955.81) |
| 02/28/03 | 45.70 | 5.48% | 833.37 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,955.83) |
| 03/31/03 | 45.71 | 5.84% | 782.71 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,006.90) |
| 04/30/03 | 45.73 | 5.84% | 782.71 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,006.52) |
| 05/31/03 | 45.75 | 5.85% | 781.71 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (6,007.54) |
| 06/30/03 | 45.76 | 2.98% | 1,536.76 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,252.60) |
| 07/31/03 | 45.77 | 2.98% | 1,536.76 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (5,252.51) |
| 08/31/03 | 45.77 | 2.98% | 2,094.77 | 0.00 | 0.00 | 0.00 | 0.00 | (10,062.63) | (4,654.50) |
| 09/30/03 | 5.77 | 0.27% | 2,150.67 | 0.00 | 0.00 | 0.00 | (1,808.50) | (11,871.13) | (2,790.10) |
| 10/31/03 | 5.77 | 0.22% | 2,610.77 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (2,330.00) |
| 11/28/03 | 5.77 | 0.38% | 1,512.27 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,428.50) |
| 12/31/03 | 5.77 | 0.41% | 1,405.67 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,535.10) |
| 01/30/04 | 5.77 | 0.38% | 1,503.17 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,437.60) |
| 02/27/04 | 5.77 | 0.31% | 1,859.27 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,081.50) |
| 03/31/04 | 5.77 | 0.35% | 1,669.47 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,271.30) |
| 04/30/04 | 5.77 | 0.38% | 1,499.17 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,441.60) |
| 05/31/04 | 5.77 | 0.41% | 1,391.27 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,549.50) |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## MONTHLY DIAGNOSTIC ANALYSIS
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| MONTH END | NET CASH/ MARGIN | % CASH/ MARGIN | NET EQUITY | RECEIVED PURCHASE | DELIVERED SALE | TOTAL FEES/ COMMISSIONS | TOTAL REALIZED P/L | CUMULATIVE REALIZED P/(L) | CUMULATIVE UNREALIZED P/(L) ON PRINCIPAL |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/04 | 5.77 | 0.46% | 1,265.17 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,675.60) |
| 07/31/04 | 5.77 | 0.76% | 762.47 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,178.30) |
| 08/31/04 | 5.77 | 0.82% | 705.07 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,235.70) |
| 09/30/04 | 5.77 | 0.93% | 623.17 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,317.60) |
| 10/31/04 | 5.77 | 0.99% | 582.22 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,358.55) |
| 11/30/04 | 5.77 | 0.75% | 769.27 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,171.50) |
| 12/31/04 | 5.78 | 0.87% | 665.28 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,275.50) |
| 01/31/05 | 5.78 | 0.61% | 949.88 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,990.90) |
| 02/28/05 | 5.79 | 0.65% | 889.59 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,051.20) |
| 03/31/05 | 5.80 | 0.69% | 845.40 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,095.40) |
| 04/30/05 | 5.81 | 0.69% | 836.31 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,104.50) |
| 05/31/05 | 5.82 | 0.74% | 786.92 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,153.90) |
| 06/30/05 | 5.83 | 0.74% | 790.83 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,150.00) |
| 07/31/05 | 5.84 | 0.72% | 812.94 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,127.90) |
| 08/31/05 | 5.85 | 0.72% | 816.85 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,124.00) |
| 09/30/05 | 5.86 | 0.64% | 910.46 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,030.40) |
| 10/31/05 | 5.87 | 0.67% | 874.07 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,066.80) |
| 11/30/05 | 5.88 | 0.70% | 836.38 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,104.50) |
| 12/31/05 | 5.91 | 0.71% | 829.91 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,111.00) |
| 01/31/06 | 5.92 | 0.67% | 881.92 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (4,059.00) |
| 02/28/06 | 5.94 | 0.62% | 950.84 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,990.10) |
| 03/31/06 | 5.96 | 0.57% | 1,043.16 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,897.80) |
| 04/30/06 | 5.98 | 0.50% | 1,192.68 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,748.30) |
| 05/31/06 | 6.00 | 0.51% | 1,168.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,871.13) | (3,773.00) |
|  |  |  |  | 18,432.10 | 1,625.97 | 325.03 | (11,871.13) |  |  |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## TRANSACTION DETAIL
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/I4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE ACQUIRED/ RECEIVED | # OF SHARE ACQUIRED | DATE SOLD/ DELIVERED | # OF SHARE LIQUIDATED | COST BASIS | | SALE PROCEEDS | | TOTAL TRADING GAIN | TOTAL TRADING LOSS | HOLDING PERIOD | TOTAL FEES/ COMMISSIONS |
| 1 AVIATION HLDGS | 11/15/00 | 52,500.00 | 06/30/06 | 52,500.00 | 4,935.00 | RECEIVED | 525.00 | LONG | | (4,410.00) U | 2053 | 0.00 |
| 2 GLOBALNET | 11/15/00 | 2,200.00 | 01/07/02 | 2,200.00 | 11,688.60 | RECEIVED | 1,625.97 | | | (10,062.63) | 418 | 200.03 |
| 3 PORTAL SOFTWARE | 01/09/02 | 650.00 | 09/29/03 | 650.00 | 1,808.50 | | 1,808.50 | REV SPLIT | | (1,808.50) | 629 | 125.00 |
| 4 PORTAL SOFTWARE | 09/29/03 | 130.00 | 06/30/06 | 130.00 | REV SPLIT | | 634.40 | LONG | 634.40 | | 1004 U | 0.00 |
| | | 55,480.00 | | 55,480.00 | 18,432.10 | | 2,783.37 | | 634.40 | (16,281.13) | | 325.03 |

