# EXHIBIT F
## TO
## DECLARATION OF
## MARTIN P. RUSSO IN SUPPORT OF
## APPLICATION TO VACATE

## FILED BY PETITIONER
## JOSEPH STEVENS & COMPANY, INC.



J. Stevens & Co., Inc.
59 Maiden Lane, 32nd Floor
New York, NY 10038
Member NASD, SIPC
Tel: 800-609-9000

* 001060 01 AT   0.308 TR  00363 X106FD07 000000

DELAWARE CHARTER G&T CO TR
DAVID M CIKANEK IRA R/O
6141 W GRAND AVENUE
CHICAGO IL 60639-2743

I.I.I..II...II.II..I.III.I.IIII.III.II.III.II.I.I.I.I.II.I.II

**Your Account Executive:**
DANIEL CLAPS
(212) 361-3000

# Brokerage
## Account Statement

Account Number: 4A0-750046
Statement Period: 06/01/2006 - 06/30/2006

## Valuation at a Glance

|  | This Period |
|---|---|
| **Beginning Account Value** | $1,168.00 |
| Dividends/Interest | 0.02 |
| Change in Account Value | -2.60 |
| **Ending Account Value** | **$1,165.42** |
| **Estimated Annual Income** | $0.11 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Cash and Cash Equivalents | 6.00 | 6.02 | 1% |
| Equities | 1,162.00 | 1,159.40 | 99% |
| **Account Total** | **$1,168.00** | **$1,165.42** | **100%** |

Asset Allocation percentages are rounded to the nearest whole percentage.

## For Your Information

Customers may have the ability to purchase and redeem mutual funds shares directly from the fund with no additional fee(s).
We ask that you carefully review the information contained in the Customer Account Information section of your monthly statement. If the information provided is either incorrect or missing, please indicate any corrections on the attached Customer Account Information section and return it to: Joseph Stevens & Co., Inc.

Attn: Customer Service
59 Maiden Lane, 32nd Floor
New York, NY 10038
Once we receive the information, we will update our records accordingly and the updated information will be provided on your next monthly statement. We want to thank you for taking the time to review the information.

A01008352SF1062P

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Trustee(s) of Pershing Investments LLC.

PAR-02-ROLL

Page 1 of 5

## Customer Service Information

**Your Account Executive:** YIU

| Contact Information | Customer Service Information |
|---|---|
| DANIEL CLAPS | |
| JOSEPH STEVENS & CO., INC. | **Telephone Number:** (212) 361-3000 | **Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. EST |
| 59 MAIDEN LANE 32ND FLOOR | **Fax Number:** (212) 361-3333 | **Customer Service Telephone Number:** (212) 361-5390 |
| NEW YORK    NY 10038-4624 | **E-Mail Address:** customerservice@josephstevens.com | **Web Site:** www.josephstevens.com |

As you requested, copies of this statement have been sent to:
DELAWARE CHARTER

## Transactions in Date Sequence

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 06/15/06 | MONEY MARKET FUND INCOME RECEIVED | CORTLAND GEN MNY MKT | | | | 0.02 |
| **Total Value of all Transactions** | | | | | | **$0.02** |

The price and quantity displayed may have been rounded.

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** 1.00% of Portfolio | | | | | | |
| Money Market | | | | | | |
| 6.020 | CORTLAND GENERAL MNY MKT FUND | 6.00 | 6.02 | 0.01 | 0.11 | 4.11% |
| **Total Money Market** | | **$6.00** | **$6.02** | **$0.01** | **$0.11** | |
| **Total Cash and Cash Equivalents** | | **$6.00** | **$6.02** | **$0.01** | **$0.11** | |

Account Number: 4A0-750046
DELAWARE CHARTER CHARTER C&T CO TR

DALBAR RATED FOR COMMUNICATION

Clearing Through **Pershing** | JSMT Securities Group Co. | One Pershing Plaza, Jersey City, New Jersey
PAR-02-ROLL | Solutions from The Bank of New York | Pershing LLC, member NASD, NYSE, SIPC, financial unit of Mellon Financial Corporation

X010035C3F10RM





Jo  Stevens & Co., Inc.
59 . .en Lane, 32nd Floor
New York, NY 10038
Member NASD, SIPC
Tel: 800-609-9000

# Brokerage
## Account Statement

**Statement Period: 06/01/2006 - 06/30/2006**

## Portfolio Holdings (continued)

### Equities 99.00% of Portfolio

| Quantity | Description | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| **Common Stocks** | | | | | |
| 52,500.000 | AVIATION HLDGS GROUP INC COM | 0.0100 | 525.00 | | |
| | Dividend Option: Cash | | | | |
| | Security Identifier: AHGIQ | | | | |
| 130.000 | PORTAL SOFTWARE INC COM NEW | 4.8800 | 634.40 | | |
| | Dividend Option: Cash | | | | |
| | Security Identifier: PRSF | | | | |
| **Total Common Stocks** | | | **$1,159.40** | $0.00 | |
| **Total Equities** | | | **$1,159.40** | $0.00 | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | **$1,165.42** | **$0.00** | **$0.11** |

### Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit Interest Income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to

you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Clearing Through **Pershing** A BNY Securities Group Co.    One Pershing Plaza, Jersey City, New Jersey 07399
PAR-02-ROLL    Solutions from The Bank of New York    Pershing LLC, member NASD, NYSE, SIPC, Trademark(s) of Pershing Investments LLC

DALBAR RATED FOR COMMUNICATION    Account Number: 440-750046    DELAWARE CHARTER CHARTER G&T CO TR

A010083503110629

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Share Balance |
|------|---------------|-------------|--------|---------------|
| **Sweep Money Market Fund** | | | | |
| CORTLAND GENERAL MNY MKT FUND | | | | |
| Account Number: 000006914 2  Current Yield: 4.18%  Activity Ending: 06/30/06 | | | | |
| 06/01/06 | Opening Balance | | 6.00 | 6.00 |
| 06/15/06 | Deposit | INCOME REINVEST | 0.02 | 6.02 |
| **06/30/06** | **Closing Balance** | | | **$6.02** |
| **Total All Money Market Funds** | | | | **$6.02** |

## Income and Expense Summary

| | Current Period | | Year-To-Date | |
|------|------|------|------|------|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Dividend Income** | | | | |
| Money Market | 0.02 | 0.00 | 0.11 | 0.00 |
| **Total Dividends, Interest and Expenses** | **$0.02** | **$0.00** | **$0.11** | **$0.00** |

DALBAR RATED
FOR COMMUNICATION

Account Number: 4A0-750046
DELAWARE CHARTER G&T CO TR

PAR-02-ROLL

Clearing Through **Pershing.**
A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey
Member NYSE, NYSE, SIPC, Securities Corp of America, Inc.

A010063S-5F10622

## TERMS AND CONDITIONS

### GENERAL INFORMATION

1. All orders and transactions shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market on which the transactions are executed and/or settled, or, if applicable, of the National Association of Securities Dealers, Inc. and to all applicable laws.

2. Whenever you are indebted to Pershing, LLC ("Pershing") for any amount, all securities held by it for you in any account in which you have any interest shall be subject to a lien for the discharge of such indebtedness. Pershing may in its discretion and without notice to you close out or reduce any or all of your accounts by private sale or public sale or purchase or both or all or any securities carried in such accounts, any balance remaining due Pershing to be promptly paid by you.

3. Whenever you are indebted to Pershing for any amount, all securities held by it for you in any account with Pershing may, without further notice to you, be loaned or pledged by Pershing, either separately or under circumstances which will permit the commingling thereof, with other securities for any amount less than, equal to or greater than your indebtedness to Pershing, but not under circumstances for an amount prohibited by law.

4. Title to securities shall be actual as principal; shall remain with Pershing until the entire purchase price is received on or before the settlement date, whichever is later.

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of this firm's business.

6. You may have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next periodic statement. Such transactions should not be considered by you when computing the value of your account. This is especially true if you have executed orders which have been in confirmations but the transactions have not settled.

7. If you maintain a margin account, the interest charged of your general account and a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available to your inspection upon request.

8. Interest on debit balances in your account appears on the statement. The rate of interest and period covered are indicated. The rate may change from time to time in your account, and due to changes in rates or other reasons. Interest is computed as described in material previously furnished to you. Please contact your financial institution for details.

9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you can view it online at Pershing.com.

10. This statement should be retained for your records.

11. Dividends, interest and other credits: Information on this statement were classified as taxable or nontaxable based on certain information known as of the statement date. This classification is subject to change and may cause changes in tax-related information. At the end, Pershing is required to provide tax information to the Internal Revenue Service and to governmental authorities. At that time tax statement and disclosure after the annual tax information statement for each tax year required, you may use this statement to prepare your tax returns.

12. **Pershing does not provide tax, legal or accounting advice.** Any or advisory services and to not associated with Pershing is authorized to render such advice. Do not rely upon any such advice. If you are in doubt, we advise you to consult their tax advisors to determine the appropriate tax treatment of that business.

13. Pershing provides account protection for the net equity of securities positions and cash held in your account. Of this kind, the Securities Investor Protection Corporation (SIPC) provides $500,000 of claims for cash. Pershing provides additional protection in terms similar to SIPC for account net equity in excess of $500,000 through an excess of SIPC member firm. The financial and is unable to retrieve their obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.

14. Pershing trades for its own account as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor, partially or completely hedged.

15. If Pershing is acting as principal as indicated on the front of this statement/ your financial institution or Pershing may have acted as principal, agent or both. Details are available upon request.

16. The statement will be deemed conclusive and your account unless you advise Pershing in writing of any objection to it within ten days after receipt. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, NJ 07399, Attn. Compliance.

### ERRORS AND COMMISSIONS EXCEPTED.

### PORTFOLIO HOLDINGS

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices have been obtained from quotation services, which we believe to be reliable, however, we cannot guarantee their accuracy. Securities for which a price is not available are marked "N/A" and are omitted from the Total. The Annual Income, which is an estimated figure, is the current interest or most recently declared dividend for each security and is distributed may be more or less than the estimated income, in the Estimated Yield which could vary substantially from the current Market Value to give the Estimated Yield which too could vary substantially because the income is estimated and it does not take account of any minimum holding period. Annual Income has been obtained from sources believed to be reliable, but no assurance can be made as to accuracy.

Accrued Interest represents interest earned but not yet received.

Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing, as a matter of policy, and as a regulatory requirement, holds securities and cash accounts that it handles as described in the event your financial institution or its employees acts as the agent of your financial institution and order Pershing with whom liable for any investment losses incurred by you.


DALBAR RATED
#1
FOR COMMUNICATION

Account Number: 440-750046
DELAWARE CHARTER G&T CO TR

Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution and that it receives as the result of securities transactions it processes. Pershing receives and/or delivers and holds funds and securities in your account may only be directed to the **Pershing Customer Service Department** at (201) 413-3333. For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account.

Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your accounts and its representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts, and all account documents, as well as other activities, opening orders, execution of securities orders, the assessment of the suitability of those transactions, where applicable, the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.

Pershing does not verify the data about you such as your financial information and investment objective. However, Pershing is not reviewing or evaluating this information and evaluating whether your investment is suitable for you. CLASS, A COMPANY THAT IS NEST, ALL of them in any firm that is registered in a given state. Similarly, Pershing may capture and report review this data is registered. A similar firm or an introducing firm is registered in a given state. You hereby release from any liability to review the data of a definitive insurance of or broker is registered or exempt from registration in your State.

This notice is not meant as a definitive enumeration of all the functions which Pershing performs in the execution of securities transactions, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.

### PAYMENT FOR ORDER FLOW PRACTICES

The following statement is provided to you as required by Rule 11Ac1-3 of the Securities Exchange Act of 1934.

Pershing selects certain market centers to execute transactions. Electronic Communication Networks, or broker-dealers during normal business hours and during extended trading hours, the market center may or may provide payment for order flow. Your financial institution or Pershing depending upon the characteristics of the order and any subsequent execution. In addition, Pershing receives payments for directing listed and principal. The details of these payments and fees are available upon written request. Pershing receives payments to directing listed and over-the-counter securities order flow to certain market centers for execution. The source of compensation in the form of a per order or per share payment, for order flow, please refer to www.pershing.com/orderflow.htm.

### Best Execution

Notwithstanding the previous paragraph regarding payment for order flow, Pershing selects certain market centers to provide execution of securities transactions and exchange-listed securities transactions which agree to accept orders transmitted electronically to a specified size and to execute them at a price at or better than the national best bid or offer (NBBO). On certain large orders, or if the designated market centers is unable to make a market in the subject security, Pershing directly routes order to other market makers or other exchanges, execution orders will be routed. Pershing also monitors, and periodically, or other executions in one or more market segments and their ability to provide opportunities for executions at prices superior to the NBBO.

In order for an exchange-listed security to not immediately executable on the exchange to which it is routed, such order may be represented in the national marketplace using the various means available for price discovery. Pershing also regularly reviews reports for quality of execution purposes.

### ARBITRATION

### ARBITRATION DISCLOSURES:

• ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.

• ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.

• THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.

• THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.

• THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

• THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.

• THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

### ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PREDISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.**

Clearing Through **Pershing** A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Solutions from The Bank of New York

PAR-02-ROLL

A010093SCB910628

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey
Pershing LLC, member NASD, NYSE, SIPC (formerly DLJ of Pershing Investments LLC)

PAR-02-ROLL

DALBAR RATED
FOR COMMUNICATION

# EXHIBIT G
# TO
# DECLARATION OF
# MARTIN P. RUSSO IN SUPPORT OF
# APPLICATION TO VACATE

# FILED BY PETITIONER
# JOSEPH STEVENS & COMPANY, INC.

TRUST AGREEMENT
OF
DAVID MICHAEL CIKANEK

DAVID M. MENACHOF
DAVID M. MENACHOF
6723 W. CERMAK ROAD
BERWYN, Illinois  60402

TRUST AGREEMENT

Introductory Clause ................................. 1

ARTICLE I

Trustee Succession if GRANTOR Dies or Becomes
    Incapacitated ................................ 1

ARTICLE II

Description of Property Transferred ................ 1

ARTICLE III

Rights of GRANTOR and Trustee in Insurance Policies ...... 1

ARTICLE IV

Provisions for GRANTOR During Lifetime ............... 2

ARTICLE V

GRANTOR's Rights to Amend, Change or Revoke the Trust
    Agreement .................................. 3

ARTICLE VI

Discretionary Provisions for Trustee to Deal with
    GRANTOR's Estate and Make Payment of Debts and
    Taxes .................................... 3

ARTICLE VII

Trust Estate to GRANTOR's Brothers and Sisters .......... 4

ARTICLE VIII

Trustee Succession, Trustee's Fees and Other Matters ..... 4
    (1)   Naming Individual Successor or Substitute Trustee ... 4
    (2)   Final Succession If Individual Successor Trustee
          Cannot Act ............................ 4
    (3)   Fee Schedule for Individual Trustee .............. 4
    (4)   Fee Schedule for Corporate Trustee .............. 4
    (5)   Change in Corporate Fiduciary ................. 5
    (6)   Limitations on Trustees .................... 5

ARTICLE IX

Definition of Trustee ............................ 5

ARTICLE X

Powers for Trustee ...................................... 5

ARTICLE XI

Trustee's Discretion in Making Payments to a Person
    Under Age Twenty-One, Incompetent, or
    Incapacitated Person ............................. 10

ARTICLE XII

Power of Trustee to Resign During GRANTOR's Lifetime .... 10

ARTICLE XIII

GRANTOR During Lifetime to Designate Substitute or
    Successor Trustee ................................ 10

ARTICLE XIV

Definition of Words Relating to the Internal Revenue
    Code ............................................. 11

ARTICLE XV

Simultaneous Death Provision Presuming Beneficiary
    Predeceases GRANTOR .............................. 12

ARTICLE XVI

Payment of Funeral Expenses and Expenses of Last
    Illness of Income Beneficiary .................... 12

ARTICLE XVII

State Law to Govern .................................... 12

ARTICLE XVIII

Perpetuities Savings Clause ............................ 12
Testimonium Clause ..................................... 13

TRUST AGREEMENT

Introductory Clause.  This Agreement made this 8th day of September _____, 2000, between David Michael Cikanek, hereinafter referred to as the GRANTOR and David Michael Cikanek, hereinafter referred to as the Trustee.

ARTICLE I

Trustee Succession if GRANTOR Dies or Becomes Incapacitated. If the GRANTOR dies or is adjudicated to be incompetent or in the event that the GRANTOR is not adjudicated incompetent, but by reason of illness or mental or physical disability is, in the opinion of two licensed physicians, unable to properly handle the GRANTOR's own affairs, then and in that event the Trustee named below shall immediately become the Trustee under this Trust Agreement.  The GRANTOR names the following as successor Trustee:

Christine J. Cikanek

Third parties may rely on an affidavit by the Trustee named above stating that the successor Trustee is now acting as Trustee hereunder.

