UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH STEVENS & COMPANY, INC., ) | |
| ) | |
| Petitioner, ) | |
| ) | Civ. Case No. 08-CV-706 |
| ) | |
| vs. ) | |
| ) | Hon. Amy St. Eve |
| DAVID CIKANEK, ) | |
| ) | |
| Respondent. ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that on March 31, 2008, we electronically filed **Petitioner's Application to Vacate Arbitration Award**, **Memorandum of Law in Support of Petitioner's Application to Vacate Arbitration Award**, **Declaration of Martin P. Russo in Support of Application to Vacate**, and **Petitioner's Rule 7.1 Disclosure Statement** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: March 31, 2008

                                          Respectfully submitted,

                                        **NIXON PEABODY LLP**

                              By:    s/ Alison B. Cohen
                                        Martin P. Russo (MR-4134)
                                        mrusso@nixonpeabody.com
                                        Alison B. Cohen (AC-7702)
                                        acohen@nixonpeabody.com
                                        Nixon Peabody LLP
                                        437 Madison Avenue
                                        New York, New York 10022
                                        Telephone: (212) 940-3000

                                        Attorneys for Petitioner
                                        Joseph Stevens & Company, Inc.

## CERTIFICATE OF SERVICE

      The undersigned certifies that the **Notice of Filing of Petitioner's Application to Vacate Arbitration Award**, **Memorandum of Law in Support of Petitioner's Application to Vacate Arbitration Award, Declaration of Martin P. Russo in Support of Application to Vacate**, and **Petitioner's Rule 7.1 Disclosure Statement** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

                                                                                                                                        s/ Alison B. Cohen
                                                                                                                     One of the Attorneys for Petitioner
                                                                                                                     Joseph Stevens & Company, Inc.