UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH STEVENS & COMPANY, INC.,** | ) |
| **Petitioner,** | ) ) ) |
| | ) Civ. Case No. 08-CV-706 ) |
| vs. | ) ) |
| | ) Hon. Amy St. Eve |
| **DAVID CIKANEK,** | ) ) |
| **Respondent.** | ) |

**PETITIONER'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Joseph Stevens & Company, Inc., by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: March 31, 2008

                                                    Respectfully submitted,

                                                    **NIXON PEABODY LLP**

                                        By:    s/ Alison B. Cohen
                                                       Martin P. Russo (MR-4134)
                                                       mrusso@nixonpeabody.com
                                                       Alison B. Cohen (AC-7702)
                                                       acohen@nixonpeabody.com
                                                       Nixon Peabody LLP
                                                       437 Madison Avenue
                                                       New York, New York 10022
                                                       Telephone: (212) 940-3000

                                                       Attorneys for Petitioner
                                                       Joseph Stevens & Company, Inc.

10959910.1

..

## CERTIFICATE OF SERVICE

The undersigned certifies that **Petitioner's Rule 7.1 Disclosure Statement** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

                                                                                      s/ Alison B. Cohen
                                                             One of the Attorneys for Petitioner
                                                             Joseph Stevens & Company, Inc.

..

10959910.1