UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH STEVENS & COMPANY, INC.,** | ) | |
| | ) | |
| Petitioner/Cross-Respondent, | ) | |
| | ) | |
| | ) | Civ. Case No. 08-CV-706 |
| v. | ) | |
| | ) | |
| | ) | Hon. Amy St. Eve |
| **DAVID CIKANEK,** | ) | |
| | ) | |
| Respondent/Cross-Petitioner. | ) | |

**JOSEPH STEVENS' OPPOSITION TO DAVID
CIKANEK'S CROSS-APPLICATION TO CONFIRM ARBITRATION AWARD**

Petitioner/Cross-Respondent Joseph Stevens & Company, Inc. ("Joseph Stevens"), by and through its attorneys Nixon Peabody LLP, hereby moves in opposition to Respondent/Cross-Petitioner David Cikanek's ("Cikanek") Cross-Application to Confirm Arbitration Award, filed with the Court on March 28, 2008.

In support of its opposition, Joseph Stevens refers the Court to the following documents that were filed on March 31, 2008:

(i) Petitioner Joseph Stevens' Application to Vacate Arbitration Award (Docket Entry No. 43);

(ii) Memorandum of Law in Support of Joseph Stevens' Application to Vacate the Arbitration Award (Docket Entry No. 45); and

(iii) Declaration of Martin P. Russo in Support of Application to Vacate (Docket Entry No. 44).

10975737.2

WHEREFORE, Joseph Stevens respectfully requests that the Court deny Cikanek's Cross-Application to Confirm Arbitration Award, and grant Joseph Stevens' Application to Vacate Arbitration Award rendered in <u>David Cikanek v. Joseph Stevens & Co., Kevin P. Brody, Leonard J. Inserra, and Ross S. Inserra</u>, NASD Arbitration No. 06-1868 (2007) (Peppard, Sellars, and Paske, Arb.).  *See* Ex. 1 to Pet'r Joseph Stevens' Application to Vacate Arbitration Award (Docket Entry No. 43).  In the alternative, Joseph Stevens respectfully requests that the Court remand this case to the NASD for clarification of the Arbitration Panel's basis for awarding compensatory and punitive damages.

Dated:  April 11, 2008                                  Respectfully submitted,

                                                  **NIXON PEABODY LLP**

By:   /s/  Peter J. Prommer
       Peter J. Prommer (ARDC#6280895)
       pprommer@nixonpeabody.com
       Nixon Peabody LLP
       161 North Clark Street, 48th Floor
       Chicago, Illinois  60601
       Telephone: (312) 425-3900

       Martin P. Russo (MR-4134)
       mrusso@nixonpeabody.com
       Alison B. Cohen (AC-7702)
       acohen@nixonpeabody.com
       Nixon Peabody LLP
       437 Madison Avenue
       New York, New York 10022
       Telephone: (212) 940-3000

       Attorneys for Petitioner/Cross-Respondent
       Joseph Stevens & Company, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that **JOSEPH STEVENS' OPPOSITION TO DAVID CIKANEK'S CROSS-APPLICATION TO CONFIRM ARBITRATION AWARD** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

/s/  Peter J. Prommer
One of the Attorneys for Petitioner/Cross-Respondent Joseph Stevens & Company, Inc.