IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

---

JOSEPH STEVENS & COMPANY, INC.,

    Petitioner,

vs.

DAVID CIKANEK,

    Respondent.

---

Case No. 08 C 706

Hon. Amy St. Eve

## UNOPPOSED MOTION OF DAVID CIKANEK FOR NINE-DAY EXTENSION OF TIME TO SUBMIT RESPONSE TO APPLICATION TO VACATE ARBITRATION AWARD AND RELATED PAPERS

On behalf of Respondent, David Cikanek, I hereby move for a nine-day extension, until April 23, 2008, to file his papers in response to the Application to Vacate Arbitration Award and in support of his cross-petition to confirm the same award.

/s/     Leslie A. Blau

Leslie A. Blau, Esq.
BLAU & MALMFELDT
140 South Dearborn, Suite 1610
Chicago, IL  60603-5202
(312) 443-1600   fax- 1665

Dated:  April 17, 2008