**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

------------------------------------------------------------- X

JOSEPH STEVENS & COMPANY, INC.,

        Petitioner,

    vs.                                      Case No. 08 C 706

DAVID CIKANEK,                   Hon. Amy St. Eve

        Respondent.

------------------------------------------------------------- X

**NOTICE OF UNOPPOSED MOTION FOR NINE-DAY EXTENSION
OF TIME TO SUBMIT RESPONSE TO APPLICATION TO VACATE
<u>ARBITRATION AWARD AND RELATED PAPERS</u>**

| Peter J. Prommer, Esq. | Martin P. Russo, Esq. | Alison B. Cohen, Esq. |
|---|---|---|
| Nixon Peabody LLP | Nixon Peabody LLP | Nixon Peabody LLP |
| 161 N Clark St., | 437 Madison Avenue | 437 Madison Avenue |
| Suite 4100 | New York, NY 10022 | New York, NY 10022 |
| Chicago, IL 60601 | | |

      PLEASE TAKE NOTICE, that on Thursday, April 17, 2008, at 8:30 a.m., I will appear before Judge Amy St. Eve in her Courtroom at 219 South Dearborn Street, Chicago, Illinois, and present my motion for an extension of time, from April 14, 2008 until Wednesday, April 23, 2008, for David Cikanek to file his papers in response to the Application to Vacate Arbitration

1

Award and in support of his cross-petition to confirm the same award.   The motion I will present appears on the following page.

My declaration in support of this motion is being filed separately.


/s/ _____Leslie A. Blau_____


Leslie A. Blau, Esq.
BLAU & MALMFELDT
140 South Dearborn, Suite 1610
Chicago, IL  60603-5202
(312) 443-1600   fax- 1665