**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

------------------------------------------------------------ X

JOSEPH STEVENS & COMPANY, INC.,

        Petitioner,

    vs.                                    Case No. 08 C 706

DAVID CIKANEK,                     Hon. Amy St. Eve

        Respondent.

------------------------------------------------------------ X

**DECLARATION OF LESLIE A. BLAU IN SUPPORT OF**
**UNOPPOSED MOTION FOR NINE-DAY EXTENSION**

I, Leslie A. Blau, declare under penalty of perjury:

    1.    In this case, Joseph Stevens & Company, Inc. ("Stevens") seeks to vacate an arbitration award against Stevens and in favor of David Cikanek ("Cikanek"). Stevens filed an amended application (the "Application") on March 31, 2008. Cikanek's papers in response to the Application and in support of his cross-petition to confirm the same award are due today.

    2.    I am filing this declaration and accompanying motion papers this afternoon, on April 14, 2008, because I had no Internet access at my own computer in my office from last Friday until this afternoon. My law firm changed phone carriers on Friday. When that happened, I became unable to access the Internet on my computer.

3. Over the weekend, I called my computer consultant from Rhubarb Systems. He gave me his first available appointment today, but my co-counsel Renan Sugarman has already left for Arizona, for a mediation, and will not return until Wednesday. I am scheduled to sit as an arbitrator on Wednesday, and on Thursday I leave Chicago for Massachusetts, to be with my family for Passover. For religious reasons both Mr. Sugarman and I will be unable to work from Friday evening until Monday night. I therefore ask for an extension until Wednesday, April 23, 2008. This is my first request for any extension in this case and this request is unopposed.

I declare that the foregoing is true under penalty of perjury.

Dated:    Chicago, Illinois
          April 14, 2008

/s/ _____Leslie A. Blau_____

Leslie A. Blau, Esq.
BLAU & MALMFELDT
140 South Dearborn, Suite 1610
Chicago, IL  60603-5202
(312) 443-1600   fax- 1665