IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

-------------------------------------------------------------- X

JOSEPH STEVENS & COMPANY, INC.,

        Petitioner,

    vs.                                    Case No. 08 C 706

DAVID CIKANEK,                      Hon. Amy St. Eve

        Respondent.

-------------------------------------------------------------- X

**INDEX OF EXHIBITS FOR RESPONDENT DAVID CIKANEK'S RESPONSE TO PETITIONER JOSEPH STEVENS & CO., INC.'S APPLICATION TO VACATE <u>ARBITRATION AWARD</u>**

**Exhibit A:** David Cikanek's Statement of Claim submitted to NASD by Attorney Renan Sugarman dated April 7, 2006. NASD Arbitration Case No. 06-1868.

**Exhibit B:** Copy of Arbitration Award rendered by the NASD dated March 30, 2007.

**Exhibit C:** Order to Transfer Venue issued on January 24, 2008 by Judge Barbara S. Jones of the United States District Court for the Southern District of New York (Case #07 CV 3385).

**Exhibit D:** Joseph Stevens & Company, Inc. Statement of Answer dated July 5, 2006.