UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH STEVENS & COMPANY, INC., ) | |
| ) | |
| Petitioner, ) | |
| ) | Civ. Case No. 08-CV-706 |
| ) | |
| vs. ) | |
| ) | Hon. Amy St. Eve |
| DAVID CIKANEK, ) | |
| ) | NOTICE OF |
| Respondent. ) | APPEARANCE |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as co-counsel to in this case on behalf of Petitioner Joseph Stevens & Company, Inc. I certify that I am admitted in this action *pro hac vice* in the Northern District of Illinois.

Dated: New York, New York
       May 15, 2008

**BUTZEL LONG**

By: /S/ Alison B. Cohen
Alison B. Cohen
380 Madison Avenue
New York, New York 10017
Tel: 212-818-1110
Fax: 212-818-0494

*Attorneys for Joseph Stevens & Company Inc.*