

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Martin P. Russo

FIRM: Butzel Long

STREET ADDRESS: 380 Madison Avenue, 22nd Floor

CITY/STATE/ZIP: New York, New York 10017

PHONE NUMBER: 212-818-1110

E-MAIL ADDRESS: russo@butzel.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-CIV-706 | Joseph Stevens & Co., Inc. v. David Cikanek | Judge St. Eve |
| | | |
| | | |
| | | |
| | | |

_____
Attorney's Signature

June 30, 2008
Date