UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH STEVENS & COMPANY, INC., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | Civ. Case No. 08-CV-706 |
| | ) | |
| vs. | ) | |
| | ) | Hon. Amy St. Eve |
| DAVID CIKANEK, | ) | |
| | ) | NOTICE OF |
| Respondent. | ) | **APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as co-counsel to in this case on behalf of Petitioner Joseph Stevens & Company, Inc. I certify that I am admitted in this action *pro hac vice* in the Northern District of Illinois.

Dated: New York, New York
July 2, 2008

**BUTZEL LONG**

By: /S/ Martin P. Russo
Martin P. Russo
380 Madison Avenue
New York, New York 10017
Tel: 212-818-1110
Fax: 212-818-0494

*Attorneys for Joseph Stevens & Company Inc.*