# United States District Court
## Northern District of Illinois
### Eastern Division

Joseph Stevens & Co, Inc          **JUDGMENT IN A CIVIL CASE**

      v.                                        Case Number: 08 C 706

David Cikanek

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court denies Petitioner's motion to vacate the arbitration award, and grants Respondent's Motion to confirm the award.

                                            Michael W. Dobbins, Clerk of Court

Date: 7/9/2008                               _____
                                                         /s/ Katie Franc, Deputy Clerk