# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

---

JOSEPH STEVENS & COMPANY, INC.,

    Petitioner,

vs.

DAVID CIKANEK,

    Respondent.

Case No. 08 C 706

Hon. Amy St. Eve

---

## MOTION OF DAVID CIKANEK FOR MONEY JUDGMENT AND FOR FINDING OF GOOD CAUSE FOR ITS IMMEDIATE REGISTRATION IN OTHER DISTRICTS

Two days ago, this Court entered judgment confirming the arbitration award that David Cikanek obtained against Joseph Stevens & Co., Inc. This Court, however, did not enter judgment for any amount of money. Under the Federal Arbitration Act, this Court has full power to enter a money judgment since the underlying award called for money damages.

Under 28 U.S.C. § 1963, any judgment of this Court may be registered in any other district court when "the judgment has become final by appeal or by expiration of the time for appeal or <u>when ordered by the court that entered the judgment for good cause shown</u>." (Emphasis added.)

Such good cause exists in this case. Stevens is about to go out of business: on June 27, 2008, Stevens's counsel disclosed that Stevens had filed a BDW form – a form that a firm uses to withdraw registration as a broker-dealer. E-mail of Alison Cohen, Exhibit A attached.

David Cikanek needs to collect his award at once.   For this, he needs a money judgment in has favor and against Stevens for $213,750, together with prejudgment interest from March 30, 2007 until the date of judgment, and an order that the money judgment may be immediately registered in other federal district courts based upon a finding of good cause, pursuant to 28 U.S.C. § 1963.


/s/ Leslie A. Blau                                            /s/ Renan Sugarman
Leslie A. Blau, Esq.                                         Renan I. Sugarman, Esq.
Co-Counsel for David Cikanek                      Co-Counsel for David Cikanek
BLAU & MALMFELDT                                LAW OFFICE OF RENAN SUGARMAN, PC
140 South Dearborn, Suite 1610                  30 North LaSalle, Suite 1530
Chicago, IL   60603-5202                            Chicago, IL   60602
(312) 443-1600   fax-1665                            (312) 578-9411   fax-9431


Dated:   July 11, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically in compliance with the General order on Electronic Case Filing, Section III (B)(1). As such, these documents were served on all counsel, who are deemed to have consented to electronic service. Fed. R. Civ. 5(b)(2)(D) and Local Rule 5.9.

     /s/ Leslie A. Blau
One of the Attorneys for Respondent,
David Cikanek