IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

------------------------------------------------------------ X

JOSEPH STEVENS & COMPANY, INC.,

        Petitioner,

vs.                                         Case No. 08 C 706

DAVID CIKANEK,                  Hon. Amy St. Eve

        Respondent.

------------------------------------------------------------ X

**NOTICE OF MOTION OF DAVID CIKANEK FOR MONEY JUDGMENT
AND FOR FINDING OF GOOD CAUSE FOR ITS
<u>IMMEDIATE REGISTRATION IN OTHER DISTRICTS</u>**

| Peter J. Prommer, Esq. | Martin P. Russo, Esq. | Alison B. Cohen, Esq. |
|---|---|---|
| Nixon Peabody LLP | Nixon Peabody LLP | Nixon Peabody LLP |
| 161 N Clark St., | 437 Madison Avenue | 437 Madison Avenue |
| Suite 4100 | New York, NY  10022 | New York, NY  10022 |
| Chicago, IL  60601 | | |

      PLEASE TAKE NOTICE, that on Tuesday, July 15, 2008, at 8:30 a.m., we will appear before Judge Amy St. Eve in her Courtroom at 219 South Dearborn Street, Chicago, Illinois, and present the **Motion of David Cikanek for Money Judgment and for Finding of Good Cause**

1

**for Its Immediate Registration in Other Districts**, a copy of which motion is being served upon you at the same time as this Notice of Motion.


/s/ Leslie A. Blau                                   /s/ Renan Sugarman
Leslie A. Blau, Esq.                              Renan I. Sugarman, Esq.
Co-Counsel for David Cikanek          Co-Counsel for David Cikanek
BLAU & MALMFELDT                        LAW OFFICE OF RENAN SUGARMAN, PC
140 South Dearborn, Suite 1610        30 North LaSalle, Suite 1530
Chicago, IL   60603-5202                  Chicago, IL   60602
(312) 443-1600   fax-1665                  (312) 578-9411   fax-9431


Dated:   July 11, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically in compliance with the General order on Electronic Case Filing, Section III (B)(1).  As such, these documents were served on all counsel, who are deemed to have consented to electronic service.  Fed. R. Civ. 5(b)(2)(D) and Local Rule 5.9.

                                       /s/   Leslie A. Blau
                              One of the Attorneys for Respondent,
                              David Cikanek