**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

---------------------------------------------------------------- X

JOSEPH STEVENS & COMPANY, INC.,

       Petitioner,

vs.                                      Case No. 08 C 706

DAVID CIKANEK,                  Hon. Amy St. Eve

       Respondent.

---------------------------------------------------------------- X


**NOTICE OF FILING OF EXHIBIT A
(E-MAIL OF ALISON COHEN, JUNE 27, 2008)**


TO:

| Peter J. Prommer, Esq. | Martin P. Russo, Esq. | Alison B. Cohen, Esq. |
| Nixon Peabody LLP | Nixon Peabody LLP | Nixon Peabody LLP |
| 161 N Clark St., | 437 Madison Avenue | 437 Madison Avenue |
| Suite 4100 | New York, NY 10022 | New York, NY 10022 |
| Chicago, IL 60601 | | |

     PLEASE TAKE NOTICE, that this morning I filed the above e-mail of Alison Cohen, which is Exhibit A to the **Motion of David Cikanek for Money Judgment and for Finding of**

1

**Good Cause for Its Immediate Registration in Other Districts**, a copy of which Exhibit is being served upon you at the same time as this Notice of Filing

.

/s/ Leslie A. Blau
Leslie A. Blau, Esq.
Co-Counsel for David Cikanek
BLAU & MALMFELDT
140 South Dearborn, Suite 1610
Chicago, IL   60603-5202
(312) 443-1600   fax-1665

Dated:   July 14, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically in compliance with the General order on Electronic Case Filing, Section III (B)(1).  As such, this documents were served on all counsel, who are deemed to have consented to electronic service.  Fed. R. Civ. 5(b)(2)(D) and Local Rule 5.9.


      /s/   Leslie A. Blau
One of the Attorneys for Respondent,
David Cikanek