Subj:    **Re: Please Reply to My Letter of Yesterday as Soon as Possible**
Date:    6/27/2008 6:06:08 P.M. Central Daylight Time
From:   COHEN@butzel.com
To:      LesBlau@aol.com
CC:     RSugarman@ameritech.net, RUSSO@butzel.com, rsugarman@rsugarmanlaw.com

Les,

I don't understand your issue.  Is there a Rule 11 claim?  If so, what is it?

FYI, Joseph Stevens recently filed a Form BDW and we are not sure whether they will want to continue to fund this litigation.

Have a good weekend,
Alison

Alison B. Cohen
Butzel Long
380 Madison Avenue
New York, NY 10017
Tel: 212-676-4752
Fax: 212-818-0494
Cell: 646-438-1239
cohen@butzel.com
www.butzel.com


>>> <LesBlau@aol.com> 6/27/2008 3:56 PM >>>
Thanks,
 Les Blau

---

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.

**To comply with U.S. Treasury Regulations:** This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

**Confidentiality Statement:**

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com