UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph Stephens & Company, Inc,

                    Plaintiff,

v.                                         Case No.: 1:08–cv–00706
                                         Honorable Amy J. St. Eve

David Cikanek

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion hearing held on 7/15/2008. Defendant's motion for money judgment [67] is entered and continued. Defendant's supplemental brief to be filed by 7/16/08. Plaintiff's response to be filed by 7/18/08. Defendant's reply to be filed by 7/21/08. Given that Plaintiff Joseph Stevens against whom the Court has affirmed the arbitration award is going out of business, Defendant Cikanek has established good cause to enter the judgment in this case in another judicial district. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.