UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GENERAL ELECTRIC CO.                                                                    PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:04-CV-401-R

ANSON STAMPING CO. INC., et al.                                                      DEFENDANTS

### ORDER AND JUDGMENT

The Court, having considered the motion of Anson Stamping Company and Anson Machine and Manufacturing, LLC, to amend its prior order of August 25, 2005 (DN 32) and having considered the response and surreply of General Electric Company (DNs 35, 39),

**IT IS HEREBY ORDERED** that the motion to amend is **GRANTED**. The Court confirms the arbitration award entered by retired Kentucky Court of Appeals Judge Michael O. McDonald on April 27, 2004, and enters a judgment in the amount of $1,183,372.71. This judgment shall draw interest pursuant to 28 U.S.C. § 1961 from the date of August 25, 2005, at the rate of 1.5%. The motion of General Electric Company to vacate the arbitration award is **DENIED**. The Court in its accompanying memorandum opinion has considered the interests of the intervening secured creditors and has determined that the needs of the parties and the interest of efficient case management justify entry of this final order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. This is a final and appealable order. There is no just reason to delay appellate review.

March 30, 2006

Copies to Counsel of Record

Thomas B. Russell, Judge
United States District Court


EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

IN THE MATTER OF THE ARBITRATION BETWEEN

WESTCHESTER FIRE INSURANCE COMPANY,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY, AND ILLINOIS UNION INSURANCE
COMPANY,

                    Petitioners,

-against-

MASSAMONT INSURANCE AGENCY, INC.,
                    Respondent.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/05

05 CIVIL 5059 (DC)
**JUDGMENT**

#05,2358

Petitioners having moved to confirm an arbitration award against respondent, and the matter having been brought before the Honorable Denny Chin, United States District Judge, and the Court, on November 22, 2005, having issued its Memorandum Decision confirming the award in the amount of $2,600,000.00, plus interest calculated at the rate of 6% per annum from April 26, 2005 to the date judgment is entered of $92,317.81 for a total sum of $2,692,317.81, denying petitioners' application for attorneys' fees, and awarding costs to the extent set forth in the Memorandum Decision dated November 22, 2005, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated November 22, 2005, the award is confirmed in the total sum of $2,692,317.81; petitioners' application for attorneys' fees is denied and costs are awarded to the extent set forth in the Memorandum Decision dated November 22, 2005; accordingly, the case is closed.

Dated: New York, New York
       November 28, 2005

J. MICHAEL MCMAHON
_____
Clerk of Court

BY:
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____


EXHIBIT B

Case 1:08-cv-00706    Document 72    Filed 07/17/2008    Page 3 of 5
Case 1:04-cv-02649    Document 12    Filed 06/17/2004    Page 6 of 6
AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| TRUSTMARK INSURANCE COMPANY | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 2649 |
| JOHN HANCOCK LIFE INSURANCE CO. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Trustmark Insurance Company and against John Hancock Life Insurance Company in the sum of $366,330.00 pursuant the arbitration award as ordered by the Panel.

**EXHIBIT C**

Michael W. Dobbins, Clerk of Court

Date: 6/17/2004

_Don Walker_
Donald Walker, Deputy Clerk

Case 1:08-cv-00706 Document 72 Filed 07/17/2008 Page 4 of 5
AO 450(Rev. 5/85)Judgment in a Civil Case
Case 1:08-cv-01991 Document 27 Filed 06/18/2008 Page 1 of 1

# United States District Court
## Northern District of Illinois
### Eastern Division

Denise Kappel                **JUDGMENT IN A CIVIL CASE**

v.                Case Number: 08 C 1991

Advanced Equities, Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court confirms the award of $200,000 on the Title VII claim; the Court modifies and confirms the award on the breach of employment contract claim of $201,754; and the Court confirms the award of $80,000 for attorney's fees for a total award of $481,754.



Exhibit D

Michael W. Dobbins, Clerk of Court

Date: 6/18/2008

/s/ Wanda A. Parker, Deputy Clerk

# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED JAN 3 0 2004**

Intl Truck

v.

Haden Schweietzer Corp

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 8630

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner, International Truck and Engine Corporation Canada, f/k/a Navistar International Corporation Canada and against Respondent, Haden Schweitzer Corporation in the amount of $1,227,187.00, plus interest thereon and its costs of action.

**EXHIBIT E**

Michael W. Dobbins, Clerk of Court

*/s/ Rhonda Johnson*

Rhonda Johnson, Deputy Clerk

Date: 1/28/2004

13