**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Joseph Stephens & Company, Inc,
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00706
                                                Honorable Amy J. St. Eve

David Cikanek
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, July 21, 2008:


   MINUTE entry before the Honorable Amy J. St. Eve: On 7/9/08, the Court issued a Memorandum Decision and Order denying Petitioners petition to vacate arbitration award and granting Respondents cross−petition to confirm arbitration award, and a judgment was entered by the deputy clerk to that effect. No final money judgment, however, was entered. Respondent subsequently moved for entry of a final money judgment against petitioner, Joseph Stevens & Co., Inc., with prejudgment interest and for an Order that the final money judgment may be immediately registered in other federal district courts based upon a finding of good cause, pursuant to 28 U.S.C. § 1963. Petitioner has failed to respond to Respondents motion. The motion [67] is hereby GRANTED, and the Court now enters a final money judgment.Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.