# United States District Court
## Northern District of Illinois
### Eastern Division

Joseph Stephens & Company, Inc.

**AMENDED JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 706

David Cikanek

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the arbitration award in favor of David Cikanek and against Joseph Stevens & Company, Inc., is confirmed, and a final money judgment is hereby entered in favor of David Cikanek and against Joseph Stevens & Company, Inc., in the amount of $238,519.00, representing the underlying arbitration award of $213,750 plus prejudgment interest in the amount of $24,769.00, with post-judgment interest as set out in 28 U.S.C. §1961, and costs as submitted to the clerk pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.

      IT IS FURTHER ORDERED that, good cause having been found to exist pursuant 28 U.S.C. § 1963, this final money judgment may be immediately registered in other federal district courts.

      This is a final and appealable order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  There is no just reason to delay appellate review.

Michael W. Dobbins, Clerk of Court

Date: 7/21/2008

_____
/s/ Katie Franc, Deputy Clerk