U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Joseph Stevens & Co., Inc.<br><br>vs.<br><br>David Cikanek | Case Number: 08 C 706 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Citation Respondents National Financial Services LLC and Nancy Harris

| | |
|---|---|
| NAME (Type or print)<br>John M. O'Bryan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>Lovells, LLP | |
| STREET ADDRESS<br>330 N. Wabash Ave., Suite 1900 | |
| CITY/STATE/ZIP<br>Chicago, IL  60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243592 | TELEPHONE NUMBER<br>312-832-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |