

# The United States District Court
## Northern District of Illinois, Eastern Division

Case No.:   08 C 706   08cv706          Return Date:   08/14/2008

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

**CITIBANK, N. A.** certifies under penalty of perjury pursuant to Section 1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I. _____ Respondent has no property of the Defendant in its possession.

II. _____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. __X__ Respondent has property that belongs or may belong to the Defendant as follows:

| | | TOTAL BALANCE | / | AMOUNT WITHHELD (2x Judgment Balance) |
|---|---|---|---|---|
| A) | Savings Account | | / | |
| B) | Checking/NOW Account | 82,688.19 | / | 82,688.19 |
| C) | Certificate of Deposit | | / | |
| D) | Money Market Account | | / | |
| E) | Trust Account | | / | |
| F) | Wages, Salary or Commissions | | / | |
| G) | Safe Deposit Box | | | |
| H) | Land Trust No. | | | |
| I) | Other Property (Describe) | | | |
| | | | | Sub-Total: $82,688.19 |
| J) | Additional Information: | | | |

FILED
Aug 14, 2008
AUG 1 4 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. Adverse Claimant:

2. Right of Offset:

3. Exemption:

Total funds in Respondent's possession available to be applied to the judgment:

Signature: _Bcomanzind_  Agent:  
Becky Comenzind  
Fax Number: 718-248-1225

Citibank, N.A.  
Restraining Orders Unit-West  
c/o Legal Service Intake Unit  
1 Court Square  
Citicorp at Court Square  
7th Floor  
Long Island City, NY 11120

Date: August 13, 2008