**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

-------------------------------------------------------------- X

JOSEPH STEVENS & COMPANY, INC.,
        Petitioner,
    vs.                                          Case No.08 C 706

DAVID CIKANEK,                          Hon. Amy St. Eve
        Respondent,

  and CITIBANK, N.A.,
        as Citation Respondent
-------------------------------------------------------------- X

| | | |
|---|---|---|
| Restraining Orders Unit | Martin P. Russo, Esq. | Alison B. Cohen, Esq. |
| Citibank, N.A. | BUTZEL LONG | BUTZEL LONG |
| 1 Court Square | 380 Madison Avenue | 380 Madison Avenue |
|   7th Floor | New York, NY  10017 | New York, NY  10017 |
| Long Island City, NY 11120 | | |

**NOTICE OF PETITION FOR TURN-OVER ORDER**

     PLEASE TAKE NOTICE, that on Tuesday, August 26, 2008, at 8:30 a.m., we will appear before Judge Amy St. Eve in her Courtroom at 219 South Dearborn Street, Chicago, Illinois, and present <u>David Cikanek's Petition for Turn-over Order</u>, a copy of which is being served upon you with these papers.

Dated:  August 20, 2008
         Chicago, Illinois

                                                  /s/ Leslie A. Blau
                                                    Leslie A. Blau

| | |
|---|---|
| Leslie A. Blau, Esq. | Renan I. Sugarman, Esq. |
| lesblau@aol.com | rsugarman@rsugarmanlaw.com |
| Co-Counsel for David Cikanek | Co-Counsel for David Cikanek |
| BLAU & MALMFELDT | LAW OFFICE OF RENAN SUGARMAN, PC |
| 140 South Dearborn, Suite 1610 | 30 North LaSalle, Suite 1530 |
| Chicago, IL  60603-5202 | Chicago, IL  60602 |
| (312) 443-1600   fax-1665 | (312) 578-9411   fax-9431 |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that today, August 20, 2008, this document was served **BY FAX,** to fax numbers (916) 341-2633 and (718) 248-1225, and also **BY FIRST CLASS MAIL,** upon:

    Restraining Orders Unit
    Citibank, N.A.
    c/o Legal Service Intake Unit
    1 Court Square
    Citicorp at Court Square – 7th Floor
    Long Island City, NY   11120

    The undersigned further certifies that this document was filed electronically in compliance with the General order on Electronic Case Filing, Section III (B)(1).  As such, these documents were served on all counsel, including Mr. Russo and Ms. Cohen, who are deemed to have consented to electronic service.  Fed. R. Civ. 5(b)(2)(D) and Local Rule 5.9.

                                                  /s/ Leslie A. Blau
                                                    Leslie A. Blau

                                        One of the Attorneys for David Cikanek

Dated:  August 20, 2008

| | |
|---|---|
| Leslie A. Blau, Esq. | Renan I. Sugarman, Esq. |
| lesblau@aol.com | rsugarman@rsugarmanlaw.com |
| Co-Counsel for David Cikanek | Co-Counsel for David Cikanek |
| BLAU & MALMFELDT | LAW OFFICE OF RENAN SUGARMAN, PC |
| 140 South Dearborn, Suite 1610 | 30 North LaSalle, Suite 1530 |
| Chicago, IL   60603-5202 | Chicago, IL   60602 |
| (312) 443-1600   fax-1665 | (312) 578-9411   fax-9431 |