U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 08 C 706
JOSEPH STEVENS & CO., INC.
v.
DAVID CIKANEK

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THIRD-PARTY RESPONDENT CITIBANK, N.A.

| NAME (Type or print) |
| --- |
| Timothy L. Binetti |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Timothy L. Binetti |
| FIRM |
| Thompson Coburn Fagel Haber |
| STREET ADDRESS |
| 55 E. Monroe Street - 40th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6282534 | 312.346.7500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [ ] | NO [✓] |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [✓] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [✓] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [✓] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] |