UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph Stephens & Company, Inc,

                                       Plaintiff,

v.                                                      Case No.: 1:08−cv−00706
                                                    Honorable Amy J. St. Eve

David Cikanek

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Respondent David Cikanek's petition for turn−over order [80] is entered. Response to be filed by 9/9/08. Reply to be filed by 9/16/08. Respondent's oral motion for a protective order is denied without prejudice. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.