# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH STEVENS & COMPANY, INC., )<br>        Plaintiff, )<br>v. )<br> )<br>DAVID CIKANEK, )<br>        Defendant, )<br> )<br>and CITIBANK, N.A., )<br>        as Citation Respondent. ) | No. 08 C 706<br><br>Hon. Amy St. Eve |

## CITIBANK N.A.'S MOTION TO FILE AMENDED RESPONSE IN OPPOSITION TO CIKANEK'S PETITION FOR TURNOVER ORDER

1. On August 20, 2008, David Cikanek filed a Petition for Turnover Order to direct Citbank, N.A. to turn over funds in the Citibank account of Joseph Stevens & Co., Inc. to Cikanek.

2. On August 26, 2008, this Court held a hearing and ordered Citibank to file a Response to Cikanek's petition by September 9, 2009 and for Cikanek to file a Reply by September 16, 2008.

3. On September 9, 2009, Citibank filed its Response. Citibank, however, mistakenly failed to include in its Response a legal argument involving Article 9 of the Uniform Commercial Code. In its Response, Citibank's legal argument was limited to New York law involving debtor-creditor relationships.

4. Citibank moves the Court to allow it to file its Amended Response, which includes a brief argument regarding Article 9 of the U.C.C. The Amended Response is attached as Exhibit A.

5. Citibank further requests the Court to extend Cikanek's time to file a Reply to and including September 26, 2008.

2

       Respectfully submitted,

       **CITIBANK, N.A.**

       By:    /s/   Scott P. Clair
              Todd A. Rowden
              Scott P. Clair
              THOMPSON COBURN LLP
              55 E. Monroe Street
              Chicago, Illinois 60603
              Phone 312-580-2229

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2008, a copy of the foregoing Notice was filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system.  Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system:


Leslie A. Blau                                                        Renan I. Surgarman
BLAU & MALFELDT                           LAW OFFICE OF RENAN SUGARMAN, P.C.


                                                                      /s/   Scott P. Clair