**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JOSEPH STEVENS & COMPANY, INC., ) | |
|        Petitioner, ) | |
| v. ) | No. 08 C 706 |
| ) | |
| DAVID CIKANEK, ) | Hon. Amy St. Eve |
|        Respondent, ) | |
| ) | |
| and CITIBANK, N.A., ) | |
|        as Citation Respondent. ) | |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Leslie A. Blau, Esq. | Renan L. Sugarman, Esq. |
| BLAU & MALMFELDT | LAW OFFICE OF RENAN SUGARMAN, PC |
| 140 S. Dearborn, Suite 1610 | 30 N. LaSalle, Suite 1530 |
| Chicago, IL 60603-5202 | Chicago, IL 60602 |

      PLEASE TAKE NOTICE that on **Wednesday, September 17, 2008 at 8:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Citibank's Motion to File Amended Response to Petition for Turnover Order,** a copy of which is served upon you.

                                  Respectfully submitted,

                                  **CITIBANK, N.A.**

                                By:   /s/ Scott P. Clair
                                       Todd A. Rowden
                                       Scott P. Clair
                                       THOMPSON COBURN LLP
                                       55 E. Monroe Street
                                       Chicago, Illinois 60603
                                       Phone 312-580-2229

## CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2008, a copy of the foregoing Motion to Extend Discovery Cut-Off was filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system:

       /s/  Scott P. Clair