Total P(L)    (15,646.73)

SECURITY DELIVERED/RECEIVED WAS PRICED USING NEAREST STATEMENT

U = UNREALIZED GAIN/(LOSS)

---

**SUMMARY**

| | |
|---|---|
| TOTAL PURCHASES | 1,808.50 |
| TOTAL RECEIVED | 16,623.60 |
| TOTAL DEBIT | $18,432.10 |
| | |
| TOTAL SALES | 1,623.97 |
| TOTAL ENDING LONGS | 1,159.40 |
| TOTAL CREDIT | $2,783.37 |
| | |
| REALIZED TRADING G/(L) | (11,871.13) |
| UNREALIZED TRADING G/(L) | (3,775.60) |
| TOTAL TRADING G/(L) | ($15,646.73) |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

3/5/2007

## TRANSACTIONS SORTED BY SECURITIES

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/14N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| NAME | PURCHASE / RECEIVED | | | | | SALE / DELIVERED | | | | | CUMULATIVE POSITION | PROFIT/LOSSES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | | PRINCIPAL P/L | DIVIDEND/INTEREST P/L | TOTAL P/L |
| AVIATION HLDGS | | | | | | | | | | | 52500 | | | |
| | 11/15/00 | 52,500 | | 4,935.00 | RECEIVED | 06/7/06 | 52,500 | | 525.00 | LONG | | (4,410.00) | - | (4,410) |
| | | | | | | | | | | | 2200 | | | |
| GLOBALNET | | | | | | | | | | | 0 | | | |
| | 11/15/00 | 2,200 | | 11,688.60 | RECEIVED | 01/07/02 | 2,200 | 0.83 | 1,625.97 | | | (10,062.63) | - | (10,063) |
| PORTAL SOFTWARE | | | | | | | | | | | 650 | | | |
| | 01/09/02 | 650 | 2.59 | 1,808.50 | | 09/30/03 | 650 | | | REV SPLIT | 780 | | | |
| | 09/30/03 | 130 | | | REV SPLIT | 06/2/06 | 130 | | 634.40 | LONG | 130 | (1,174.10) | - | (1,174) |
| | | | | 18,432.10 | | | | | 2,785.37 | | | (15,646.73) | - | (15,647) |

DIVIDENDS/PRINCIPAL REDEMPTIONS FROM STOCKS    0.00
DIVIDENDS FROM MONEY MARKET FUND    13.53
TOTAL P/L    (15,633.20)

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

3/5/2007

## TRADING CONTRIBUTION BY SECURITIES

DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | SECURITY | PRINCIPAL P/(L) | % P/(L) | TOTAL COMMISSIONS |
|---|---|---|---|---|
| 1 | GLOBALNET | (10,062.63) | -86.09% | 200.03 |
| 2 | AVIATION HLDGS | (4,410.00) | -89.36% | 0.00 |
| 3 | PORTAL SOFTWARE | (1,174.10) | -64.92% | 125.00 |
| | | (15,646.73) | | 325.03 |

SOURCE CLIENTS MONTHLY BROKERAGE STATEMENTS

## HOLDING PERIOD ANALYSIS
### DAVID M. CIKANEK IRA @ JOSEPH STEVENS & COMPANY - ACC# W66-8505746/J4N9-1850-5746/4A0-750046 - 11/00 TO 1/06

| | <= 30 days | > 30 days and <= 61 days | > 61 days and <= 182 days | > 182 days and <= 1 Year | Greater than 1 Year |
|---|---|---|---|---|---|
| TOTAL PURCHASE | $0.00 | $0.00 | $0.00 | $0.00 | $18,432.10 |
| TOTAL SALE | $0.00 | $0.00 | $0.00 | $0.00 | $2,785.37 |
| TOTAL COMMISSION & FEES | $0.00 | $0.00 | $0.00 | $0.00 | $325.03 |
| TOTAL P/(L) | $0.00 | $0.00 | $0.00 | $0.00 | ($15,846.73) |
| INVESTMENT RETURN | 0.00% | 0.00% | 0.00% | 0.00% | (84.89%) |



**Holding Period and Gain/Loss Analysis**

Page 1

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

3/5/2007