ARTICLE II

Description of Property Transferred.  The GRANTOR has paid over, assigned, granted, conveyed, transferred and delivered, and by this Agreement does hereby pay over, assign, grant, convey, transfer and deliver unto the Trustee the property described in Schedule A, annexed hereto and made a part hereof, and has caused or will cause the Trustee to be designated as beneficiary of those life insurance policies described in Schedule B, annexed hereto and made a part hereof.  These insurance policies, and any other insurance policies that may be delivered to the Trustee hereunder or under which the Trustee may be designated as beneficiary, the proceeds of all such policies being payable to the Trustee, and any other property that may be received or which has been received by the Trustee hereunder, as invested and reinvested (hereinafter referred to as the "Trust Estate"), shall be held, administered and distributed by the Trustee as hereinafter set forth.

ARTICLE III

Rights of GRANTOR and Trustee in Insurance Policies.  During the GRANTOR's lifetime, the GRANTOR shall have all rights under any life insurance policies payable to the Trustee, including the

Trust Agreement of David Michael Cikanek   Page 1

right to change the beneficiary, to receive any dividends or other earnings of such policies without accountability therefor to the Trustee or any beneficiary hereunder, and may assign any policies to any lender, including the Trustee, as security for any loan to the GRANTOR or any other person; and the Trustee shall have no responsibility with respect to any policies, for the payment of premiums or otherwise, except to hold any policies received by the Trustee in safekeeping and to deliver them upon the GRANTOR's written request and upon the payment to the Trustee of reasonable compensation for services.  The rights of any assignee of any policy shall be superior to the rights of the Trustee.  If any policy is surrendered or if the beneficiary of any policy is changed, this trust shall be revoked with respect to such policy.  However, no revocation of the trust with respect to any policy, whether pursuant to the provisions of the preceding sentence or otherwise, shall be effective unless the surrender or change in beneficiary of the policy is accepted by the insurance company.  Upon the death of the insured under any policy held by or known to, and payable to, the Trustee, or upon the occurrence of some event prior to the death of the GRANTOR that matures any such policy, the Trustee, in its discretion, either may collect the net proceeds and hold them as part of the principal of the Trust Estate, or may exercise any optional method of settlement available to it, and the Trustee shall deliver any policies on the GRANTOR's life held by it and payable to any other beneficiaries as those beneficiaries may direct. Payment to, and the receipt of, the Trustee shall be a full discharge of the liability of any insurance company, which need not take notice of this agreement or see to the application of any payment.  The Trustee need not engage in litigation to enforce payment of any policy without indemnification satisfactory to it for any resulting expenses.

## ARTICLE IV

**Provisions for GRANTOR During Lifetime**.  The Trustee shall hold, manage, invest and reinvest the Trust Estate (if any requires such management and investment) and shall collect the income, if any, therefrom and shall dispose of the net income and principal as follows:

(1)  During the lifetime of the GRANTOR, the Trustee shall pay to or apply for the benefit of the GRANTOR all the net income from this Trust.

(2)  During the lifetime of the GRANTOR, the Trustee may pay to or apply for the benefit of the GRANTOR such sums from the principal of this Trust as in its sole discretion shall be necessary or advisable from time to time for the health, education, support and maintenance of the GRANTOR, taking into consideration to the extent the Trustee deems advisable, any other income or resources of the GRANTOR known to the Trustee.

Trust Agreement of David Michael Cikanek   Page 2

## ARTICLE V

GRANTOR's Rights to Amend, Change or Revoke the Trust Agreement. The GRANTOR may, by signed instruments delivered to the Trustee during the GRANTOR's life: (1) withdraw property from this Trust in any amount and at any time upon giving reasonable notice in writing to the Trustee; (2) add other property to the Trust; (3) change the beneficiaries, their respective shares and the plan of distribution; (4) amend this Trust Agreement in any other respect; (5) revoke this Trust in its entirety or any provision therein; provided, however, the duties or responsibilities of the Trustee shall not be enlarged without the Trustee's consent nor without satisfactory adjustment of the Trustee's compensation.

## ARTICLE VI

Discretionary Provisions for Trustee to Deal with GRANTOR's Estate and Make Payment of Debts and Taxes. After the GRANTOR's death, the Trustee, if in its discretion it deems it advisable, may pay all or any part of the GRANTOR's funeral expenses, legally enforceable claims against the GRANTOR or the GRANTOR's estate, reasonable expenses of administration of the GRANTOR's estate, any allowances by court order to those dependent upon the GRANTOR, any estate, inheritance, succession, death or similar taxes payable by reason of the GRANTOR's death, together with any interest thereon or other additions thereto, without reimbursement from the GRANTOR's executors or administrators, from any beneficiary of insurance upon the GRANTOR's life, or from any other person. All such payments, except of interest, shall be charged generally against the principal of the Trust Estate includable in the GRANTOR's estate for Federal estate tax purposes and any interest so paid shall be charged generally against the income thereof; provided, however, any such payments of estate, inheritance, succession, death or similar taxes shall be charged against the principal constituting the Trust Estate and any interest so paid shall be charged against the income thereof. The Trustee may make such payments directly or may pay over the amounts thereof to the executors or administrators of the GRANTOR's estate. Written statements by the executors or administrators of such sums due and payable by the estate shall be sufficient evidence of their amount and propriety for the protection of the Trustee and the Trustee shall be under no duty to see to the application of any such payments. The Trustee shall pay over to the executors or administrators of the GRANTOR's estate all obligations of the United States Government held hereunder which may be redeemed at par in payment of federal estate taxes.

## ARTICLE VII

<u>Trust Estate to GRANTOR's Brothers and Sisters</u>.  Upon the death of the GRANTOR, the Trust Estate (which shall include any property which may be added from the GRANTOR's general estate) shall be paid over and distributed free of trust to such of the GRANTOR's brothers and sisters as shall survive the GRANTOR in equal shares, provided, however, the issue of a deceased brother or sister of the GRANTOR who shall survive the GRANTOR shall take per stirpes the share their parent would have taken had he or she survived the GRANTOR.

However, if Darlene Simmons and/or Rosemary Gratace (siblings of Grantor) shall survive the Grantor, then their respective shares of the Grantor's estate shall be administered respectively to them by the successor trustee in a fashion deemed appropriate by such successor trustee which shall meet their respective health, welfare and maintenance needs.

Upon the death of Darlene Simmons or Rosemary Gratace, their respective issue shall receive in equal shares any portion remaining (if any) of their respective shares of Grantor's estate.

If no issue of Darlene Simmons or Rosemary Gratace shall survive their death, then any remaining portion of their respective share of Grantor's estate shall be distributed in equal shares to any remaining brothers and sisters of Grantor.

## ARTICLE VIII

<u>Trustee Succession, Trustee's Fees and Other Matters</u>.  The provisions for naming the Trustee, Trustee succession, Trustee's fees and other matters are set forth below:

(1)  <u>Naming Individual Successor or Substitute Trustee</u>.  If the individual Trustee should fail to qualify as Trustee hereunder, or for any reason should cease to act in such capacity, the successor or substitute Trustee who shall also serve without bond shall be Pamela C. DiChristofano.

(2)  <u>Final Succession If Individual Successor Trustee Cannot Act</u>.  If the GRANTOR's individual successor Trustee should fail to qualify as Trustee hereunder, or for any reason should cease to act in such capacity, then the successor or substitute Trustee who shall also serve without bond shall be Citizens Bank, Berwyn, Illinois.

(3)  <u>Fee Schedule for Individual Trustee</u>.  For its services as Trustee, the individual Trustee shall receive reasonable compensation for the services rendered and reimbursement for reasonable expenses.

(4)  <u>Fee Schedule for Corporate Trustee</u>.  For its services as Trustee, the corporate Trustee shall receive an amount

determined by its Standard Fee Schedule in effect and applicable at the time of the performance of such services. If no such schedule shall be in effect at that time, it shall be entitled to reasonable compensation for the services rendered.

(5) <u>Change in Corporate Fiduciary</u>. Any corporate successor to the trust business of the corporate fiduciary designated herein or at any time acting hereunder shall succeed to the capacity of its predecessor without conveyance or transfer.

(6) <u>Limitations on Trustees</u>. No person who at any time is acting as Trustee hereunder shall have any power or obligation to participate in any discretionary authority which the GRANTOR has given to the Trustee to pay principal or income to such person, or for his or her benefit or in relief of his or her legal obligations.

ARTICLE IX

<u>Definition of Trustee</u>. Whenever the word "Trustee" or any modifying or substituted pronoun therefor is used in this Trust, such words and respective pronouns shall include both the singular and the plural, the masculine, feminine and neuter gender thereof, and shall apply equally to the Trustee named herein and to any successor or substitute Trustee acting hereunder, and such successor or substitute Trustee shall have all the rights, powers and duties, authority and responsibility conferred upon the Trustee originally named herein.

ARTICLE X

<u>Powers for Trustee</u>. The Trustee is authorized in its fiduciary discretion (which shall be subject to the standard of reasonableness and good faith to all beneficiaries) with respect to any property, real or personal, at any time held under any provision of this Trust Agreement and without authorization by any court and in addition to any other rights, powers, authority and privileges granted by any other provision of this Trust Agreement or by statute or general rules of law:

(1) To retain in the form received any property or undivided interests in property donated to, or otherwise acquired as a part of the Trust Estate, including residential property and shares of the Trustee's own stock, regardless of any lack of diversification, risk or nonproductivity, as long as it deems advisable, and to exchange any such security or property for other securities or properties and to retain such items received in exchange, although said property represents a large percentage of the total property of the Trust Estate or even the entirety thereof.

(2)  To invest and reinvest all or any part of the Trust Estate in any property and undivided interests in property, wherever located, including bonds, debentures, notes, secured or unsecured, stocks of corporations regardless of class, interests in limited partnerships, real estate or any interest in real estate whether or not productive at the time of investment, interests in trusts, investment trusts, whether of the open and/or closed fund types, and participation in common, collective or pooled trust funds of the Trustee, insurance contracts on the life of any beneficiary or annuity contracts for any beneficiary, without being limited by any statute or rule of law concerning investments by fiduciaries.

(3)  To sell or dispose of or grant options to purchase any property, real or personal, constituting a part of the Trust Estate, for cash or upon credit, to exchange any property of the Trust Estate for other property, at such times and upon such terms and conditions as it may deem best, and no person dealing with it shall be bound to see to the application of any monies paid.

(4)  To hold any securities or other property in its own name as Trustee, in its own name, in the name of a nominee (with or without disclosure of any fiduciary relationship) or in bearer form.

(5)  To keep, at any time and from time to time, all or any portion of the Trust Estate in cash and uninvested for such period or periods of time as it may deem advisable, without liability for any loss in income by reason thereof.

(6)  To sell or exercise stock subscription or conversion rights.

(7)  To refrain from voting or to vote shares of stock which are a part of the Trust Estate at shareholders' meetings in person or by special, limited, or general proxy and in general to exercise all the rights, powers and privileges of an owner in respect to any securities constituting a part of the Trust Estate.

(8)  To participate in any plan of reorganization or consolidation or merger involving any company or companies whose stock or other securities shall be part of the Trust Estate, and to deposit such stock or other securities under any plan of reorganization or with any protective committee and to delegate to such committee discretionary power with relation thereto, to pay a proportionate part of the expenses of such committee and any assessments levied under any such plan, to accept and retain new securities received by the Trustee pursuant to any such plan, to exercise all conversion, subscription, voting and other rights, of whatsoever nature pertaining to such property, and to

pay any amount or amounts of money as it may deem advisable in connection therewith.

(9)  To borrow money and to encumber, mortgage or pledge any asset of the Trust Estate for a term within or extending beyond the term of the trust, in connection with the exercise of any power vested in the Trustee.

(10) To enter for any purpose into a lease as lessor or lessee with or without option to purchase or renew for a term within or extending beyond the term of the trust.

(11) To subdivide, develop, or dedicate real property to public use or to make or obtain the vacation of plats and adjust boundaries, to adjust differences in valuation on exchange or partition by giving or receiving consideration, and to dedicate easements to public use without consideration.

(12) To make ordinary or extraordinary repairs or alterations in buildings or other structures, to demolish any improvements, to raze existing or erect new party walls or buildings.

(13) To continue and operate any business owned by the GRANTOR at the GRANTOR's death and to do any and all things deemed needful or appropriate by the Trustee, including the power to incorporate the business and to put additional capital into the business, for such time as it shall deem advisable, without liability for loss resulting from the continuance or operation of the business except for its own negligence; and to close out, liquidate or sell the business at such time and upon such terms as it shall deem best.

(14) To collect, receive, and receipt for rents, issues, profits, and income of the Trust Estate.

(15) To insure the assets of the Trust Estate against damage or loss and the Trustee against liability with respect to third persons.

(16) In buying and selling assets, in lending and borrowing money, and in all other transactions, irrespective of the occupancy by the same person of dual positions, to deal with itself in its separate, or any fiduciary capacity.

(17) To compromise, adjust, arbitrate, sue on or defend, abandon, or otherwise deal with and settle claims in favor of or against the Trust Estate as the Trustee shall deem best.

(18) To employ and compensate agents, accountants, investment advisers, brokers, attorneys-in-fact, attorneys-at-law, tax specialists, realtors, and other assistants and advisors

deemed by the Trustee needful for the proper administration of the Trust Estate, and to do so without liability for any neglect, omission, misconduct, or default of any such agent or professional representative provided such person was selected and retained with reasonable care.

(19) To determine what shall be fairly and equitably charged or credited to income and what to principal.

(20) To hold and retain the principal of the Trust Estate undivided until actual division shall become necessary in order to make distributions; to hold, manage, invest, and account for the several shares or parts thereof by appropriate entries on the Trustee's books of account; and to allocate to each share or part of share its proportionate part of all receipts and expenses; provided, however, the carrying of several trusts as one shall not defer the vesting in title or in possession of any share or part of share thereof.

(21) To make payment in cash or in kind, or partly in cash and partly in kind upon any division or distribution of the Trust Estate (including the satisfaction of any pecuniary distribution) without regard to the income tax basis of any specific property allocated to any beneficiary and to value and appraise any asset and to distribute such asset in kind at its appraised value; and when dividing fractional interests in property among several beneficiaries to allocate entire interests in some property to one beneficiary and entire interests in other property to another beneficiary or beneficiaries.

(22) In general, to exercise all powers in the management of the Trust Estate which any individual could exercise in his or her own right, upon such terms and conditions as it may reasonably deem best, and to do all acts which it may deem reasonably necessary or proper to carry out the purposes of this Trust Agreement.

(23) To purchase property, real or personal, from the GRANTOR's general estate upon such terms and conditions as to price and terms of payment as the GRANTOR's executors or administrators and the Trustee shall agree, to hold the property so purchased as a part of the Trust Estate although it may not qualify as an authorized trust investment except for this provision, and to dispose of such property as and when the Trustee shall deem advisable.  The fact that the GRANTOR's executors or administrators and the Trustee are the same shall in no way affect the validity of this provision.

(24) To lend funds to the GRANTOR's general estate upon such terms and conditions as to interest rates, maturities, and security as the GRANTOR's executors or administrators and the

Trustee shall agree, the fact that they may be the same in no way affecting the validity of this provision.

(25) To receive property bequeathed, devised or donated to the Trustee by the GRANTOR or any other person; to receive the proceeds of any insurance policy which names the Trustee as beneficiary; to execute all necessary receipts and releases to Executors, donors, insurance companies and other parties adding property to the Trust Estate.

(26) To combine assets of two or more trusts if the provisions and terms of each trust are substantially identical, and to administer them as a single trust, if the Trustee reasonably determines that the administration as a single trust is consistent with the GRANTOR's intent, and facilitates the trust's administration without defeating or impairing the interests of the beneficiaries.

(27) To divide any trust into separate shares or separate trusts or to create separate trusts if the Trustee reasonably deems it appropriate and the division or creation is consistent with the GRANTOR's intent, and facilitates the trust's administration without defeating or impairing the interests of the beneficiaries.

(28) To divide property in any trust being held hereunder with an inclusion ratio, as defined in section 2642(a)(1) of the Internal Revenue Code of 1986, as from time to time amended or under similar future legislation, of neither one nor zero into two separate trusts representing two fractional shares of the property being divided, one to have an inclusion ratio of one and the other to have an inclusion ratio of zero, to create trusts to receive property with an inclusion ratio of either one or zero and if this cannot be done to refuse to accept property which does not have a matching inclusion ratio to the receiving trust's ratio, all as the Trustee in its sole discretion deems best.

(29) If the Trustee shall act as the Executor of the GRANTOR's estate, to elect to allocate any portion or all the GRANTOR's generation-skipping transfer exemption provided for in Code section 2631 or under similar future legislation, in effect at the time of the GRANTOR's death, to any portion or all of any other trusts or bequests in the GRANTOR's Will or any other transfer which the GRANTOR is the transferror for purposes of the generation-skipping tax.  Generally, the GRANTOR anticipates that the GRANTOR's Executor will elect to allocate this exemption first to direct skips as defined in Code section 2612, then in such other manner as the Trustee deems appropriate, unless it would be inadvisable based on all the circumstances at the time of making the allocation; and to make the special election under section 2652(a)(3) of the Code to the extent the GRANTOR's Executor deems in the best interest of the GRANTOR's estate.

ARTICLE XI

Trustee's Discretion in Making Payments to a Person Under Age Twenty-One, Incompetent, or Incapacitated Person.  In case the income or principal payment under any trust created hereunder or any share thereof shall become payable to a person under the age of Twenty-one (21), or to a person under legal disability, or to a person not adjudicated incompetent, but who, by reason of illness or mental or physical disability, is, in the opinion of the Trustee unable properly to administer such amounts, then such amounts shall be paid out by the Trustee in such of the following ways as the Trustee deems best: (1) directly to the beneficiary; (2) to the legally appointed guardian of the beneficiary; (3) to some relative or friend for the care, support and education of the beneficiary; (4) by the Trustee using such amounts directly for the beneficiary's care, support and education.

ARTICLE XII

Power of Trustee to Resign During GRANTOR's Lifetime.  Any Trustee may resign this trusteeship during the GRANTOR's lifetime by giving the GRANTOR Thirty (30) days notice in writing delivered to the GRANTOR in person or mailed to the GRANTOR's last known address, the resignation to become effective as hereinafter provided.  Upon receipt of such notice, the GRANTOR shall appoint a successor Trustee.  Upon the failure of the GRANTOR to appoint a successor Trustee who accepts the trust within Thirty (30) days from the time notice was delivered in person or mailed to the GRANTOR, the Trustee may resign to the court having jurisdiction over this trust, which court may, if it deems advisable, accept the resignation and appoint a successor Trustee which shall be an individual as successor to an individual trustee or a bank or trust company qualified to do business in the state of the GRANTOR's domicile as successor to a corporate trustee.  Upon the appointment of and acceptance by the successor Trustee, the original Trustee shall pay over, deliver, assign, transfer or convey to such successor Trustee the Trust Estate and make a full and proper accounting to the GRANTOR, whereupon its resignation shall become effective.  The substitute or successor Trustee upon acceptance of this trust and the Trust Estate shall succeed to and have all the rights, powers and duties, authority and responsibility conferred upon the Trustee originally named herein.

ARTICLE XIII

GRANTOR During Lifetime to Designate Substitute or Successor Trustee.  The GRANTOR during the GRANTOR's lifetime may name a substitute or successor Trustee by delivery to any Trustee herein a notice naming the successor or substitute Trustee and indicating an intent to replace the Trustee named.  Upon receipt of such notice the Trustee named shall pay over, deliver, assign,

transfer or convey to such substitute or successor Trustee (which accepts the appointment as trustee), the Trust Estate and make a full and proper accounting to the GRANTOR, whereupon the Trustee named shall be discharged and have no further responsibility under this Trust Agreement. Upon the failure of the Trustee to make such conveyance the GRANTOR may apply to the court having jurisdiction of this trust and such court may compel the conveyance by the Trustee. The substitute or successor Trustee upon acceptance of this trust and the Trust Estate shall succeed to and possess all the rights, powers and duties, authority and responsibility conferred upon the Trustee originally named herein.

The term "per stirpes" as used herein has the identical meaning as the term "taking by representation" as defined in the Illinois Probate Code.

### ARTICLE XIV

Definition of Words Relating to the Internal Revenue Code. As used herein, the words "gross estate," "adjusted gross estate," "taxable estate," "unified credit," "state death tax credit," "maximum marital deduction," "marital deduction," "pass," and any other word or words which from the context in which it or they are used refer to the Internal Revenue Code shall have the same meaning as such words have for the purposes of applying the Internal Revenue Code to the GRANTOR's estate. For purposes of this Trust Agreement, the GRANTOR's "available generation-skipping transfer exemption" means the generation-skipping transfer tax exemption provided in section 2631 of the Internal Revenue Code of 1986, as amended, in effect at the time of the GRANTOR's death reduced by the aggregate of (1) the amount, if any, of the GRANTOR's exemption allocated to lifetime transfers of the GRANTOR by the GRANTOR or by operation of law, and (2) the amount, if any, the GRANTOR has specifically allocated to other property of the GRANTOR's gross estate for federal estate tax purposes. For purposes of this Trust Agreement if at the time of the GRANTOR's death the GRANTOR has made gifts with an inclusion ratio of greater than zero for which the gift tax return due date has not expired (including extensions) and the GRANTOR has not yet filed a return, it shall be deemed that the GRANTOR's generation-skipping transfer exemption has been allocated to these transfers to the extent necessary (and possible) to exempt the transfer(s) from generation-skipping transfer tax. Reference to Sections of the Internal Revenue Code and to the Internal Revenue Code shall refer to the Internal Revenue Code amended to the date of the GRANTOR's death.

## ARTICLE XV

Simultaneous Death Provision Presuming Beneficiary Predeceases GRANTOR.  If any beneficiary and the GRANTOR should die under such circumstances as would make it doubtful whether the beneficiary or the GRANTOR died first, then it shall be conclusively presumed for the purposes of this Trust that the beneficiary predeceased the GRANTOR.

## ARTICLE XVI

Payment of Funeral Expenses and Expenses of Last Illness of Income Beneficiary.  On the death of any person entitled to income or support from any Trust hereunder, the Trustee is authorized to pay the funeral expenses and the expenses of the last illness of such person from the principal of the Trust from which such person was entitled to income or support.

## ARTICLE XVII

State Law to Govern.  This Trust Agreement and the trusts created hereby shall be construed, regulated and governed by and in accordance with the laws of the State of Illinois.

## ARTICLE XVIII

Perpetuities Savings Clause.  Notwithstanding anything herein to the contrary, the trusts created hereunder shall terminate not later than Twenty-one (21) years after the death of the last survivor of Benjamin W. Cikanek, Daniel J. Cikanek, George C. Cikanek, Rosemary C. Gratace, Carol C. Vickers, Darlene C. Simmons, Christine J. Cikanek and Pamela C. DiChristofano

living on the date of the GRANTOR's death, when the Trustee shall distribute each remaining trust hereunder to the beneficiary or beneficiaries of the current income thereof, and if there is more than one beneficiary, in the proportion in which they are beneficiaries or if no proportion is designated in equal shares to such beneficiaries.

Testimonium Clause.    IN WITNESS WHEREOF, the GRANTOR and the Trustee have executed this Trust Agreement.

WITNESSES:

_____          _____
                                          DAVID MICHAEL CIKANEK
                                                   GRANTOR

                                          _____
                                          DAVID MICHAEL CIKANEK
                                                   TRUSTEE

STATE OF ILLINOIS                        ACKNOWLEDGEMENTS

COUNTY OF COOK

    I, a Notary Public, within and for the State and County
aforesaid, do hereby certify that the foregoing instrument of
writing was this day produced to me in the above State and County
by David Michael Cikanek, GRANTOR, party hereto and was executed
and acknowledged by the GRANTOR to be the GRANTOR's free act and
voluntary deed.

    WITNESS my signature this _____ day of _____, 19___.

_____
Signature of Notary Public

DAVID M. MENACHOF
_____
Typed Name of Notary Public

**OFFICIAL SEAL**
**DAVID M MENACHOF**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/25/02

Notary Public for:
Illinois

My Commission expires: 10/25/02

STATE OF ILLINOIS

ACKNOWLEDGEMENTS.

COUNTY OF COOK

I, a Notary Public, within and for the State and County aforesaid do hereby certify that the foregoing instrument of writing was this day produced to me in the above State and County and was executed and acknowledged by David Michael Cikanek, Trustee, to be the free and voluntary act and deed of the Trustee.

WITNESS my signature this ____ day _____, 19____.

_____
Signature of Notary Public

DAVID M. MENACHOF
_____
Typed Name of Notary Public

Notary Public for:
Illinois

My commission expires: 10/25/02

OFFICIAL SEAL
DAVID M MENACHOF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/25/02

# ADDENDUM
## To The Trust Agreement of
## David Michael Cikanek

### Assets

SILVER CAPITAL GROUP      Ross Inserra  (800) 327-4771  X2823
Individual Acct.  671-14845    Approx value 6/30/2000  $825,000
IRA Acct.  671-50142    Approx value 6/30/2000  $76,000

STEIN ROE SERVICES INC.     (800) 338-2550
Individual Acct.  0210016607
Individual Acct.  0098145960     Total approx value $50,000

KEMPER FUNDS    (800) 621-1048
Individual Acct.  03-916091525-6     Approx value $10,000

NUVEEN     (800) 257-8787
Individual Acct.  1973741     Approx value $50,000

PENSION PROGRAM:
United Food and Commercial Workers Benefits Fund   Acct. 13402
Public Service Center  (800) 545-4730
3 payouts over 3 years at approx. $18,000 each April, 2000, April, 2001 and
April, 2002.

BANK ONE
Checking Acct. 6780004074294
Money Market Acct.  238800300010031  Approx $30,500

REAL ESTATE:
2826 W. Fargo, Chicago, Il 60645   Est value $250,000
1629 S. 61st Ave., Cicero, Il 60804   Est value $140,000

# EXHIBIT H
# TO
# DECLARATION OF
# MARTIN P. RUSSO IN SUPPORT OF
# APPLICATION TO VACATE

# FILED BY PETITIONER
# JOSEPH STEVENS & COMPANY, INC.

3/16/2007

## ACCOUNT SUMMARY

/ID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1J32-263664A0-15061 - 11/00 TO 8/05

|  | EQUITY OUTFLOW | EQUITY INFLOW |
|---|---|---|
| BEGINNING CASH BALANCE |  | $0.00 |
| CASH DEPOSIT |  | 113,265.00 |
| SECURITIES RECEIVED IN THE ACCOUNT |  | 312,107.90 |
| **TOTAL INFLOW** |  | **$425,372.90** |
| CASH WITHDRAWAL | 82,492.22 |  |
| SECURITIES DELIVERED OUT OF THE ACCOUNT | 67,518.90 |  |
| ENDING MARGIN BALANCE | (0.00) |  |
| **TOTAL OUTFLOW** | **$150,011.12** |  |
| **NET EQUITY FLOW FROM ACCOUNT** |  | **($275,361.78)** |

|  | LOSS / EXPENSE | PROFIT / INCOME |
|---|---|---|
| TRADING REALIZED PROFIT / (LOSS) | (382,385.07) |  |
| TRADING UNREALIZED PROFIT / (LOSS) | 67,518.90 |  |
| CASH IN LIEU |  | 0.27 |
| STOCK DIVIDENDS/BOND INTEREST |  | 39.88 |
| **TOTAL PROFIT & LOSS FROM TRADING / INCOME** |  | **($314,826.02)** |
| MARGIN INTEREST | (1,167.74) |  |
| CHARGED OFF | 40,931.98 |  |
| FEES | (300.00) |  |
| **TOTAL FEE AND OTHER ADJUSTMENT** | 39,464.24 |  |
| **NET PROFIT / (LOSS)** |  | **($275,361.78)** |

TURNOVER RATE = 10.69 Times Per Year
PORTFOLIO EXPENSE RATIO (COST EQUITY) = 38.16% Annualized
AVERAGE INCOME YIELD = 0.03% Annualized
AVERAGE HOLDING DAYS = 61.44 Days

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

### November 2000

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/7/00 | WITHDRAWAL | | | 6.23 | | | |
| 2 | 11/7/00 | RECEIVED AVIATION HLDGS | 2,550.00 | | 239.70 | | | |
| 3 | 11/7/00 | RECEIVED CONMAT TECH | 26,000.00 | | 8,944.00 | | | |
| 4 | 11/7/00 | RECEIVED DIRECT III MARKETING | 350.00 | | 3,850.00 | | | |
| 5 | 11/7/00 | RECEIVED GLOBALNET | 28,240.00 | | 202,989.12 | | | |
| 6 | 11/24/00 | SELL DIRECT III MARKETING | (350.00) | 8.75 | | 2,937.39 | | |
| 7 | 11/28/00 | BUY REPLIGEN | 500.00 | 4.88 | 2,556.25 | | | |
| 8 | 11/30/00 | ENDING BALANCE | | | | | 374.91 | 0.00 |

### December 2000

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 9 | 12/04/00 | BUY ADV MICRO DEVICES | 500.00 | 17.44 | 8,893.75 | | | |
| 10 | 12/04/00 | SELL CONMAT TECH | (26,000.00) | 0.34 | | 8,812.20 | | |
| 11 | 12/18/00 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 2.86 | | |
| 12 | 12/29/00 | SELL ADV MICRO DEVICES | (500.00) | 14.19 | | 6,968.51 | | |
| 13 | 12/29/00 | SELL AVIATION HLDGS | (2,550.00) | 0.06 | | 109.37 | | |
| 14 | 12/29/00 | ENDING BALANCE | | | | | 7,374.10 | 0.00 |

### January 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 15 | 01/02/01 | SELL GLOBALNET | (100.00) | 0.75 | | 49.99 | | |
| 16 | 01/02/01 | BUY TRANSWITCH | 150.00 | 45.88 | 7,006.25 | | | |
| 17 | 01/02/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.73 | | |
| 18 | 01/03/01 | SELL GLOBALNET | (9,900.00) | 0.56 | | 5,543.56 | | |
| 19 | 01/04/01 | BUY TRANSWITCH | 150.00 | 41.69 | 6,378.13 | | | |
| 20 | 01/11/01 | SELL REPLIGEN | (500.00) | 3.63 | | 1,727.43 | | |
| 21 | 01/16/01 | BUY PSINET | 5,000.00 | 1.91 | 9,656.25 | | | |
| 22 | 01/16/01 | SELL TRANSWITCH | (300.00) | 32.69 | | 9,680.92 | | |
| 23 | 01/17/01 | SELL PSINET | (5,000.00) | 2.44 | | 11,962.09 | | |
| 24 | 01/18/01 | BUY ADV FIBRE COMM | 500.00 | 24.31 | 12,281.25 | | | |
| 25 | 01/18/01 | SELL CORVIS | (590.00) | 24.00 | | 11,874.60 | | |
| 26 | 01/18/01 | BUY CORVIS | 500.00 | 22.63 | 11,437.50 | | | |
| 27 | 01/19/01 | SELL ADV FIBRE COMM | (590.00) | 20.25 | | 9,999.66 | | |
| 28 | 01/22/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.98 | | |
| 29 | 01/22/01 | BUY JDS UNIPHASE | 400.00 | 55.31 | 22,250.00 | | | |
| 30 | 01/23/01 | SELL JDS UNIPHASE | (400.00) | 58.38 | | 23,224.22 | | |
| 31 | 01/24/01 | BUY OPLINK | 1,000.00 | 24.25 | 24,475.00 | | | |
| 32 | 01/24/01 | SELL OPLINK | (1,000.00) | 25.50 | | 25,374.15 | | |
| 33 | 01/24/01 | BUY SIEBEL | 500.00 | 79.25 | 39,747.90 | | | |
| 34 | 01/26/01 | SELL SIEBEL | (500.00) | 74.06 | | 37,217.50 | | |
| 35 | 01/29/01 | BUY HUMAN GENOME | 300.00 | 64.69 | 19,531.25 | | | |
| 36 | 01/30/01 | SELL HUMAN GENOME | 300.00 | 63.02 | | 18,778.89 | | |
| 37 | 01/30/01 | SELL BROCADE | (300.00) | 100.06 | | 29,792.74 | | |
| 38 | 01/31/01 | MARGIN INTEREST | | | 21.60 | | | |
| 39 | 01/31/01 | ENDING BALANCE | | | | | 39,816.70 | 0.00 |

### February 2001

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 40 | 02/01/01 | BUY BROCADE | 300.00 | 104.67 | 31,526.93 | | | |
| 41 | 02/01/01 | BUY GILEAD SCIENCES | 400.00 | 68.56 | 27,550.00 | | | |
| 42 | 02/01/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 4.69 | | |
| 43 | 02/01/01 | BUY CORVIS | 1,000.00 | 21.37 | 21,496.90 | | | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

Page 1

## DETAIL MONTHLY ACTIVITY

### DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 44 | 02/02/01 | SELL GILEAD SCIENCES | (400.00) | 67.75 | | 26,974.09 | | |
| 45 | 02/09/01 | SELL CORVIS | (1,000.00) | 17.44 | | 17,314.21 | | |
| 46 | 02/13/01 | BUY LORAL SPACE | 650.00 | 5.00 | 3,375.00 | | | |
| 47 | 02/14/01 | BUY REPLIGEN | 1,000.00 | 4.44 | 4,618.75 | | | |
| 48 | 02/22/01 | SELL REPLIGEN | (1,000.00) | 4.63 | | 4,568.59 | | |
| 49 | 02/27/01 | MARGIN INTEREST | | | 39.38 | | | |
| 50 | 02/28/01 | ENDING BALANCE | | 72.05 | 72.05 | | | 0.00 |

**March 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 51 | 03/08/01 | DEPOSIT | | | | 35,000.00 | | |
| 52 | 03/13/01 | BUY GLOBALNET | 20,000.00 | 1.56 | 32,525.00 | | | |
| 53 | 03/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 1.43 | | |
| 54 | 03/30/01 | BUY REPLIGEN | 700.00 | 2.81 | 2,091.75 | | | |
| 55 | 03/30/01 | ENDING BALANCE | | | | | 456.73 | 0.00 |

**April 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 56 | 04/10/01 | BUY REPLIGEN | 200.00 | 1.94 | 425.00 | | | |
| 57 | 04/16/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 4.71 | | |
| 58 | 04/30/01 | ENDING BALANCE | | | | | 36.44 | 0.00 |

**May 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 59 | 05/30/01 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.06 | | |
| 60 | 05/30/01 | BUY PRICELINE | 10,000.00 | 5.06 | 50,875.00 | | | |
| 61 | 05/30/01 | MARGIN INTEREST | | | 13.06 | | | |
| 62 | 05/31/01 | FEES | | | 50.00 | | | |
| 63 | 05/31/01 | ENDING BALANCE | | | | | (50,901.56) | 0.00 |

**June 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 64 | 06/06/01 | SELL PRICELINE | (10,000.00) | 5.31 | | 53,073.23 | | |
| 65 | 06/07/01 | BUY BROADVISION | 10,000.00 | 6.51 | 66,525.00 | | | |
| 66 | 06/13/01 | SELL GLOBALNET | (30,000.00) | 0.93 | | 27,874.07 | | |
| 67 | 06/14/01 | SELL GLOBALNET | (5,000.00) | 0.85 | | 4,224.85 | | |
| 68 | 06/15/01 | SELL LORAL SPACE | (650.00) | 3.08 | | 1,876.93 | | |
| 69 | 06/15/01 | SELL GLOBALNET | (3,240.00) | 0.92 | | 2,858.50 | | |
| 70 | 06/26/01 | SELL BROADVISION | (10,000.00) | 4.26 | | 41,973.58 | | |
| 71 | 06/27/01 | BUY MRV COMM | 2,000.00 | 7.76 | 16,025.00 | | | |
| 72 | 06/27/01 | BUY PRICELINE | 2,000.00 | 7.44 | 15,225.00 | | | |
| 73 | 06/27/01 | SELL REPLIGEN | (900.00) | 2.57 | | 2,179.92 | | |
| 74 | 06/28/01 | MARGIN INTEREST | | | 265.66 | | | |
| 75 | 06/28/01 | SELL BROADVISION | (10,000.00) | 5.09 | | 50,873.30 | | |
| 76 | 06/28/01 | SELL PRICELINE | (2,000.00) | 8.12 | | 15,814.45 | | |
| 77 | 06/29/01 | BUY BROADVISION | 10,000.00 | 4.84 | 50,825.00 | | | |
| 78 | 06/29/01 | SELL MRV COMM | (2,000.00) | 9.29 | | 17,974.38 | | |
| 79 | 06/29/01 | ENDING BALANCE | | | | | (47,731.76) | 0.00 |

**July 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 80 | 07/16/01 | BUY METROMEDIA FIBER | 142,500.00 | 1.43 | 203,614.75 | | | |
| 81 | 07/16/01 | BUY METROMEDIA FIBER | 50,000.00 | 1.99 | 99,525.00 | | | |
| 82 | 07/18/01 | BUY METROMEDIA FIBER | 7,500.00 | 1.99 | 14,925.00 | | | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

Page 2

## DETAIL MONTHLY ACTIVITY

### DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 83 | 07/18/01 | SELL METROMEDIA FIBER | (107,431.00) | 1.29 | | 138,556.37 | | |
| 84 | 07/18/01 | SELL METROMEDIA FIBER | (68,605.00) | 1.30 | | 89,151.66 | | |
| 85 | 07/18/01 | SELL METROMEDIA FIBER | (22,000.00) | 1.28 | | 28,159.06 | | |
| 86 | 07/18/01 | SELL METROMEDIA FIBER | (1,064.00) | 1.30 | | 1,383.15 | | |
| 87 | 07/18/01 | SELL METROMEDIA FIBER | (900.00) | 1.30 | | 1,169.96 | | |
| 88 | 07/30/01 | MARGIN INTEREST | | | 128.72 | | | |
| 89 | 07/30/01 | MARGIN INTEREST | | | 78.91 | | | |
| 90 | 07/30/01 | MARGIN INTEREST | | | 35.79 | | | |
| 91 | 07/31/01 | ENDING BALANCE | | | | | (40,931.98) | 0.00 |

**August 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 92 | 08/06/01 | CHARGED OFF | | | | 40,931.98 | | |
| 93 | 08/08/01 | MARGIN INTEREST | | | 11.36 | | | |
| 94 | 08/30/01 | MARGIN INTEREST | | | 88.05 | | | |
| 95 | 08/30/01 | MARGIN INTEREST | | | 36.94 | | | |
| 96 | 08/31/01 | ENDING BALANCE | | | | | (136.35) | 0.00 |

**September 2001**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 97 | 09/07/01 | MARGIN INTEREST | | | (88.05) | | | |
| 98 | 09/07/01 | MARGIN INTEREST | | | (48.30) | | | |
| 99 | 09/30/01 | ENDING BALANCE | | | | | 0.00 | 0.00 |

**July 2002**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 00 | 07/12/02 | DEPOSIT | | | | 3,265.00 | | |
| 01 | 07/12/02 | BUY STAR SCIENTIFIC | 2,000.00 | 1.56 | 3,265.00 | | | |
| 02 | 07/31/02 | ENDING BALANCE | | | | | 0.00 | 0.00 |

**August 2002**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 03 | 08/22/02 | SELL STAR SCIENTIFIC | (2,000.00) | 1.60 | | 3,074.90 | | |
| 04 | 08/22/02 | BUY CONSECO | 20,000.00 | 0.14 | 2,925.00 | | | |
| 05 | 08/31/02 | ENDING BALANCE | | | | | 149.90 | 0.00 |

**September 2002**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 06 | 09/13/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.08 | | |
| 07 | 09/30/02 | ENDING BALANCE | | | | | 149.98 | 0.00 |

**October 2002**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 08 | 10/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.12 | | |
| 09 | 10/31/02 | ENDING BALANCE | | | | | 150.10 | 0.00 |

**November 2002**

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 10 | 11/15/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.12 | | |
| 11 | 11/19/02 | BUY BROCADE | 10,000.00 | 6.38 | 64,081.00 | | | |
| 12 | 11/20/02 | DEPOSIT | | | | 50,000.00 | | |
| 13 | 11/21/02 | SELL APPLIED MICRO CIRCUITS | (15,000.00) | 4.59 | | 68,516.92 | | |
| 14 | 11/21/02 | BUY APPLIED MICRO CIRCUITS | 15,000.00 | 4.46 | 67,186.00 | | | |
| 15 | 11/21/02 | SELL BROCADE | (10,000.00) | 6.89 | | 67,866.92 | | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 16 | 11/22/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | | | 0.01 |
| 17 | 11/22/02 | BUY BROCADE | 20,000.00 | 5.32 | 106,831.00 | | | |
| 18 | 11/25/02 | BUY TRANSWITCH | 5,000.00 | 1.17 | 6,131.00 | | | |
| 19 | 11/25/02 | SELL BROCADE | (20,000.00) | 5.49 | | 109,265.69 | | |
| 20 | 11/25/02 | BUY CALPINE | 20,000.00 | 4.37 | 87,681.00 | | | |
| 21 | 11/25/02 | SELL CIENA | (17,500.00) | 5.86 | | 102,515.91 | | |
| 22 | 11/25/02 | BUY CIENA | 17,500.00 | 6.12 | 107,481.00 | | | |
| 23 | 11/27/02 | MARGIN INTEREST | | | 10.07 | | | |
| 24 | 11/29/02 | SELL CALPINE | (10,000.00) | 4.46 | | 44,357.65 | | |
| 25 | 11/30/02 | ENDING BALANCE | | | | | 3,272.25 | 0.00 |

### December 2002

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 26 | 12/05/02 | BUY CALPINE | 10,000.00 | 3.64 | 36,631.00 | | | |
| 27 | 12/06/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.09 | | |
| 28 | 12/09/02 | BUY BROCADE | 10,000.00 | 4.70 | 47,531.00 | | | |
| 29 | 12/10/02 | BUY STORAGENETWORKS | 30,000.00 | 1.23 | 38,731.00 | | | |
| 30 | 12/10/02 | BUY STORAGENETWORKS | 2,500.00 | 1.23 | 3,225.00 | | | |
| 31 | 12/10/02 | SELL TRANSWITCH | (5,000.00) | 1.02 | | 4,918.84 | | |
| 32 | 12/10/02 | SELL BROCADE | (10,000.00) | 4.93 | | 48,967.51 | | |
| 33 | 12/10/02 | SELL CALPINE | (10,000.00) | 3.42 | | 34,004.97 | | |
| 34 | 12/10/02 | SELL CALPINE | (10,000.00) | 3.47 | | 34,548.95 | | |
| 35 | 12/23/02 | SELL STORAGENETWORKS | (700.00) | 1.08 | | 724.97 | | |
| 36 | 12/23/02 | SELL STORAGENETWORKS | (25,000.00) | 0.99 | | 24,718.25 | | |
| 37 | 12/24/02 | BUY REPLIGEN | 5,000.00 | 3.10 | 16,181.00 | | | |
| 38 | 12/30/02 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.35 | | |
| | 12/30/02 | WITHDRAWAL | | | 25,000.00 | | | |
| | 12/30/02 | MARGIN INTEREST | | | 75.41 | | | |
| | 12/31/02 | ENDING BALANCE | | | | | (16,218.23) | 0.00 |

### January 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 2 | 01/02/03 | SELL REPLIGEN | (5,000.00) | 2.76 | | 13,468.58 | | |
| | 01/02/03 | SELL STORAGENETWORKS | (6,800.00) | 1.22 | | 8,128.75 | | |
| 4 | 01/02/03 | BUY SIEBEL | 1,400.00 | 7.93 | 11,458.00 | | | |
| 5 | 01/08/03 | SELL SIEBEL | (1,400.00) | 8.68 | | 11,920.63 | | |
| 6 | 01/09/03 | BUY TIBCO SOFTWARE | 1,540.00 | 6.93 | 11,196.00 | | | |
| 7 | 01/23/03 | BUY ANTIGENICS | 800.00 | 10.67 | 8,831.00 | | | |
| 8 | 01/23/03 | SELL TIBCO SOFTWARE | (1,540.00) | 6.39 | | 9,609.30 | | |
| 9 | 01/30/03 | MARGIN INTEREST | | | 5.83 | | | |
| 0 | 01/30/03 | MARGIN INTEREST | | | 37.42 | | | |
| 1 | 01/31/03 | ENDING BALANCE | | | | | (4,619.22) | 0.00 |

### February 2003

| | DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|---|
| 2 | 02/14/03 | SELL CONSECO | (20,000.00) | 0.03 | | 498.98 | | |
| | 02/26/03 | SELL ANTIGENICS | (800.00) | 7.71 | | 5,936.81 | | |
| | 02/27/03 | MARGIN INTEREST | | | 22.67 | | | |
| | 02/28/03 | ENDING BALANCE | | | | | 1,793.90 | 0.00 |

### March 2003

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 03/14/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.27 | | |
| 03/17/03 | RECEIVED MANHATTAN PHARMA | 177,701.00 | | 21,324.12 | | | |

Page 4

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

### DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|
| 03/28/03 MARGIN INTEREST | | | 2.99 | | | |
| 03/31/03 ENDING BALANCE | | | | | 1,791.18 | 0.00 |
| **April 2003** | | | | | | |
| 04/01/03 RECEIVED MANHATTAN PHARMA WTS EXP 12/07 | 17,770.00 | | | | | |
| 04/15/03 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.55 | | |
| 04/30/03 ENDING BALANCE | | | | | 1,791.73 | 0.00 |
| **May 2003** | | | | | | |
| 05/15/03 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.54 | | |
| 05/23/03 FEES | | | 50.00 | | | |
| 05/31/03 ENDING BALANCE | | | | | 1,742.27 | 0.00 |
| **June 2003** | | | | | | |
| 06/13/03 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.47 | | |
| 06/23/03 BUY STORAGENETWORKS | 1,200.00 | 1,584.00 | 1,764.99 | | | |
| 06/26/03 RECEVED MANHATTAN PHARMA | 20,888.00 | 1.32 | 4,595.36 | | | |
| 06/30/03 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.13 | | |
| 06/30/03 ENDING BALANCE | | | | | (22.12) | 0.00 |
| **July 2003** | | | | | | |
| 07/03/03 RECEIVED MANHATTAN PHARMA WTS EXP 12/07 | 2,089.00 | | | | | |
| 07/31/03 SELL STORAGENETWORKS | (1,200.00) | 1.48 | | 1,644.91 | | |
| 07/31/03 ENDING BALANCE | | | | | 1,622.79 | 0.00 |
| **August 2003** | | | | | | |
| 08/15/03 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.09 | | |
| 08/22/03 BUY GENTA | 3,500.00 | 14.91 | 52,216.00 | | | |
| 08/25/03 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.05 | | |
| 08/28/03 MARGIN INTEREST | | | 8.08 | | | |
| 08/28/03 DEPOSIT | | | | 25,000.00 | | |
| 08/31/03 ENDING BALANCE | | | | | (25,601.15) | 0.00 |
| **September 2003** | | | | | | |
| 09/09/03 SELL GENTA | (750.00) | 16.84 | | 12,248.40 | | |
| 09/18/03 MARGIN INTEREST | | | 66.53 | | | |
| 09/22/03 MARGIN INTEREST | | | 11.60 | | | |
| 09/30/03 ENDING BALANCE | | | | | (13,430.88) | 0.00 |
| **October 2003** | | | | | | |
| 10/15/03 SELL GENTA | (2,750.00) | 11.83 | | 31,537.52 | | |
| 10/16/03 BUY FORBES MEDI TECH | 5,500.00 | 2.89 | 16,696.00 | | | |
| 10/20/03 MARGIN INTEREST | | | 58.22 | | | |
| 10/27/03 REVSPLIT MANHATTAN PHARMA | (198,589.00) | | | | | |
| 10/27/03 REVSPLIT MANHATTAN PHARMA | 39,717.00 | | | | | |
| 10/31/03 CASH IN LIEU MANHATTAN PHARMA | | | | 0.27 | | |
| 10/31/03 ENDING BALANCE | | | | | 1,352.69 | 0.00 |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

### November 2003

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 11/14/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.20 | | |
| 11/21/03 | BUY CYPRESS BIO | 5,000.00 | 13.35 | 67,531.00 | | | |
| 11/21/03 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.03 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (100.00) | 2.11 | | 178.18 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (800.00) | 2.11 | | 1,673.37 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (600.00) | 2.10 | | 1,249.03 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (600.00) | 2.10 | | 1,249.03 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (800.00) | 2.09 | | 1,657.37 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (100.00) | 2.09 | | 207.17 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (100.00) | 2.10 | | 208.17 | | |
| 11/28/03 | SELL FORBES MEDI TECH | (2,400.00) | 2.08 | | 4,948.12 | | |
| 11/28/03 | ENDING BALANCE | | | | | (54,807.64) | 0.00 |

### December 2003

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 12/01/03 | SELL CYPRESS BIO | (3,500.00) | 13.30 | | 45,641.86 | | |
| 12/16/03 | DELIVERED MANHATTAN PHARMA | (39,217.00) | | | 67,518.90 | | |
| 12/22/03 | MARGIN INTEREST | | | 127.98 | | | |
| 12/31/03 | ENDING BALANCE | | | | | (9,293.76) | 0.00 |

### January 2004

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 01/02/04 | SELL CYPRESS BIO | (1,500.00) | 14.14 | | 20,128.05 | | |
| 01/05/04 | BUY CYPRESS BIO | 1,500.00 | 15.19 | 23,941.00 | | | |
| 01/07/04 | DELIVERED MANHATTAN PHARMA WTS EXP 12/07 | (19,859.00) | | | | | |
| 01/20/04 | SELL CYPRESS BIO | (1,500.00) | 12.55 | | 17,893.16 | | |
| 01/20/04 | MARGIN INTEREST | | | 55.09 | | | |
| 01/22/04 | RECEIVED MANHATTAN PHARMA | 39,717.00 | | 67,518.90 | | | |
| 01/23/04 | BUY AROTECH | 2,000.00 | 2.02 | 4,271.00 | | | |
| 01/30/04 | ENDING BALANCE | | | | | 460.36 | 0.00 |

### February 2004

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 02/13/04 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.09 | | |
| 02/27/04 | ENDING BALANCE | | | | | 460.45 | 0.00 |

### March 2004

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 03/02/04 | RECEIVED MANHATTAN PHARMA WTS EXP 12/07 | 3,972.00 | | | | | |
| 03/15/04 | SELL AROTECH | (2,000.00) | 2.64 | | 5,007.79 | | |
| 03/15/04 | INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 0.06 | | |
| 03/16/04 | BUY FORBES MEDI TECH | 1,000.00 | 6.82 | 7,099.00 | | | |
| 03/22/04 | MARGIN INTEREST | | | 1.32 | | | |
| 03/24/04 | SELL FORBES MEDI TECH | (1,000.00) | 8.15 | | 7,864.68 | | |
| 03/26/04 | BUY RITA MED | 2,500.00 | 5.68 | 14,906.00 | | | |
| 03/30/04 | BUY FORBES MEDI TECH | 1,000.00 | 7.71 | 7,895.00 | | | |
| 03/30/04 | SELL RITA MED | (1,500.00) | 5.95 | | 8,824.64 | | |
| 03/31/04 | SELL RITA MED | (1,000.00) | 6.05 | | 5,972.77 | | |
| 03/31/04 | ENDING BALANCE | | | | | (1,770.93) | 0.00 |

### April 2004

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

# DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 04/05/04 | BUY ANTIGENICS | 3,000.00 | 11.10 | 34,951.00 | | | |
| 04/12/04 | SELL ANTIGENICS | (3,000.00) | 11.11 | | 33,156.21 | | |
| 04/12/04 | SELL FORBES MEDI TECH | (1,000.00) | 3.36 | | 3,228.92 | | |
| 04/20/04 | MARGIN INTEREST | | | 59.07 | | | |
| 04/30/04 | ENDING BALANCE | | | | | (395.87) | 0.00 |

**May 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 05/15/04 | FEES | | | 50.00 | | | |
| 05/20/04 | MARGIN INTEREST | | | 2.50 | | | |
| 05/31/04 | ENDING BALANCE | | | | | (448.37) | 0.00 |

**June 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 06/20/04 | MARGIN INTEREST | | | 2.61 | | | |
| 06/30/04 | ENDING BALANCE | | | | | (450.98) | 0.00 |

**July 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 07/20/04 | MARGIN INTEREST | | | 2.70 | | | |
| 07/31/04 | ENDING BALANCE | | | | | (453.68) | 0.00 |

**August 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 08/20/04 | MARGIN INTEREST | | | 2.88 | | | |
| 08/31/04 | ENDING BALANCE | | | | | (456.56) | 0.00 |

**September 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 09/20/04 | MARGIN INTEREST | | | 3.10 | | | |
| 09/30/04 | ENDING BALANCE | | | | | (459.66) | 0.00 |

**October 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 10/20/04 | MARGIN INTEREST | | | 3.00 | | | |
| 10/31/04 | ENDING BALANCE | | | | | (462.66) | 0.00 |

**November 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 11/22/04 | MARGIN INTEREST | | | 3.19 | | | |
| 11/30/04 | ENDING BALANCE | | | | | (465.85) | 0.00 |

**December 2004**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 12/20/04 | MARGIN INTEREST | | | 3.30 | | | |
| 12/31/04 | ENDING BALANCE | | | | | (469.15) | 0.00 |

**January 2005**

| DATE | TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 01/20/05 | MARGIN INTEREST | | | 3.41 | | | |
| 01/31/05 | ENDING BALANCE | | | | | (472.56) | 0.00 |

**February 2005**

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

### March 2005

| | DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 252 | 02/22/05 MARGIN INTEREST | | | | 3.41 | (475.97) | 0.00 |
| 253 | 02/28/05 ENDING BALANCE | | | | | | |

### April 2005

| | DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 254 | 03/21/05 MARGIN INTEREST | | | 3.34 | | (479.31) | 0.00 |
| 255 | 03/31/05 ENDING BALANCE | | | | | | |

### May 2005

| | DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 256 | 04/20/05 MARGIN INTEREST | | | 3.36 | | | |
| 257 | 04/20/05 MARGIN INTEREST | | | 0.36 | | | |
| 258 | 04/29/05 SELL MANHATTAN PHARMA | (29,737.00) | 1.40 | | 41,582.58 | 41,099.55 | |
| 259 | 04/30/05 ENDING BALANCE | | | | | | 0.00 |

| | DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 260 | 05/02/05 FEES | | | 75.00 | | | |
| 61 | 05/09/05 SELL MANHATTAN PHARMA | (5,263.00) | 1.40 | | 7,285.39 | | |
| 62 | 05/12/05 WITHDRAWAL | | | 48,304.76 | | | |
| 63 | 05/20/05 SELL MANHATTAN PHARMA | (1,500.00) | 1.41 | | 2,057.41 | | |
| 64 | 05/20/05 MARGIN INTEREST | | | 4.01 | | | |
| 65 | 05/20/05 MARGIN INTEREST | | | 1.17 | | | |
| 66 | 05/31/05 FEES | | | 75.00 | | | |
| 67 | 05/31/05 ENDING BALANCE | | | | | 1,982.41 | 0.00 |

### June 2005

| | DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 68 | 06/15/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 2.83 | 1,985.24 | 0.00 |
| 69 | 06/30/05 ENDING BALANCE | | | | | | |

### July 2005

| | DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 70 | 07/15/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 3.67 | 1,988.91 | 0.00 |
| 71 | 07/31/05 ENDING BALANCE | | | | | | |

### August 2005

| | DATE / TRANSACTION DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | CASH | MONEY MARKET |
|---|---|---|---|---|---|---|---|
| 2 | 08/03/05 SELL MANHATTAN PHARMA | (3,217.00) | 1.45 | | 4,531.95 | | |
| 3 | 08/09/05 DELIVERED MANHATTAN PHARMA WTS EXP 12/07 | (3,972.00) | | | | | |
| 4 | 08/15/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | | 7.74 | | |
| 5 | 08/17/05 SELL MANHATTAN PHARMA | (2,014.00) | 1.38 | | 2,646.70 | | |
| 6 | 08/18/05 RECEIVED MANHATTAN PHARMA | 2,014.00 | | | | | |
| 7 | 08/26/05 WITHDRAWAL | | | 2,646.70 | | | |
| 8 | 08/26/05 INTEREST/DIVIDEND/CAPITAL GAINS MONEY MARKET & CASH BALANCE | | | 9,181.23 | 5.93 | | |
| 9 | 08/31/05 ENDING BALANCE | | | | | 0.00 | 0.00 |

### SUMMARY ACCOUNT ACTIVITY

| Beginning Cash Balance | $0.00 |
|---|---|

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## DETAIL MONTHLY ACTIVITY

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-132636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| | |
|---|---:|
| Deposit | 113,265.00 |
| Security Purchases | (1,655,998.60) |
| Cash Withdrawal | (82,492.22) |
| Security Sales | 1,585,721.43 |
| Dividend/Interest | 39.88 |
| Margin Interest | (1,167.74) |
| Fees | (300.00) |
| Charged Off | 40,931.98 |
| Cash In Lieu | 0.27 |
| Ending Cash Balance | ($0.00) |

Page 9

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

## SUMMARIZED TRANSACTION ANALYSIS

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-132636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

### PORTFOLIO TURNOVER ANALYSIS

$$\text{ANNUALIZED TURNOVER} = \frac{\text{Total Actual Purchase}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$1,655,999}{\$32,051} \times \frac{1}{4.83}$$

$$= 10.69 \text{ Times Per Year}$$

### TRANSACTION COST ANALYSIS

$$\text{PORTFOLIO EXPENSE RATIO} = \frac{\text{Commissions} + \text{Margin Interest} + \text{Fees} + \text{Markups} + \text{Markdowns}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$59,108}{\$32,051} \times \frac{1}{4.83}$$

$$= 38.16\%$$

### INCOME YIELD ANALYSIS

$$\text{AVERAGE DIVIDEND/INTEREST/INCOME YIELD} = \frac{\text{Dividends} + \text{Interests} + \text{Capital Gain Distributions}}{\text{Average Equity}} \times \frac{1}{\text{Years}}$$

$$= \frac{\$40}{\$32,051} \times \frac{1}{4.83}$$

$$= 0.03\%$$

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

Page 1

3/16/2007

MONTHEND ACCOUNT RECONCILIATION

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| MONTH END | STATEMENT EQUITY | MONTHLY CHANGE | CASHFLOW ACTIVITIES | | | | | | ACTUAL CHANGE IN EQUITY | CUMULATIVE CHANGE IN EQUITY |
| | | | PLUS | | | LESS | | | | |
| | | | CASH WITHDRAWAL | SECURITIES DELIVERED | DR JOURNAL ENTRIES | CASH DEPOSIT | SECURITIES RECEIVED | CR JOURNAL ENTRIES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/00 | 164,941.73 | 0.00 | 6.23 | 0.00 | 0.00 | 0.00 | 216,022.82 | 0.00 | (51,074.86) | (51,074.86) |
| 12/29/00 | 35,550.72 | (129,391.01) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (129,391.01) | (180,465.87) |
| 01/31/01 | 58,323.53 | 22,772.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,772.81 | (157,693.06) |
| 02/28/01 | 28,712.67 | (29,610.86) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (29,610.86) | (187,303.92) |
| 03/30/01 | 34,981.85 | 6,269.18 | 0.00 | 0.00 | 0.00 | 35,000.00 | 0.00 | 0.00 | (28,730.82) | (216,034.74) |
| 04/30/01 | 50,137.74 | 15,155.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,155.89 | (200,878.85) |
| 05/31/01 | 46,091.44 | (4,046.30) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,046.30) | (204,925.15) |
| 06/29/01 | 20,368.24 | (25,723.20) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (25,723.20) | (230,648.35) |
| 07/31/01 | (40,931.98) | (61,300.22) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (61,300.22) | (291,948.57) |
| 08/31/01 | (136.35) | 40,795.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,795.63 | (251,152.94) |
| 09/30/01 | 0.00 | 136.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136.35 | (251,016.59) |
| 10/31/01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 11/30/01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 12/31/01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 01/31/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 02/28/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 03/31/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 04/30/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 05/31/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 06/30/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (251,016.59) |
| 07/31/02 | 2,200.00 | 2,200.00 | 0.00 | 0.00 | 0.00 | 3,265.00 | 0.00 | 0.00 | (1,065.00) | (252,081.59) |
| 08/31/02 | 2,849.90 | 649.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 649.90 | (251,431.69) |
| 09/30/02 | 1,669.98 | (1,179.92) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,179.92) | (252,611.61) |
| 10/31/02 | 1,669.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (252,611.61) |
| 11/30/02 | 54,072.25 | 52,402.27 | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 2,402.27 | (250,209.34) |
| 12/31/02 | 7,649.77 | (46,422.48) | 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (21,422.48) | (271,631.82) |
| 01/31/03 | 3,732.78 | (3,916.99) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3,916.99) | (275,548.81) |
| 02/28/03 | 1,793.90 | (1,938.88) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,938.88) | (277,487.69) |
| 03/31/03 | 23,115.30 | 21,321.40 | 0.00 | 0.00 | 0.00 | 0.00 | 21,324.12 | 0.00 | (2.72) | (277,490.41) |
| 04/30/03 | 28,446.88 | 5,331.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,331.58 | (272,158.83) |
| 05/31/03 | 31,951.44 | 3,504.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,504.56 | (268,654.27) |
| 06/30/03 | 45,323.46 | 13,372.02 | 0.00 | 0.00 | 0.00 | 0.00 | 4,595.36 | 0.00 | 8,776.66 | (259,877.61) |
| 07/31/03 | 67,157.16 | 21,833.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,833.70 | (238,043.91) |
| 08/31/03 | 97,919.11 | 30,761.95 | 0.00 | 0.00 | 0.00 | 25,000.00 | 0.00 | 0.00 | 5,761.95 | (232,281.96) |
| 09/30/03 | 77,016.54 | (20,902.57) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,902.57) | (253,184.53) |
| 10/31/03 | 14,937.69 | (62,078.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (62,078.85) | (315,263.38) |
| 11/28/03 | 82,711.26 | 67,773.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67,773.57 | (247,489.81) |
| 12/31/03 | 13,431.24 | (69,280.02) | 0.00 | 67,518.90 | 0.00 | 0.00 | 0.00 | 0.00 | (1,761.12) | (249,250.93) |
| 01/30/04 | 77,676.81 | 64,245.57 | 0.00 | 0.00 | 0.00 | 0.00 | 67,518.90 | 0.00 | (3,273.33) | (252,524.26) |
| 02/27/04 | 66,258.97 | (11,417.84) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,417.84) | (263,942.10) |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

Page 1

## MONTHEND ACCOUNT RECONCILIATION

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| MONTH END | STATEMENT EQUITY | MONTHLY CHANGE | PLUS | | | LESS | | | ACTUAL CHANGE IN EQUITY | CUMULATIVE CHANGE IN EQUITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CASH WITHDRAWAL | SECURITIES DELIVERED | DR JOURNAL ENTRIES | CASH DEPOSIT | SECURITIES RECEIVED | CR JOURNAL ENTRIES | | |
| 03/31/04 | 69,076.27 | 2,817.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,817.30 | (261,124.80) |
| 04/30/04 | 69,108.88 | 32.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.61 | (261,092.19) |
| 05/31/04 | 69,108.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (261,092.19) |
| 06/30/04 | 62,699.05 | (6,409.83) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,409.83) | (267,502.02) |
| 07/31/04 | 53,164.27 | (9,534.78) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (9,534.78) | (277,036.80) |
| 08/31/04 | 34,891.57 | (18,272.70) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,272.70) | (295,309.50) |
| 09/30/04 | 35,285.64 | 394.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 394.07 | (294,915.43) |
| 10/31/04 | 35,282.64 | (3.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (3.00) | (294,918.43) |
| 11/30/04 | 30,116.24 | (5,166.40) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,166.40) | (300,084.83) |
| 12/31/04 | 38,056.34 | 7,940.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,940.10 | (292,144.73) |
| 01/31/05 | 59,102.94 | 21,046.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,046.60 | (271,098.13) |
| 02/28/05 | 69,028.78 | 9,925.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,925.84 | (261,172.29) |
| 03/31/05 | 61,082.04 | (7,946.74) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,946.74) | (269,119.03) |
| 04/30/05 | 53,574.55 | (7,507.49) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,507.49) | (276,626.52) |
| 05/31/05 | 6,325.36 | (47,249.19) | 48,304.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,055.57 | (275,570.95) |
| 06/30/05 | 6,778.57 | 453.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 453.21 | (275,117.74) |
| 07/31/05 | 6,653.56 | (125.01) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (125.01) | (275,242.75) |
| 08/31/05 | 0.00 | (6,653.56) | 9,181.23 | 0.00 | 0.00 | 0.00 | 2,646.70 | 0.00 | (119.03) | (275,361.78) |
| | | | $82,492.22 | $67,518.90 | $0.00 | $113,265.00 | $312,107.90 | $0.00 | ($275,361.78) | |

CASHFLOW ACTIVITIES

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## MONTHLY DIAGNOSTIC ANALYSIS

### DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/44A0-15061 - 11/00 TO 8/05

| MONTH END | NET CASH/ MARGIN | % CASH/ MARGIN | NET EQUITY | RECEIVED PURCHASE | DELIVERED SALE | TOTAL COMMISSIONS | TOTAL FEES/ REALIZED P/(L) | CUMULATIVE REALIZED P/(L) | UNREALIZED P/(L) ON PRINCIPAL |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/00 | 374.91 | 0.23% | 164,941.73 | 218,579.07 | 2,937.39 | 243.86 | (912.61) | (912.61) | (50,162.25) |
| 12/29/00 | 7,374.10 | 20.74% | 35,550.72 | 8,893.75 | 15,890.08 | 475.54 | (2,187.37) | (3,099.93) | (177,368.75) |
| 01/31/01 | 39,816.70 | 68.22% | 58,323.53 | 152,763.53 | 185,225.75 | 3,060.03 | (71,766.77) | (74,866.75) | (82,810.28) |
| 02/28/01 | 72.05 | 0.25% | 28,712.67 | 88,567.58 | 48,856.89 | 989.16 | (6,542.95) | (81,409.70) | (105,843.50) |
| 03/30/01 | 456.73 | 1.31% | 34,981.85 | 34,616.75 | 0.00 | 2,348.00 | 0.00 | (81,409.70) | (134,575.75) |
| 04/30/01 | 36.44 | -0.07% | 50,137.74 | 425.00 | 0.00 | 37.50 | 0.00 | (81,409.70) | (119,424.57) |
| 05/31/01 | (50,901.56) | 52.48% | 46,091.44 | 50,875.00 | 0.00 | 275.00 | 0.00 | (81,409.70) | (123,407.87) |
| 06/29/01 | (47,731.76) | 70.09% | 20,368.24 | 148,600.00 | 218,723.21 | 11,010.66 | (150,277.66) | (231,687.36) | 1,412.25 |
| 07/31/01 | (40,931.98) | 0.00% | (40,931.98) | 318,064.75 | 238,420.20 | 10,477.25 | (59,644.55) | (291,331.91) | (0.00) |
| 08/31/01 | (136.35) | 0.00% | (136.35) | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 09/30/01 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 10/31/01 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 11/30/01 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 12/31/01 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 01/31/02 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 02/28/02 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 03/31/02 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 04/30/02 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 05/31/02 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 06/30/02 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (291,331.91) | 0.00 |
| 07/31/02 | 2,200.00 | 0.00% | 2,200.00 | 3,265.00 | 0.00 | 300.00 | 0.00 | (291,331.91) | (1,065.00) |
| 08/31/02 | 149.90 | 5.26% | 2,849.90 | 2,925.00 | 3,074.90 | 250.10 | (190.10) | (291,522.01) | (225.00) |
| 09/30/02 | 149.98 | 8.99% | 1,659.98 | 0.00 | 0.00 | 0.00 | 0.00 | (291,522.01) | (1,405.00) |
| 10/31/02 | 150.10 | 8.99% | 1,659.98 | 0.00 | 0.00 | 0.00 | 0.00 | (291,522.01) | (1,405.12) |
| 11/30/02 | 3,272.25 | 6.05% | 54,072.25 | 439,391.00 | 392,523.09 | 4,365.41 | 3,103.59 | (288,418.42) | (2,096.55) |
| 12/31/02 | (16,218.23) | 67.95% | 7,649.77 | 142,299.00 | 147,883.49 | 5,252.51 | (19,429.57) | (307,847.99) | (4,014.44) |
| 01/31/03 | (4,619.22) | 55.31% | 3,732.78 | 31,485.00 | 43,127.26 | 2,136.14 | (4,484.18) | (312,332.17) | (3,404.00) |
| 02/28/03 | 1,793.90 | 100.00% | 1,793.90 | 0.00 | 6,435.79 | 312.21 | (5,320.21) | (317,652.38) | (0.00) |
| 03/31/03 | 1,791.18 | 7.75% | 23,115.30 | 21,324.12 | 0.00 | 0.00 | 0.00 | (317,652.38) | 5,331.03 |
| 04/30/03 | 1,791.73 | 6.30% | 28,446.88 | 0.00 | 0.00 | 0.00 | 0.00 | (317,652.38) | 8,885.05 |
| 05/31/03 | 1,742.27 | 5.45% | 31,951.44 | 0.00 | 0.00 | 0.00 | 0.00 | (317,652.38) | 17,661.11 |
| 06/30/03 | (22.12) | 0.05% | 45,323.46 | 6,360.35 | 1,644.91 | 180.99 | 0.00 | (317,652.38) | 39,614.89 |
| 07/31/03 | 1,622.79 | 2.42% | 67,157.16 | 0.00 | 0.00 | 131.09 | (120.08) | (317,772.46) | 45,384.78 |
| 08/31/03 | (25,601.15) | 20.73% | 97,919.11 | 52,216.00 | 0.00 | 2,901.00 | 0.00 | (317,772.46) | 23,501.08 |
| 09/30/03 | (13,430.88) | 14.85% | 77,016.54 | 0.00 | 12,248.40 | 381.60 | 1,059.26 | (316,713.20) | (3,111.00) |
| 10/31/03 | 1,352.69 | 9.06% | 14,937.69 | 16,696.00 | 31,537.52 | 1,795.98 | (35,408.82) | (352,122.02) | 69,987.90 |
| 11/20/03 | (54,807.64) | 39.85% | 82,711.26 | 67,531.00 | 11,170.44 | 912.56 | (5,325.56) | (357,447.58) | 69,984.60 |
| 12/31/03 | (9,293.76) | 40.90% | 13,431.24 | 0.00 | 113,160.76 | 908.14 | (1,629.84) | (359,077.42) | 72,945.45 |
| 01/30/04 | 460.36 | 0.59% | 77,676.81 | 95,730.00 | 38,021.21 | 4,494.79 | (6,179.09) | (365,256.51) | 61,527.52 |
| 02/27/04 | 460.45 | 0.67% | 66,258.97 | 0.00 | 0.00 | 0.00 | 0.00 | (365,256.51) | 62,952.20 |
| 03/31/04 | (1,770.93) | 2.50% | 69,076.27 | 29,900.00 | 27,669.88 | 1,912.12 | 1,393.88 | (363,862.63) | 62,952.20 |
| 04/30/04 | (395.87) | 0.57% | 69,108.88 | 34,951.00 | 36,385.13 | 1,963.85 | (6,460.87) | (370,323.50) | 69,504.75 |
| 05/31/04 | (448.37) | 0.64% | 69,108.88 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 69,557.25 |

Page 1

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## MONTHLY DIAGNOSTIC ANALYSIS

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| MONTH END | NET CASH/ MARGIN | % CASH/ MARGIN | NET EQUITY | RECEIVED PURCHASE | DELIVERED SALE | TOTAL FEES/ COMMISSIONS | TOTAL REALIZED P/(L) | CUMULATIVE REALIZED P/(L) | CUMULATIVE UNREALIZED P/(L) ON PRINCIPAL |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/04 | (450.98) | 0.71% | 62,699.05 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 63,150.03 |
| 07/31/04 | (453.68) | 0.85% | 53,164.27 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 53,617.95 |
| 08/31/04 | (456.56) | 1.29% | 34,891.57 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 35,348.13 |
| 09/30/04 | (459.66) | 1.29% | 35,285.64 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 35,745.30 |
| 10/31/04 | (462.66) | 1.29% | 35,282.64 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 35,745.30 |
| 11/30/04 | (465.85) | 1.52% | 30,116.24 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 30,582.09 |
| 12/31/04 | (469.15) | 1.22% | 38,056.34 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 38,525.49 |
| 01/31/05 | (472.56) | 0.79% | 59,102.94 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 59,575.50 |
| 02/28/05 | (475.97) | 0.68% | 69,028.78 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 69,504.75 |
| 03/31/05 | (479.31) | 0.78% | 61,082.04 | 0.00 | 0.00 | 0.00 | 0.00 | (370,323.50) | 61,561.35 |
| 04/30/05 | 41,090.55 | 76.71% | 53,574.55 | 0.00 | 41,582.58 | 119.10 | (8,970.32) | (379,293.82) | 63,027.90 |
| 05/31/05 | 1,982.41 | 31.34% | 6,325.36 | 0.00 | 9,342.80 | 140.40 | (2,154.30) | (381,448.12) | 66,392.95 |
| 06/30/05 | 1,985.24 | 29.29% | 6,778.57 | 0.00 | 0.00 | 0.00 | 0.00 | (381,448.12) | 66,843.33 |
| 07/31/05 | 1,988.91 | 29.89% | 6,653.56 | 0.00 | 0.00 | 0.00 | 0.00 | (381,448.12) | 66,714.65 |
| 08/31/05 | 0.00 | 0.00% | 0.00 | 2,646.70 | 7,178.65 | 265.32 | (936.95) | (382,385.07) | 67,518.90 |
| | | | | 1,968,106.50 | 1,653,240.33 | 57,640.32 | (382,385.07) | | |

SOURCE: CLIENTS MONTHLY BROKERAGE

## TRANSACTION DETAIL

### DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| | NAME | DATE ACQUIRED/ RECEIVED | # OF SHARE ACQUIRED | DATE SOLD/ DELIVERED | # OF SHARE LIQUIDATED | COST BASIS | | SALE PROCEEDS | TOTAL TRADING GAIN | TOTAL TRADING LOSS | HOLDING PERIOD | TOTAL FEES/ COMMISSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AVIATION HLDGS | 11/17/00 | 2,550.00 | 12/29/00 | 2,550.00 | 239.70 | RECIEVED | 109.37 | | (130.33) | 42 | 50.01 |
| 2 | CONN-MAT TECH | 11/17/00 | 26,000.00 | 12/04/00 | 26,000.00 | 8,944.00 | RECIEVED | 8,812.20 | | (131.80) | 17 | 125.30 |
| 3 | DIRECT III MARKETING | 11/17/00 | 350.00 | 11/24/00 | 350.00 | 3,850.00 | RECIEVED | 2,937.39 | | (912.61) | 7 | 125.11 |
| 4 | GLOBALNET | 11/17/00 | 28,240.00 | 01/02/01 | 100.00 | 202,989.12 | RECIEVED | 49.99 | | (668.81) | 46 | 23.01 |
| 5 | | | | 01/03/01 | 9,990.00 | | | 5,543.55 | | (65,617.64) | 47 | 520.19 |
| 6 | | | | 06/13/01 | 18,240.00 | | | 16,947.43 | | (114,161.69) | 208 | 15.77 |
| 7 | REPLIGEN | 11/28/00 | 500.00 | 01/11/01 | 500.00 | 2,556.25 | | 1,727.43 | | (828.82) | 44 | 203.82 |
| 8 | ADV MICRO DEVICES | 12/04/00 | 500.00 | 12/29/00 | 500.00 | 8,893.75 | | 6,968.51 | | (1,925.24) | 25 | 300.24 |
| 9 | TRANSWITCH | 01/02/01 | 150.00 | 01/16/01 | 150.00 | 7,006.25 | | 4,840.46 | | (2,165.79) | 14 | 187.67 |
| 10 | TRANSWITCH | 01/04/01 | 150.00 | 01/19/01 | 150.00 | 6,378.13 | | 4,840.46 | | (1,537.67) | 12 | 187.67 |
| 11 | RSINET | 01/16/01 | 5,000.00 | 01/17/01 | 5,000.00 | 9,656.25 | | 11,962.09 | 2,305.84 | | 1 | 350.41 |
| 12 | ADV FIBRE COMM | 01/18/01 | 500.00 | 01/18/01 | 500.00 | 12,281.25 | | 9,999.66 | | (2,281.59) | 1 | 250.34 |
| 13 | CORVIS | 01/18/01 | 500.00 | 01/18/01 | 500.00 | 11,437.50 | | 11,874.60 | 437.10 | | 0 | 250.40 |
| 14 | JDS UNIPHASE | 01/22/01 | 400.00 | 01/22/01 | 400.00 | 22,250.00 | | 21,224.22 | 974.22 | | 0 | 250.78 |
| 15 | OPLINK | 01/24/01 | 1,000.00 | 01/24/01 | 1,000.00 | 24,475.00 | | 25,374.15 | 899.15 | | 0 | 350.83 |
| 16 | SIRBEL | 01/24/01 | 500.00 | 01/26/01 | 500.00 | 39,747.90 | | 37,217.50 | | (2,530.40) | 2 | 125.00 |
| 17 | HUMAN GENOME | 01/29/01 | 300.00 | 01/30/01 | 300.00 | 19,531.25 | | 18,778.89 | | (752.36) | 1 | 250.64 |
| 18 | BROCADE | 02/01/01 | 300.00 | 01/02/01 | 300.00 | 31,526.91 | | 29,792.74 | | (1,734.19) | -2 | 351.01 |
| 19 | GILEAD SCIENCES | 02/01/01 | 400.00 | 02/02/01 | 400.00 | 27,250.00 | | 26,974.09 | | (575.91) | 7 | 250.91 |
| 20 | CORVIS | 02/02/01 | 1,000.00 | 02/09/01 | 1,000.00 | 21,496.90 | | 17,314.21 | | (4,182.69) | 7 | 250.59 |
| 21 | LORAL SPACE | 02/13/01 | 650.00 | 06/15/01 | 650.00 | 3,375.00 | | 1,876.93 | | (1,498.07) | 122 | 250.07 |
| 22 | REPLIGEN | 02/14/01 | 1,000.00 | 02/22/01 | 1,000.00 | 4,618.75 | | 4,568.59 | | (50.16) | 8 | 237.66 |
| 23 | GLOBALNET | 03/13/01 | 24,000.00 | 06/13/01 | 11,760.00 | 33,525.00 | | 10,926.64 | | (8,198.06) | 92 | 2,760.16 |
| 24 | | | | 06/14/01 | 5,000.00 | | | 4,224.85 | | (3,906.40) | 93 | 23.15 |
| 25 | | | | 06/15/01 | 3,240.00 | | | 2,658.50 | | (2,410.55) | 94 | 122.30 |
| 26 | REPLIGEN | 03/30/01 | 700.00 | 06/27/01 | 700.00 | 2,091.75 | | 1,695.49 | | (396.26) | 89 | 276.00 |
| 27 | REPLIGEN | 04/10/01 | 200.00 | 06/27/01 | 200.00 | 425.00 | | 484.43 | 59.43 | | 78 | 67.07 |
| 28 | PRICELINE | 05/30/01 | 10,000.00 | 06/06/01 | 10,000.00 | 50,875.00 | | 53,073.23 | 2,198.23 | | 7 | 501.77 |
| 29 | BROADVISION | 06/07/01 | 10,000.00 | 06/26/01 | 10,000.00 | 66,525.00 | | 41,973.58 | | (24,551.42) | 19 | 2,975.00 |
| 30 | MRV COMM | 06/27/01 | 2,000.00 | 06/29/01 | 2,000.00 | 16,025.00 | | 17,974.38 | 1,949.38 | | 2 | 1,405.62 |
| 31 | PRICELINE | 06/27/01 | 2,000.00 | 06/28/01 | 2,000.00 | 15,225.00 | | 15,814.45 | 589.45 | | 1 | 770.55 |
| 32 | BROADVISION | 06/29/01 | 10,000.00 | 06/29/01 | 10,000.00 | 50,825.00 | | 50,873.30 | 48.30 | | -1 | 4,626.70 |
| 33 | METROMEDIA FIBER | 07/16/01 | 142,500.00 | 07/16/01 | 107,431.00 | 203,614.75 | | 118,556.37 | | (14,949.15) | 2 | 10,423.24 |
| 34 | | | | 07/16/01 | 35,069.00 | | | 45,571.89 | | (4,537.34) | 2 | 14.30 |
| 35 | METROMEDIA FIBER | 07/16/01 | 50,000.00 | 07/16/01 | 33,536.00 | 99,525.00 | | 43,579.77 | | (23,173.64) | 2 | 38.68 |
| 36 | | | | 07/18/01 | 16,464.00 | | | 21,073.22 | | (11,698.38) | 2 | 0.70 |
| 37 | METROMBDIA FIBER | 07/18/01 | 7,500.00 | 07/18/01 | 5,536.00 | 14,925.00 | | 7,085.84 | | (3,970.80) | 0 | 0.24 |

## TRANSACTION DETAIL

### DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| # | NAME | DATE ACQUIRED/ RECEIVED | # OF SHARE ACQUIRED | DATE SOLD/ DELIVERED | # OF SHARE LIQUIDATED | COST BASIS | | SALE PROCEEDS | TOTAL TRADING GAIN | TOTAL TRADING LOSS | HOLDING PERIOD | TOTAL FEES/ COMMISSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | | 07/18/01 | | 07/18/01 | 1,064.00 | | | 1,383.15 | | (734.21) | 0 | 0.05 |
| 39 | | | | | 900.00 | | | 1,169.56 | | (621.04) | 0 | 0.04 |
| 40 | STAR.SCIENTIFIC | 07/18/02 | 2,000.00 | 08/22/02 | 2,000.00 | 3,265.00 | | 3,074.90 | | (190.10) | 41 | 425.10 |
| 41 | CONSECO | 08/22/02 | 20,000.00 | 02/14/03 | 20,000.00 | 2,925.00 | | 498.98 | | (2,426.02) | 176 | 206.02 |
| 42 | BROCADE | 11/19/02 | 10,000.00 | 11/21/02 | 10,000.00 | 64,081.00 | | 67,866.92 | 3,785.92 | | 2 | 1,314.08 |
| 43 | APPLIED MICRO CIRCUITS | 11/21/02 | 15,000.00 | 11/21/02 | 15,000.00 | 67,186.00 | | 68,516.92 | 1,330.92 | | 0 | 557.58 |
| 44 | BROCADE | 11/22/02 | 20,000.00 | 11/25/02 | 20,000.00 | 106,831.00 | | 109,265.69 | 2,434.69 | | 3 | 965.51 |
| 45 | CALPINE | 11/25/02 | 20,000.00 | 11/29/02 | 10,000.00 | 87,681.00 | | 44,357.65 | 517.15 | | 4 | 513.33 |
| 46 | | | | 12/01/02 | 10,000.00 | | | 34,004.97 | | (9,835.53) | 15 | 182.03 |
| 47 | CIENA | 11/25/02 | 17,500.00 | 11/25/02 | 17,500.00 | 107,481.00 | | 102,515.91 | | (4,965.09) | 0 | 734.09 |
| 48 | TRANSWITCH | 11/25/02 | 5,000.00 | 12/11/02 | 5,000.00 | 6,131.00 | | 4,918.84 | | (1,212.16) | 15 | 462.16 |
| 49 | CALPINE | 12/05/02 | 10,000.00 | 12/11/02 | 10,000.00 | 36,631.00 | | 34,548.95 | | (2,082.05) | 15 | 432.05 |
| 50 | BROCADE | 12/09/02 | 10,000.00 | 12/10/02 | 10,000.00 | 47,531.00 | | 48,967.51 | 1,436.51 | | 1 | 863.49 |
| 51 | STORAGENETWORKS | 12/10/02 | 30,000.00 | 12/20/02 | 700.00 | 38,731.00 | | 724.97 | | (178.71) | 10 | 1,862.03 |
| 52 | | | | 12/23/02 | 25,000.00 | | | 24,718.25 | | (7,557.58) | 13 | 31.75 |
| 53 | | | | 01/02/03 | 4,300.00 | | | 5,140.24 | | (411.20) | 23 | 165.76 |
| 54 | STORAGENETWORKS | 12/17/02 | 2,500.00 | 01/02/03 | 2,500.00 | 3,225.00 | | 2,988.51 | | (236.49) | 23 | 211.49 |
| 55 | REPLIGEN | 12/24/02 | 5,000.00 | 01/02/03 | 5,000.00 | 16,181.00 | | 13,468.58 | | (2,712.42) | 9 | 1,881.42 |
| 56 | SIEBEL | 01/02/03 | 1,400.00 | 01/09/03 | 1,400.00 | 11,458.00 | | 11,920.63 | 462.63 | | 6 | 587.37 |
| 57 | TIBCO SOFTWARE | 01/09/03 | 1,540.00 | 01/23/03 | 1,540.00 | 11,196.00 | | 9,609.30 | | (1,586.70) | 14 | 755.10 |
| 58 | ANTIGENICS | 01/23/03 | 800.00 | 02/26/03 | 800.00 | 8,831.00 | | 5,916.81 | | (2,894.19) | 34 | 526.19 |
| 59 | MANHATTAN PHARMA | 03/17/03 | 177,701.00 | 10/27/03 | 177,701.00 | 21,324.12 | RECEIVED | 0.00 REV SPLIT | | (21,324.12) | 224 | 0.00 |
| 60 | MANHATTAN PHARMA WTS EXP 12/0 | 04/01/03 | 17,770.00 | 01/07/04 | 17,770.00 | | RECEIVED | 0.00 DELIVERED | 0.00 | | 281 | 0.00 |
| 61 | STORAGENETWORKS | 06/23/03 | 1,200.00 | 07/31/03 | 1,200.00 | 1,764.99 | | 1,644.91 | | (120.08) | 38 | 312.08 |
| 62 | MANHATTAN PHARMA | 06/26/03 | 20,888.00 | 10/27/03 | 20,888.00 | 4,595.16 | RECEIVED | 0.00 REV SPLIT | | (4,595.16) | 123 | 0.00 |
| 63 | MANHATTAN PHARMA WTS EXP 12/0 | 07/03/03 | 2,089.00 | 01/07/04 | 2,089.00 | | RECEIVED | 0.00 DELIVERED | 0.00 | | 188 | 0.00 |
| 64 | GENTA | 08/22/03 | 3,500.00 | 09/05/03 | 750.00 | 52,216.00 | | 12,248.40 | 1,059.26 | | 18 | 3,282.60 |
| 65 | | | | 10/15/03 | 2,750.00 | | | 31,517.52 | | (9,489.34) | 54 | 994.98 |
| 66 | FORBES MED TECH | 10/16/03 | 5,500.00 | 11/28/03 | 100.00 | 16,696.00 | | 178.18 | | (115.78) | 43 | 833.82 |
| 67 | | | | 11/28/03 | 800.00 | | | 1,673.37 | | (755.14) | 43 | 14.63 |
| 68 | | | | 11/28/03 | 600.00 | | | 1,249.03 | | (572.15) | 43 | 10.97 |
| 69 | | | | 11/28/03 | 600.00 | | | 1,249.03 | | (572.15) | 43 | 10.97 |
| 70 | | | | 11/28/03 | 800.00 | | | 1,657.37 | | (771.14) | 43 | 14.63 |
| 71 | | | | 11/28/03 | 100.00 | | | 207.17 | | (96.39) | 43 | 1.83 |
| 72 | | | | 11/28/03 | 100.00 | | | 208.17 | | (95.39) | 43 | 1.83 |
| 73 | | | | 11/28/03 | 2,400.00 | | | 4,948.12 | | (2,337.41) | 50 | 43.88 |
| 74 | MANHATTAN PHARMA | 10/27/03 | 39,717.00 | 12/16/03 | 39,717.00 | | REV SPLIT | 67,518.90 DELIVERED | 67,518.90 | | 50 | 0.00 |

3/16/2007

## TRANSACTION DETAIL

### DAVID M. CIKANEK LIVING TRUST @JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| | A NAME | B DATE ACQUIRED/RECEIVED | C #OF SHARE ACQUIRED | D DATE SOLD/DELIVERED | E #OF SHARE LIQUIDATED | F COST BASIS | G | H SALE PROCEEDS | I | J TOTAL TRADING GAIN | K TOTAL TRADING LOSS | L HOLDING PERIOD | M TOTAL FREE/COMMISSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | CYPRESS BIO | 11/21/03 | 5,000.00 | 12/01/03 | 3,500.00 | 67,531.00 | | 45,641.86 | | | (1,629.84) | 10 | 1,689.14 |
| 76 | | 01/02/04 | 1,500.00 | 01/02/04 | 1,500.00 | 23,941.00 | | 20,128.05 | | | (131.25) | 47 | 1,081.95 |
| 77 | CYPRESS BIO | 01/05/04 | 1,500.00 | 01/20/04 | 1,500.00 | 23,941.00 | | 17,893.16 | | | (6,047.84) | 15 | 5,181.84 |
| 78 | MANHATTAN PHARMA | 01/72/04 | 39,717.00 | 04/29/05 | 29,797.00 | 67,518.90 | RECEIVED | 41,492.58 | | | (8,970.32) | 463 | 119.10 |
| 79 | | | | 05/09/05 | 5,263.00 | | | 7,215.39 | | | (1,661.71) | 473 | 82.81 |
| 80 | | | | 05/20/05 | 1,500.00 | | | 2,057.41 | | | (492.59) | 484 | 57.59 |
| 81 | | | | 08/03/05 | 3,217.00 | | | 4,531.95 | | | (916.95) | 559 | 132.70 |
| 82 | ARIOTECH | 01/23/04 | 2,000.00 | 01/23/04 | 2,000.00 | 4,271.00 | | 5,007.79 | | 735.79 | | 52 | 512.21 |
| 83 | MANHATTAN PHARMA WTS EXP 120 | 03/02/04 | 3,972.00 | 08/09/05 | 3,972.00 | | RECEIVED | | DELIVERED | 0.00 | | 525 | 0.00 |
| 84 | FORBES MEDITECH | 03/16/04 | 1,000.00 | 03/26/04 | 1,000.00 | 7,099.00 | | 7,854.68 | | 765.68 | | 10 | 562.32 |
| 85 | RITA MED | 03/26/04 | 2,500.00 | 03/30/04 | 1,500.00 | 14,906.00 | | 8,824.64 | | | (118.96) | 4 | 806.36 |
| 86 | | | | 03/30/04 | 1,000.00 | | | 5,972.77 | | 10.37 | | 4 | 81.23 |
| 87 | FORBES MEDITECH | 03/30/04 | 1,000.00 | 04/12/04 | 1,000.00 | 7,895.00 | | 3,221.92 | | | (4,656.03) | 13 | 312.08 |
| 88 | ANTIGENICS | 04/05/04 | 3,000.00 | 04/12/04 | 3,000.00 | 34,951.00 | | 33,156.21 | | | (1,794.79) | 7 | 1,832.77 |
| 89 | MANHATTAN PHARMA | 08/17/05 | 2,014.00 | 08/17/05 | 2,014.00 | 2,646.70 | RECEIVED | 2,646.70 | | 0.00 | | -1 | 132.62 |
| | | | 825,698.00 | | 825,698.00 | 1,968,106.59 | | 1,651,240.33 | | 85,519.91 | (404,386.08) | | 57,640.32 |

Total P/(L) (314,866.17)

**SUMMARY**

| | |
|---|---|
| TOTAL PURCHASES | 1,655,998.60 |
| TOTAL RECEIVED | 312,107.90 |
| TOTAL DEBIT | $1,968,106.50 |
| | |
| TOTAL SALES | 1,585,721.43 |
| TOTAL DELIVERED | 67,518.90 |
| TOTAL CREDIT | $1,653,240.33 |
| | |
| REALIZED TRADING G/(L) | (380,385.07) |
| UNREALIZED TRADING G/(L) | 67,518.90 |
| TOTAL TRADING G/(L) | (314,866.17) |

SECURITY DELIVERED/RECEIVED WAS PRICED USING NEAREST STATEMENT

U = UNREALIZED GAIN/(LOSS)

# TRANSACTIONS SORTED BY SECURITIES

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| NAME | PURCHASE / RECEIVED | | | | | SALE / DELIVERED | | | | | CUMULATIVE POSITION | PROFIT/LOSSES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | | PRINCIPAL P(L) | INTEREST | DIVIDEND | TOTAL P(L) |
| ADV FIBRE COMM | 01/18/01 | 500 | 24.31 | 12,281.25 | | | | | | | 500 | | | | |
| | | | | | | 01/19/01 | 500 | 20.25 | 9,999.66 | | 0 | (2,281.59) | - | - | (2,282) |
| ADV MICRO DEVICES | 12/04/00 | 500 | 17.44 | 8,893.75 | | | | | | | 500 | | | | |
| | | | | | | 12/29/00 | 500 | 14.19 | 6,968.51 | | 0 | (1,925.24) | - | - | (1,925) |
| ANTIGENICS | 01/23/03 | 800 | 10.67 | 8,831.00 | | | | | | | 800 | | | | |
| | | | | | | 02/26/03 | 800 | 7.71 | 5,936.81 | | 0 | | | | |
| | 04/05/04 | 3,000 | 11.10 | 34,951.00 | | | | | | | 3,000 | | | | |
| | | | | | | 04/12/04 | 3,000 | 11.11 | 33,156.21 | | 0 | (4,688.98) | - | - | (4,689) |
| APPLIED MICRO CIRCUITS | 11/21/02 | 15,000 | 4.46 | 67,186.00 | | | | | | | 15000 | | | | |
| | | | | | | 11/21/02 | 15,000 | 4.59 | 68,516.92 | | 0 | 1,330.92 | - | - | 1,331 |
| AROTECH | 01/23/04 | 2,000 | 2.02 | 4,271.00 | | | | | | | 2000 | | | | |
| | | | | | | 03/15/04 | 2,000 | 2.64 | 5,007.79 | | 0 | 736.79 | - | - | 737 |
| AVIATION HLDGS | 11/17/00 | 2,550 | | 239.70 | RECEIVED | | | | | | 2550 | | | | |
| | | | | | | 12/29/00 | 2,550 | 0.06 | 109.37 | | 0 | (130.33) | - | - | (130) |
| BROADVISION | 06/07/01 | 10,000 | 6.51 | 66,525.00 | | | | | | | 10000 | | | | |
| | | | | | | 06/26/01 | 10,000 | 4.26 | 41,973.58 | | 0 | | | | |
| | | | | | | 06/28/01 | 10,000 | 5.09 | 50,873.30 | | -10000 | | | | |
| | 06/29/01 | 10,000 | 4.84 | 50,825.00 | | | | | | | 0 | (24,503.12) | - | - | (24,503) |
| BROCADE | 02/01/01 | 300 | 194.67 | 31,526.93 | | | | | | | -300 | | | | |
| | | | | | | 01/30/01 | 300 | 100.06 | 29,792.74 | | 0 | | | | |
| | 11/19/02 | 10,000 | 6.38 | 64,081.00 | | | | | | | 10000 | | | | |
| | | | | | | 11/21/02 | 10,000 | 6.89 | 67,866.92 | | 0 | | | | |
| | 11/22/02 | 20,000 | 5.32 | 106,831.00 | | | | | | | 20000 | | | | |
| | | | | | | 11/25/02 | 20,000 | 5.49 | 109,265.69 | | 0 | | | | |
| | 12/09/02 | 10,000 | 4.70 | 47,531.00 | | | | | | | 10000 | | | | |
| | | | | | | 12/10/02 | 10,000 | 4.93 | 48,967.51 | | 0 | 5,922.93 | - | - | 5,923 |
| CALPINE | 11/25/02 | 20,000 | 4.37 | 87,681.00 | | | | | | | 20000 | | | | |
| | | | | | | 11/29/02 | 10,000 | 4.46 | 44,357.65 | | 10000 | | | | |
| | 12/05/02 | 10,000 | 3.64 | 36,631.00 | | | | | | | 20000 | | | | |
| | | | | | | 12/10/02 | 10,000 | 3.42 | 34,004.97 | | 10000 | | | | |
| | | | | | | 12/10/02 | 10,000 | 3.47 | 34,548.95 | | 0 | (11,400.43) | - | - | (11,400) |
| CIENA | 11/25/02 | 17,500 | 6.12 | 107,481.00 | | | | | | | 17500 | | | | |
| | | | | | | 11/25/02 | 17,500 | 5.86 | 102,515.91 | | 0 | (4,965.09) | - | - | (4,965) |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## TRANSACTIONS SORTED BY SECURITIES

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| NAME | PURCHASE / RECEIVED | | | | | SALE / DELIVERED | | | | | | PROFIT/LOSSES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | CUMULATIVE POSITION | PRINCIPAL P(L) | DIVIDEND INTEREST | TOTAL P(L) |
| CONMAT TECH | 11/17/00 | 26,000 | | 8,944.00 | RECEIVED | 12/04/00 | 26,000 | 0.34 | 8,812.20 | | 26000 | (131.80) | - | (132) |
| | | | | | | | | | | | 0 | | | |
| CONSECO | 08/22/02 | 20,000 | 0.14 | 2,925.00 | | 02/14/03 | 20,000 | 0.03 | 498.98 | | 20000 | (2,426.02) | - | (2,426) |
| | | | | | | | | | | | 0 | | | |
| CORVIS | 01/18/01 | 500 | 22.63 | 11,437.50 | | 01/18/01 | 500 | 24.00 | 11,874.60 | | 500 | | | |
| | 02/02/01 | 1,000 | 21.37 | 21,496.90 | | 02/09/01 | 1,000 | 17.44 | 17,314.21 | | 1000 | (3,745.59) | - | (3,746) |
| | | | | | | | | | | | 0 | | | |
| CYPRESS BIO | 11/21/03 | 5,000 | 13.35 | 67,531.00 | | 12/01/03 | 3,500 | 13.30 | 45,641.86 | | 5000 | | | |
| | | | | | | 01/02/04 | 1,500 | 14.14 | 20,128.05 | | 1500 | | | |
| | | | | | | | | | | | 0 | | | |
| | 01/05/04 | 1,500 | 15.19 | 23,941.00 | | 01/20/04 | 1,500 | 12.55 | 17,893.16 | | 1500 | (7,808.93) | - | (7,899) |
| | | | | | | | | | | | 0 | | | |
| DIRECT III MARKETING | 11/17/00 | 350 | 2.89 | 3,850.00 | RECEIVED | 11/24/00 | 350 | 8.75 | 2,937.39 | RECEIVED | 350 | (912.61) | - | (913) |
| | | | | | | | | | | | 0 | | | |
| FORBES MEDI TECH | 10/16/03 | 5,500 | 2.89 | 16,696.00 | | 11/28/03 | 100 | 2.11 | 178.18 | | 5500 | | | |
| | | | | | | 11/28/03 | 800 | 2.11 | 1,673.37 | | 5400 | | | |
| | | | | | | 11/28/03 | 600 | 2.10 | 1,249.03 | | 4600 | | | |
| | | | | | | 11/28/03 | 600 | 2.10 | 1,249.03 | | 4000 | | | |
| | | | | | | 11/28/03 | 800 | 2.09 | 1,657.37 | | 3400 | | | |
| | | | | | | 11/28/03 | 100 | 2.09 | 207.17 | | 2600 | | | |
| | | | | | | 11/28/03 | 100 | 2.10 | 208.17 | | 2500 | | | |
| | | | | | | 11/28/03 | 2,400 | 2.08 | 4,948.12 | | 2400 | | | |
| | | | | | | | | | | | 0 | | | |
| | 03/16/04 | 1,000 | 6.82 | 7,099.00 | | 03/26/04 | 1,000 | 8.15 | 7,864.68 | | 1000 | | | |
| | | | | | | | | | | | 0 | | | |
| | 03/30/04 | 1,000 | 7.71 | 7,895.00 | | 04/12/04 | 1,000 | 3.36 | 3,228.92 | | 1000 | (9,225.96) | - | (9,226) |
| | | | | | | | | | | | 0 | | | |
| GENTA | 08/22/03 | 3,500 | 14.91 | 52,216.00 | | 09/09/03 | 750 | 16.84 | 12,248.40 | | 3500 | | | |
| | | | | | | 10/15/03 | 2,750 | 11.83 | 31,537.52 | | 2750 | (8,430.08) | - | (8,430) |
| | | | | | | | | | | | 0 | | | |
| GILEAD SCIENCES | 02/01/01 | 400 | 68.56 | 27,550.00 | | 02/02/01 | 400 | 67.75 | 26,974.09 | | 400 | (575.91) | - | (576) |
| | | | | | | | | | | | 0 | | | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

3/5/2007

## TRANSACTIONS SORTED BY SECURITIES

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| NAME | PURCHASE / RECEIVED DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | SALE / DELIVERED DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | CUMULATIVE POSITION | PRINCIPAL P/L | DIVIDEND INTEREST P/L | TOTAL P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLOBALNET | 11/17/00 | 28,240 | | 202,989.12 | RECEIVED | | | | | | 28240 | | | |
| | | | | | | 01/02/01 | 100 | 0.75 | 49.99 | | 28140 | | | |
| | | | | | | 01/03/01 | 9,900 | 0.56 | 5,543.56 | | 18240 | | | |
| | 03/13/01 | 20,000 | 1.56 | 32,525.00 | | | | | | | 38240 | | | |
| | | | | | | 06/13/01 | 30,000 | 0.93 | 27,874.07 | | 8240 | | | |
| | | | | | | 06/14/01 | 5,000 | 0.85 | 4,224.85 | | 3240 | | | |
| | | | | | | 06/15/01 | 3,240 | 0.92 | 2,858.50 | | 0 | (194,961.15) | - | (194,961) |
| HUMAN GENOME | 01/29/01 | 300 | 64.69 | 19,531.25 | | | | | | | 300 | | | |
| | | | | | | 01/30/01 | 300 | 63.02 | 18,778.89 | | 0 | (752.36) | - | (752) |
| JDS UNIPHASE | 01/22/01 | 400 | 55.31 | 22,250.00 | | | | | | | 400 | | | |
| | | | | | | 01/23/01 | 400 | 58.38 | 23,224.22 | | 0 | 974.22 | - | 974 |
| LORAL SPACE | 02/13/01 | 650 | 5.00 | 3,375.00 | | | | | | | 650 | | | |
| | | | | | | 06/15/01 | 650 | 3.08 | 1,876.93 | | 0 | (1,498.07) | - | (1,498) |
| MANHATTAN PHARMA | 03/17/03 | 177,701 | | 21,324.12 | RECEIVED | | | | | | 177701 | | | |
| | 06/26/03 | 20,888 | | 4,595.36 | RECEIVED | | | | | | 198589 | | | |
| | 10/27/03 | 39,717 | | | REV SPLIT | | | | | | 238306 | | | |
| | | | | | | 10/27/03 | 198,589 | | | REV SPLIT | 39717 | | | |
| | | | | | | 12/16/03 | 39,717 | | 67,518.90 | DELIVERED | 0 | | | |
| | 01/22/04 | 39,717 | | 67,518.90 | RECEIVED | | | | | | 39717 | | | |
| | | | | | | 04/29/05 | 29,737 | 1.40 | 41,582.58 | | 9980 | | | |
| | | | | | | 05/09/05 | 5,263 | 1.40 | 7,285.39 | | 4717 | | | |
| | | | | | | 05/20/05 | 1,500 | 1.41 | 2,057.41 | | 3217 | | | |
| | | | | | | 08/03/05 | 3,217 | 1.45 | 4,531.95 | | 0 | | | |
| | | | | | | 08/17/05 | 2,014 | 1.38 | 2,646.70 | | -2014 | | | |
| | 08/18/05 | 2,014 | | 2,646.70 | RECEIVED | | | | | | 0 | 29,537.85 | - | 29,538 |
| MANHATTAN PHARMA WTS EXP 1: | 04/01/03 | 17,770 | | | RECEIVED | | | | | | 17770 | | | |
| | 07/03/03 | 2,089 | | | RECEIVED | | | | | | 19859 | | | |
| | | | | | | 01/07/04 | 19,859 | | | DELIVERED | 0 | | | |
| | 03/02/04 | 3,972 | 1.99 | 14,925.00 | RECEIVED | | | | | | 3972 | | | |
| | | | | | | 08/06/05 | 3,972 | | | DELIVERED | 0 | | | |
| METROMEDIA FIBER | 07/16/01 | 142,500 | 1.43 | 203,614.75 | | | | | | | 142500 | | | |
| | 07/16/01 | 50,000 | 1.99 | 99,525.00 | | | | | | | 192500 | | | |
| | 07/18/01 | 7,500 | 1.99 | 14,925.00 | | | | | | | 200000 | | | |
| | | | | | | 07/18/01 | 107,431 | 1.29 | 138,556.37 | | 92569 | | | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

Page 3

3/5/2007

## TRANSACTIONS SORTED BY SECURITIES

### DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| NAME | PURCHASE / RECEIVED | | | | | SALE / DELIVERED | | | | | CUMULATIVE POSITION | PROFIT/LOSSES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | | PRINCIPAL P(L) | DIVIDEND INTEREST | TOTAL P(L) |
| | | | | | | 07/18/01 | 68,605 | 1.30 | 89,151.66 | | 23964 | | | |
| | | | | | | 07/18/01 | 22,000 | 1.28 | 28,159.06 | | 1964 | | | |
| | | | | | | 07/18/01 | 1,064 | 1.30 | 1,383.15 | | 900 | | | |
| | | | | | | 07/18/01 | 900 | 1.30 | 1,169.96 | | 0 | (59,644.55) | - | (59,645) |
| MRV COMM | 06/27/01 | 2,000 | 7.76 | 16,025.00 | | 06/29/01 | 2,000 | 9.29 | 17,974.38 | | 2000 | | | |
| | | | | | | | | | | | 0 | 1,949.38 | - | 1,949 |
| OPLINK | 01/24/01 | 1,000 | 24.25 | 24,475.00 | | 01/24/01 | 1,000 | 25.50 | 25,374.15 | | 1000 | | | |
| | | | | | | | | | | | 0 | 899.15 | - | 899 |
| PRICELINE | 05/30/01 | 10,000 | 5.06 | 50,875.00 | | 06/06/01 | 10,000 | 5.31 | 53,073.23 | | 10000 | | | |
| | | | | | | | | | | | 0 | | | |
| | 06/27/01 | 2,000 | 7.44 | 15,225.00 | | 06/28/01 | 2,000 | 8.12 | 15,814.45 | | 2000 | | | |
| | | | | | | | | | | | 0 | 2,787.68 | - | 2,788 |
| PSINET | 01/16/01 | 5,000 | 1.91 | 9,656.25 | | 01/17/01 | 5,000 | 2.44 | 11,962.09 | | 5000 | | | |
| | | | | | | | | | | | 0 | 2,305.84 | - | 2,306 |
| REPLIGEN | 11/28/00 | 500 | 4.88 | 2,556.25 | | 01/11/01 | 500 | 3.63 | 1,727.43 | | 500 | | | |
| | | | | | | | | | | | 0 | | | |
| | 02/14/01 | 1,000 | 4.44 | 4,618.75 | | 02/22/01 | 1,000 | 4.63 | 4,568.59 | | 1000 | | | |
| | | | | | | | | | | | 0 | | | |
| | 03/30/01 | 700 | 2.81 | 2,091.75 | | | | | | | 700 | | | |
| | 04/10/01 | 200 | 1.94 | 425.00 | | | | | | | 900 | | | |
| | | | | | | 06/27/01 | 900 | 2.57 | 2,179.92 | | 0 | | | |
| | 12/24/02 | 5,000 | 3.10 | 16,181.00 | | 01/02/03 | 5,000 | 2.76 | 13,468.58 | | 5000 | | | |
| | | | | | | | | | | | 0 | (3,928.23) | - | (3,928) |
| RITA MED | 03/26/04 | 2,500 | 5.68 | 14,906.00 | | 03/30/04 | 1,500 | 5.95 | 8,824.64 | | 2500 | | | |
| | | | | | | 03/30/04 | 1,000 | 6.05 | 5,972.77 | | 1000 | | | |
| | | | | | | | | | | | 0 | (108.59) | - | (109) |
| SIEBEL | 01/24/01 | 500 | 79.25 | 39,747.90 | | 01/26/01 | 500 | 74.06 | 37,217.50 | | 500 | | | |
| | | | | | | | | | | | 0 | | | |
| | 01/02/03 | 1,400 | 7.93 | 11,458.00 | | 01/08/03 | 1,400 | 8.68 | 11,920.63 | | 1400 | | | |
| | | | | | | | | | | | 0 | (2,067.77) | - | (2,068) |
| STAR SCIENTIFIC | 07/12/02 | 2,000 | 1.56 | 3,265.00 | | 08/22/02 | 2,000 | 1.60 | 3,074.90 | | 2000 | | | |
| | | | | | | | | | | | 0 | (190.10) | - | (190) |
| STORAGENETWORKS | 12/10/02 | 30,000 | 1.23 | 38,731.00 | | | | | | | 30000 | | | |

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

3/5/2007

## TRANSACTIONS SORTED BY SECURITIES

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-2636/4A0-15061 - 11/00 TO 8/05

| NAME | PURCHASE / RECEIVED | | | | | SALE / DELIVERED | | | | | | PROFIT/LOSSES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | CUMULATIVE POSITION | PRINCIPAL P/L | DIVIDEND/INTEREST | TOTAL P/L |
| | 12/10/02 | 2,500 | 1.23 | 3,225.00 | | 12/20/02 | 700 | 1.08 | 724.97 | | 32500 | | | |
| | | | | | | 12/23/02 | 25,000 | 0.99 | 24,718.25 | | 31800 | | | |
| | | | | | | 01/02/03 | 6,800 | 1.22 | 8,128.75 | | 6800 | | | |
| | | | | | | | | | | | 0 | | | |
| | 06/23/03 | 1,200 | 1.32 | 1,764.99 | | | | | | | 1200 | | | |
| | | | | | | 07/31/03 | 1,200 | 1.48 | 1,644.91 | | 0 | (8,594.11) | - | (8,594) |
| TIBCO SOFTWARE | 01/09/03 | 1,540 | 6.93 | 11,196.00 | | | | | | | 1540 | | | |
| | | | | | | 01/23/03 | 1,540 | 6.39 | 9,609.30 | | 0 | (1,586.70) | - | (1,587) |
| TRANSWITCH | 01/02/01 | 150 | 45.88 | 7,006.25 | | | | | | | 150 | | | |
| | 01/04/01 | 150 | 41.69 | 6,378.13 | | | | | | | 300 | | | |
| | | | | | | 01/16/01 | 300 | 32.69 | 9,680.92 | | 0 | | | |
| | 11/25/02 | 5,000 | 1.17 | 6,131.00 | | | | | | | 5000 | | | |
| | | | | | | 12/10/02 | 5,000 | 1.02 | 4,918.84 | | 0 | (4,915.62) | - | (4,916) |
| | | | | 1,968,106.50 | | | | | 1,653,240.33 | | | (314,866.17) | - | (314,866) |

DIVIDENDS/PRINCIPAL REDEMPTIONS FROM STOCKS          0.00
DIVIDENDS FROM MONEY MARKET FUND          39.88
TOTAL P/L          ($314,826.29)

3/5/2007

## TRADING CONTRIBUTION BY SECURITIES

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/J4N9-1132-263664A0-15061 - 11/00 TO 8/05

| | SECURITY | PRINCIPAL P(L) | % P(L) | TOTAL COMMISSIONS |
|---|---|---|---|---|
| 1 | GLOBALNET | (194,963.15) | -82.78% | 3,468.58 |
| 2 | METROMEDIA FIBER | (59,644.55) | -18.75% | 10,477.25 |
| 3 | BROADVISION | (24,503.12) | -20.88% | 7,601.70 |
| 4 | CALPINE | (11,400.43) | -9.17% | 1,127.43 |
| 5 | FORBES MED TECH | (9,225.96) | -20.11% | 1,806.96 |
| 6 | STORAGENETWORKS | (8,504.11) | -19.45% | 2,523.11 |
| 7 | GENTA | (8,430.08) | -16.14% | 4,277.58 |
| 8 | CYPRESS BIO | (7,808.93) | -8.54% | 5,082.93 |
| 9 | CIENA | (4,965.09) | -4.62% | 734.09 |
| 10 | TRANSWITCH | (4,915.62) | -25.19% | 837.50 |
| 11 | ANTIGENICS | (4,688.96) | -10.71% | 2,358.96 |
| 12 | REPLIGEN | (3,928.23) | -15.18% | 2,665.97 |
| 13 | CORVIS | (3,745.59) | -11.37% | 500.99 |
| 14 | CONSECO | (2,426.02) | -82.94% | 206.02 |
| 15 | ADV FIBRE COMM | (2,281.59) | -18.58% | 250.34 |
| 16 | SIEBEL | (2,067.77) | -4.04% | 712.37 |
| 17 | ADV MICRO DEVICES | (1,925.24) | -21.65% | 300.24 |
| 18 | TIBCO SOFTWARE | (1,586.70) | -14.17% | 755.10 |
| 19 | LORAL SPACE | (1,498.07) | -44.39% | 250.07 |
| 20 | DIRECT III MARKETING | (912.61) | -23.70% | 125.11 |
| 21 | HUMAN GENOME | (752.36) | -3.83% | 250.64 |
| 22 | GILEAD SCIENCES | (575.91) | -2.09% | 250.91 |
| 23 | STAR SCIENTIFIC | (190.10) | -5.82% | 425.10 |
| 24 | CONMAT TECH | (131.80) | -1.47% | 125.30 |
| 25 | AVIATION HLDGS | (130.33) | -54.37% | 50.01 |
| 26 | RITA MED | (108.59) | -0.73% | 887.59 |
| 27 | MANHATTAN PHARMA WTS EXP 12/07 | 0.00 | 100.00% | 0.00 |
| 28 | AROTECH | 736.79 | -17.25% | 512.21 |
| 29 | OPLINK | 899.15 | 3.67% | 350.85 |
| 30 | JDS UNIPHASE | 974.22 | 4.38% | 250.78 |
| 31 | APPLIED MICRO CIRCUITS | 1,330.92 | 1.98% | 557.58 |
| 32 | MRV COMM | 1,949.38 | 12.16% | 1,405.62 |
| 33 | PSINET | 2,305.84 | 23.88% | 350.41 |
| 34 | PRICELINE | 2,787.68 | 4.22% | 1,272.32 |
| 35 | BROCADE | 5,922.93 | 2.37% | 3,493.89 |
| 36 | MANHATTAN PHARMA | 29,537.85 | 30.74% | 524.82 |
| | | (314,866.17) | | 57,640.32 |

Page 1

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

## HOLDING PERIOD ANALYSIS

DAVID M. CIKANEK LIVING TRUST @ JOSEPH STEVENS & CO - ACC# W66-1322636/74N9-1132-2636/4AO-15061 - 11/00 TO 8/05

|  | <=30 days | > 30 days and <= 61 days | > 61 days and <= 182 days | > 182 days and <= 1 Year | Greater than 1 Year |
|---|---|---|---|---|---|
| TOTAL PURCHASE | $1,531,427.15 | $170,790.10 | $45,937.11 | $152,433.24 | $67,516.90 |
| TOTAL SALE | $1,404,620.08 | $163,649.67 | $22,565.82 | $18,947.43 | $55,457.33 |
| TOTAL COMMISSION & FEES | $47,941.48 | $5,584.10 | $3,706.78 | $15.77 | $392.20 |
| TOTAL P/(L) | ($126,807.07) | ($17,140.43) | ($23,371.29) | ($135,485.81) | ($12,061.57) |
| INVESTMENT RETURN | (8.28%) | (10.04%) | (60.88%) | (88.88%) | (17.88%) |



**Holding Period and Gain/Loss Analysis**

Number of Trades

DAYS HELD

- Day trade ($7,583.97)
- 1 to 30 days ($119,223.11)
- 31 to 61 days ($17,140.43)
- 62 to 182 days ($23,371.29)
- 183 days to 1 year ($135,485.81)
- Greater than 1 year ($12,061.57)

SOURCE: CLIENTS MONTHLY BROKERAGE STATEMENTS

Page 1

3/16/2007